**TYCKO & ZAVAREEI LLP**
HASSAN A. ZAVAREEI (State Bar No. 181547)
ANDREA GOLD (*pro hac vice* to be filed)
1828 L St NW, Suite 1000
Washington, DC 20036
Telephone: 202-973-0900
Facsimile: 202-973-0950

**TYCKO & ZAVAREEI LLP**
ANNICK M. PERSINGER (State Bar No. 272996)
The Tower Building
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: 510-254-6808
Facsimile: 202-973-0950

**KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT**
JEFF OSTROW (*pro hac vice* to be filed)
JONATHAN M. STREISFELD (*pro hac vice* to be filed)
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
Facsimile: 954-525-4300

Attorneys for Plaintiff and Putative Classes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

KRISTEN VALPERGA, an individual, on behalf of herself, and all others similarly situated,

Plaintiff,

v.

BANK OF AMERICA, N.A.,

Defendant.

CASE NO. 18-cv-6724

**CLASS ACTION COMPLAINT FOR:**

1. Breach of Contract and Breach of the Covenant of Good Faith and Fair Dealing;
2. Violation of California's Unfair Competition Law, Cal. Civ. Code § 17200 *et seq.*; and
3. Unjust Enrichment

<u>JURY TRIAL DEMANDED</u>

Plaintiff Kristen Valperga ("Plaintiff" or "Ms. Valperga"), on behalf of herself and all others similarly situated, by and through her counsel, brings this Class Action Complaint

("Complaint") against Defendant Bank of America, N.A. ("BofA" or the "Bank"), and based upon personal knowledge with respect to herself, and on information and belief and the investigation of counsel as to all other matters, in support thereof alleges as follows:

## **INTRODUCTION**

1.    This case concerns BofA's unlawful business practices relating to the imposition of multiple Non-Sufficient Funds Fees ("NSF Fee") and Overdraft Fees ("OD Fee") on a single consumer transaction.

2.    Two documents permit BofA to charge a $35 NSF Fee when it determines a customer's account contains insufficient funds to pay a transaction and it rejects the charge. *See* BofA's Online Banking and Transfers Outside Bank of America Service Agreement and Electronic Disclosure ("Online Banking Agreement"), attached hereto as Exhibit A; Deposit Agreement and Disclosures ("Deposit Agreement"), attached hereto as Exhibit B (collectively, "Account Agreements").

3.    The Account Agreements also permit BofA to charge a $35 OD Fee when it determines a customer lacks sufficient funds to pay a transaction but it advances the funds and pays the transaction anyway.

4.    Through the imposition of OD Fees and NSF Fees (collectively referred to herein as "BofA Account Fees") the Bank makes over a billion dollars annually. BofA Account Fees fall disproportionately on racial and ethnic minorities, the elderly, and the young, many of whom regularly carry low bank account balances.

5.    Ms. Valperga does not dispute the Bank's right to either (a) reject a transaction and charge a single NSF Fee or (b) pay a transaction and charge a single OD Fee. But BofA unlawfully maximizes its already profitable BofA Account Fees with deceptive practices that also violate its contracts. Specifically, BofA unlawfully (a) assesses multiple NSF Fees on a single transaction and (b) assesses both OD Fees and NSF Fees on a single transaction.

6.    The Bank breaches its contract when it charges more than one $35 NSF Fee on a single transaction, since the contract explicitly states—and reasonable consumers understand—that

one transaction can only incur a single NSF Fee.

7. The Bank similarly breaches its contract when it charges both a $35 NSF and a $35 OD Fee on the same transaction, since the contract explicitly states—and reasonable consumers understand—that a single transaction cannot incur both types of fees.

8. BofA also breaches its duty of good faith and fair dealing when it charges multiple BofA Account Fees on a single transaction. Specifically, BofA abuses its contractual discretion by (a) resubmitting transactions when it knows full well that a customer's account lacks sufficient funds, and (b) charging NSF and/or OD Fees upon resubmission.

9. These practices not only violate BofA's contracts and the covenant of good faith and fair dealing, but are also unfair and fraudulent under the consumer protection law of California (where Ms. Valperga resides).

10. Ms. Valperga and other BofA customers have been injured by these practices. On behalf of herself and the Classes, Ms. Valperga seeks damages, restitution and injunctive relief for BofA's breach of contract and breach of the covenant of good faith and fair dealing, unjust enrichment, and violations of the California consumer protection statute.

## PARTIES

11. Ms. Valperga is a citizen and resident of California, residing at all times mentioned herein in San Ramon, California.

12. Defendant BofA is a national bank with its headquarters and principal place of business located in Charlotte, NC. Among other things, BofA is engaged in the business of providing retail banking services to consumers, including Ms. Valperga and members of the putative Classes. BofA operates banking centers, and thus conducts business, throughout the State of California, including within this District.

## JURISDICTION AND VENUE

13. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(d)(2), because the matter in controversy exceeds $5,000,000, exclusive of interest and costs, and is a class action in which at least one member of the class (Ms. Valperga) is a citizen

of a State different from the Defendant. The number of members of the proposed Classes in aggregate exceeds 100 accountholders. 28 U.S.C. § 1332(d)(5)(B).

14. This Court has subject matter jurisdiction over the Defendant because it regularly conducts and/or solicits business in, engages in other persistent courses of conduct in, and/or derives substantial revenue from products and/or services provided to persons in this District and in this State.

15. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this District—where Ms. Valperga lives and conducts her banking business with BofA.

16. In accordance with California Civil Code Section 1780(d), during the class period, BofA was conducting business in this District. Thus, venue is proper under Cal. Civ. Code § 1780(d).

## SUBSTANTIVE ALLEGATIONS

17. As described more fully herein, BofA's account agreements allow it to take certain steps when a BofA accountholder attempts a non-ATM/debit transaction but does not have sufficient funds to cover it. Specifically, the Bank may (a) authorize the transaction and charge a single $35 OD Fee, or (b) reject the transaction and charges a single $35 NSF Fee.

18. However, BofA regularly assesses two or more NSF Fees on the same transaction. Additionally, BofA regularly assesses both NSF Fees and OD Fees on the same transaction.

19. Oftentimes, BofA engages in both forms of wrongdoing with respect to a single transaction, repeatedly rejecting, resubmitting, and charging multiple NSF Fees on the transaction before finally authorizing it and charging an additional OD Fee.

**A.    Ms. Valperga's Experiences**

18. In support of her claims, Ms. Valperga presents examples of NSF Fees and OD Fees that should not have been assessed against her checking account. On each of the occasions described *infra*, BofA unilaterally decided to (a) resubmit a previously declined transaction, and (b) charge a fee upon resubmission, regardless of whether the resubmission was authorized or declined.

Ms. Valperga did not request any of these resubmissions, and was not warned that they would result in additional fees. In fact, BofA expressly represented to her and other customers via its Deposit Agreement and Online Banking Agreement that a single transaction could only incur a single BofA Account Fee.

19.    On March 30, 2016, Ms. Valperga attempted to make an online bill payment of $76.50, for her State Farm Insurance bill through her BofA checking account. She had insufficient funds in her checking account, and BofA rejected that payment request and charged Ms. Valperga a $35 NSF Fee. Unbeknownst to Ms. Valperga and without her request that it retry the transaction, BofA processed it again on April 5, 2016. Unlike the first time it processed the transaction, BofA paid the transaction and charged Ms. Valperga a $35 OD Fee for doing so, meaning she was charged **both a $35 NSF Fee and $35 OD Fee to process a single $76.50 insurance payment**.

20.    On August 23, 2016, Ms. Valperga attempted to make an online bill payment of $136.55 towards her AT&T phone bill through her BofA checking account. She had insufficient funds in her checking account, and BofA rejected that payment request and charged Ms. Valperga a $35 NSF Fee. Unbeknownst to Ms. Valperga and without her request that it retry the transaction, BofA processed it again on August 26, 2016, and rejected it and charged her another $35 NSF Fee. On August 31, 2016, again without Ms. Valperga's request, BofA processed the same transaction for the third time, rejected it, and charged another $35 NSF Fee. **Altogether, BofA charged Ms. Valperga three separate NSF fees totaling $105.00 to reject her single attempt to pay her $136.55 AT&T phone bill.**

21.    On February 9, 2017, Ms. Valperga attempted to make an online payment of $10.41 to her PayPal account through her BofA checking account. She had insufficient funds in her checking account, and BofA rejected that payment request and charged her a $35 NSF Fee. Unbeknownst to Ms. Valperga and without her request that BofA retry the transaction, that same transaction was processed again on February 16, 2017. BofA rejected the resubmission and charged another $35 NSF Fee, meaning that **BofA charged Ms. Valperga two separate NSF fees totaling $70.00 to reject Ms. Valperga's single attempt to make a $10.41 payment to her PayPal account.**

22.    Similarly, on February 10, 2017, Ms. Valperga attempted to make an online

payment of $6.22 to her PayPal account using her BofA checking account. She had insufficient funds in her checking account, and BofA rejected that payment request and charged her a $35 NSF Fee. Unbeknownst to Ms. Valperga and without her request to retry the transaction, BofA processed the same transaction again on February 17, 2017. Again, BofA rejected the payment and charged Ms. Valperga a $35 NSF Fee. *In sum, BofA charged Ms. Valperga two separate NSF fees totaling $70.00 to reject Ms. Valperga's single attempt to make a $6.22 payment to her PayPal account.*

23.    On December 26, 2017, Ms. Valperga attempted to make an online bill payment of $68.88 towards her State Farm Insurance bill through her BofA checking account. She had insufficient funds in her checking account, so BofA rejected that payment request and charged her a $35 NSF Fee. Unbeknownst to Ms. Valperga and without her request to retry the transaction, that same transaction was processed again on January 2, 2018. Once more, BofA rejected the payment attempt and charged Ms. Valperga a $35 NSF Fee. *Thus, BofA charged Ms. Valperga two separate NSF fees totaling $70.00 to reject Ms. Valperga's single attempt to make a $68.88 insurance payment.*

24.    Plaintiff understood her bill payments to be single transactions as is laid out in BofA's contract, capable at most of receiving a single NSF or OD Fee. BofA itself also understood the transactions to be single transactions, and its systems categorized them as such. Indeed, on Ms. Valperga's bank statements, BofA described subsequent attempts to debit each transaction as a "RETRY PAYMENT."

**B. The Imposition of Multiple NSF Fees on a Single Transaction, or an NSF Fee and OD Fee on a Single Transaction Violate Express Promises and Representations Made by the Bank**

25.    The Online Banking Agreement provides the general terms of Ms. Valperga's relationship with the Bank and makes promises and representations regarding how transactions will be processed and when NSF Fees and OD Fees may be assessed. The Deposit Agreement defines the term "item," and the circumstances under which items can trigger NSF Fees or OD Fees.

26.    Both of these documents contain material misrepresentations and omissions indicating that NSF Fees and OD Fees will only be assessed once per transaction or "item"—

defined as a customer request for payment—when in fact BofA regularly charges two or more BofA Account Fees per transaction or item.

    **1.  BofA Represents in its Online Banking Agreement that a Single Transaction May Only Incur a Single NSF or OD Fee – Not Multiple NSF Fees, or a Combination of Both NSF and OD Fees.**

    27.    BofA's Online Banking Agreement explicitly prohibits charging multiple NSF Fees on a single transaction. Specifically, the Agreement states that the bank may charge "*a*" single NSF Fee when an account contains insufficient funds to cover a transfer or payment, as determined "at the time the transaction is posted":

> The completion of a transfer or payment is subject to the availability of sufficient funds … at the time the transaction is posted. If enough funds to complete the transfer or payment are not available, we may either (i) complete the transaction and overdraw the account or (ii) refuse to complete the transaction. In either case, we may charge *a* non-sufficient funds (NSF), returned item, overdraft, *or* similar fee.

Ex. A at 11 (emphasis supplied).

    28.    BofA violates this express contractual promise by making an ***additional*** calculation as to sufficiency of funds when a transaction is ***retried***, and charging ***a second*** NSF Fee at that time.

    29.    Similarly, the Online Banking Agreement provides that "An NSF-fee, returned item, overdraft or similar fee may also apply if you schedule payments or transfers and your available balance is not sufficient to process the transaction on the date scheduled or, in the case of a personal check, on the date when the check is presented to us for payment." This language indicates that, for scheduled payments, BofA determines sufficiency of funds and imposes related fees either "on the date scheduled" or "on the date when the check is presented…for payment."

    30.    Again, however, BofA regularly violates this provision by making an ***additional*** calculation as to sufficiency of funds when a scheduled payment is ***retried***, and charging ***a second*** NSF Fee at that time. By way of example, Ms. Valperga scheduled her AT&T phone bill payment *once*, and took no action to request re-processing. Nevertheless, BofA repeatedly resubmitted this payment, and charged her not only a second, but also a third NSF Fee.

31.    BofA's practice of charging additional NSF Fees upon resubmission is especially troubling given that the Bank may unilaterally decide to resubmit a transaction without a customer's knowledge or consent:

> **At our option**, we may make a further attempt to issue the payment or process the transfer request. **Bank of America is under no obligation to inform you** if it does not complete a payment or transfer because there are non-sufficient funds or credit in your account to process the transaction. In this case, you are responsible for making alternate arrangements or rescheduling the payment or transfer within Online Banking.

*Id.* (emphasis supplied).

32.    Notably, this language is also internally inconsistent, as it suggests that the Bank may "at [its] option…make a further attempt to issue the payment" but also tells customers that, if a payment is not completed because of insufficient funds, they are "responsible for making alternate arrangement or rescheduling the payment or transfer within Online Banking." *Id*. Given this contradictory language, a reasonable customer could conclude that he or she must take affirmative steps to reschedule a payment before the Bank will "make a further attempt to issue [it]." Instead, however, the Bank automatically resubmits certain transactions−based on undisclosed criteria and without first notifying customers.

33.    Apart from demonstrating that customers are virtually powerless to prevent resubmission of declined transactions, the above language also contains a further material misrepresentation. Specifically, it indicates that the Bank may make "**a** further attempt to issue the payment or process the transfer request," when in fact BofA frequently processes the same transaction three or more times.

34.    The Online Banking Agreement is similarly misleading with respect to BofA's practice of charging both NSF Fees and OD Fees on a single transaction. The Agreement states that, if funds are not available to cover a transfer or payment, the bank may "**either** (i) complete the transaction and overdraw the account **or** (ii) refuse to complete the transaction. In either case, we may charge a non-sufficient funds (NSF), returned item, overdraft, **or** similar fee." This language clearly indicates that the Bank may do one of two things when a customer lacks sufficient funds. It

may *either* (a) authorize the transaction and charge the customer an OD Fee, *or* (b) reject the transaction and charge an NSF Fee. Despite the Agreement's starkly binary language, BofA frequently pursues both options with respect to a single transaction. That is, it first rejects the transaction and charges an NSF Fee, then later authorizes the transaction and charges an OD Fee.

### 2. BofA's Deposit Agreement Tells Customers that a Single Check or ACH Transaction Constitutes a Single "Insufficient Funds Item."

35.    Like the Online Banking Agreement, BofA's Deposit Agreement is rife with misrepresentations and omissions that make it impossible for customers to understand BofA's true fee processing practices.

36.    The Deposit Agreement explicitly tells customers that "when we determine that you do not have enough available funds in your account to cover a check or other item, then we consider the check or other item an insufficient funds item … we either authorize or pay the insufficient funds item and overdraw your account (an overdraft item) or we decline or return the insufficient funds item without payment (a returned item)." Ex. B at 17 (emphasis supplied).

37.    The Deposit Agreement goes on to define "item" as: "all orders and instructions for the payment, transfer or withdrawal of funds from an account. As examples, item includes: *a* check … electronic transaction (including *an* ACH transaction, ATM withdrawal or transfer, or point of sale transaction) … or other order or instruction for the payment, transfer, or withdrawal of funds." *Id*. (emphasis supplied). Thus, according to BofA's terms, an "item" is equivalent to a transaction, including "all orders and instructions for the payment" of that transaction, such as resubmissions.

38.    Taken together, these representations convey to customers that all submissions for payment of the same transaction will be treated as the same "item," which the bank will *either* authorize (resulting in *an* overdraft item) or reject (resulting in *a* returned item).  Nowhere does the Bank disclose that it will treat each resubmission of a check or ACH payment as a separate item, subject to additional fees.

39.    Customers reasonably understand, based on the language of the Deposit Agreement, that resubmissions of checks or ACH payments are simply additional attempts to

complete the original order or instruction for payment, and as such, will not trigger NSF or OD Fees.  In other words, it is always the same item.

### C. The Imposition of Multiple NSF Fees on a Single Transaction, or an NSF Fee and an OD Fee on a Single Transaction Breaches the Bank's Duty of Good Faith and Fair Dealing

40.    Parties to a contract are required not only to adhere to the express conditions in the contract, but also to act in good faith when they are invested with a discretionary power over the other party. In such circumstances, the party with discretion is required to exercise that power and discretion in good faith. This creates an implied promise to act in accordance with the parties' reasonable expectations. That means that the Bank is prohibited from exercising its discretion to enrich itself and gouge its customers. Indeed, the Bank has a duty to honor transaction requests in a way that is fair to Ms. Valperga and is prohibited from exercising its discretion to pile on ever greater penalties on the depositor. Here—in the form agreements the Bank foisted on Ms. Valperga—BofA has provided itself numerous discretionary powers affecting Ms. Valpera's bank account. The Bank literally has her livelihood in its hands. But instead of exercising that discretion in good faith and consistent with Ms. Valperga's reasonable expectations, the Bank abuses that discretion to take money out of Ms. Valperga's account without her permission and contrary to her reasonable expectations that she will not be charged multiple fees for the same transaction.

41.    The Online Banking Agreement grants BofA the discretion to "*[a]t our option* … further attempt to issue the payment or process the transfer request." *Id.* (emphasis supplied). Given that BofA always knows its customers' account balances, it could simply not resubmit a transaction when a customer's account lacks sufficient funds. This would result in a single NSF fee, rather than two NSF fees (or an NSF fee followed by an OD fee). By exercising its discretion in its own favor—and to the prejudice of Ms. Valperga and other customers—by resubmitting a transaction when it knows a customer's account lacks funds and then charging additional NSF Fees, and/or both an NSF Fee and an OD Fee on a single item, BofA abuses the power it has over Ms. Valperga and her bank account and acts contrary to her reasonable expectations under the Account Agreements. This is a breach of the Bank's implied covenant to engage in fair dealing and act in good faith.

42.    Further, the Bank maintains complete discretion not to assess NSF Fees or OD Fees on transactions at all. As set forth in its Deposit Agreement the Bank "*may* charge a non-sufficient funds (NSF), returned item, overdraft, or similar fee." *Id.* (emphasis supplied). By exercising its discretion in its own favor—and to the prejudice of Ms. Valperga and other customers—by charging more than one NSF Fee, or both NSF and OD Fees on a single item, BofA breaches the reasonable expectation of Ms. Valperga and violates the implied covenant to act in good faith.

## CLASS ALLEGATIONS

43.    Ms. Valperga brings this action on behalf of herself and all others similarly situated pursuant to Rule 23 of the Federal Rules of Civil Procedure. This action satisfies the numerosity, commonality, typicality, adequacy, predominance and superiority requirements of Rule 23.

44.    The proposed "Classes" are defined as:

**Class 1 – Nationwide Multiple NSF Class**
All Bank of America checking accountholders in the United States who, during the applicable statute of limitations, were charged multiple NSF Fees on a single transaction.

**Class 2 – Nationwide NSF/OD Class**
All Bank of America checking accountholders in the United States who, during the applicable statute of limitations, were charged at least one NSF Fee and an OD Fee on the same transaction.

**Subclass 3 – California Multiple NSF Class**
All Bank of America checking accountholders in California who, during the applicable statute of limitations, were charged multiple NSF Fees on a single transaction.

**Subclass 4 – California NSF/OD Class**
All Bank of America checking accountholders in California who, during the applicable statute of limitations, were charged at least one NSF Fee and an OD Fee on the same transaction.

Hereinafter, Classes 1 and 2 are collectively referred to as the "National Classes."

46.    Ms. Valperga reserves the right to modify or amend the definition of the proposed Classes before the Court determines whether certification is appropriate.

47.    Specifically excluded from the Classes are any entities in which BofA has a

controlling interest, or which have a controlling interest in BofA, BofA's legal representatives, assigns, and successors, any Judge to whom this action is assigned, and any member of such Judge's staff and immediate family.

48.    The members of the Classes are so numerous that joinder is impractical. The Classes consist of thousands of members, the identities of whom are within the exclusive knowledge of BofA and can be readily ascertained only by resort to BofA's records.

49.    The claims of the representative plaintiff are typical of the claims of the Classes in that the representative plaintiff, like all Class members, was charged multiple NSF Fees on a single transaction, and NSF Fees and OD Fees on a single transaction. The representative plaintiff, like all Class members, has been damaged by BofA's misconduct in that she has been assessed unfair and unconscionable NSF Fees and OD Fees. Furthermore, the factual basis of BofA's misconduct is common to all Class members and represents a common thread of unfair and unconscionable conduct resulting in injury to all members of the Classes. Ms. Valperga has suffered the harm alleged and has no interests antagonistic to the interests of any other Class member.

50.    There are numerous questions of law and fact common to the Classes and those common questions predominate over any questions affecting only individual Class members.

51.    Among the questions of law and fact common to the Classes include:

   a.    Whether BofA violated contract provisions by charging multiple NSF Fees on the same transaction;

   b.    Whether BofA violated contract provisions by charging both NSF Fees and OD Fees on a single transaction;

   c.    Whether BofA breached its covenant of good faith and fair dealing with Ms. Valperga and other members of the Classes through its NSF and OD Fee policies and practices;

   d.    Whether BofA was unjustly enriched through its NSF and OD Fee policies and practices;

   e.    Whether BofA violated the consumer protection law of California through its NSF and OD Fee policies and practices;

f.   The proper method or methods by which to measure damages; and

g.   The declaratory and injunctive relief to which the Classes are entitled.

52.   Ms. Valperga is committed to the vigorous prosecution of this action and has retained competent counsel experienced in the prosecution of class actions, particularly on behalf of consumers and against financial institutions. Accordingly, Ms. Valperga is an adequate representative and will fairly and adequately protect the interests of the Classes.

53.   A class action is superior to other available methods for the fair and efficient adjudication of this controversy. Since the amount of each individual class member's claim is small relative to the complexity of the litigation, no class member could afford to seek legal redress individually for the claims alleged herein. Therefore, absent a class action, the Class members will continue to suffer losses and BofA's misconduct will proceed without remedy.

54.   Even if Class members themselves could afford such individual litigation, the court system could not. Given the complex legal and factual issues involved, individualized litigation would significantly increase the delay and expense to all parties and to the Court. Individualized litigation would also create the potential for inconsistent or contradictory rulings. By contrast, a class action presents far fewer management difficulties, allows for the consideration of claims which might otherwise go unheard because of the relative expense of bringing individual lawsuits, and provides the benefits of adjudication, economies of scale, and comprehensive supervision by a single court.

55.   Plaintiff suffers a substantial risk of repeated injury in the future. Plaintiff, like all Class members, is continuing to be charged NSF Fees and/or OD Fees on repeated resubmissions of transactions that she did not request or authorize. Plaintiff and the Class members are entitled to injunctive and declaratory relief as a result of the conduct complained of herein. Money damages alone could not afford adequate and complete relief, and injunctive relief is necessary to restrain BofA from continuing to commit its unfair and illegal actions.

## CAUSES OF ACTION

### FIRST CLAIM FOR RELIEF
**Breach of Contract and Breach of the Covenant of Good Faith and Fair Dealing
(On Behalf of all Four Classes)**

56.    Ms. Valperga realleges and incorporates by reference all the foregoing allegations as if they were fully set forth herein.

57.    Ms. Valperga and BofA have contracted for bank account services, as embodied in BofA's Account Agreements and related documentation.

58.    BofA's account documents explicitly state that, when a customer lacks sufficient funds to cover a transaction, the Bank may either (a) authorize the transaction and charge a single OD Fee, or (b) reject the transaction and charge a single NSF fee. BofA regularly violates its contractual promises by charging multiple NSF Fees on a single transaction, and by charging both NSF Fees and OD Fees on the same transaction.

59.    Under the laws of the states where BofA does business, parties to a contract are required not only to adhere to the express conditions in the contract, but also to act in good faith when they are invested with a discretionary power over the other party. In such circumstances, the party with discretion is required to exercise that power and discretion in good faith. This creates an implied promise to act in accordance with the parties' reasonable expectations. That means that the Bank is prohibited from exercising its discretion to enrich itself and gouge its customers. Indeed, the Bank has a duty to honor transaction requests in a manner that is fair to Ms. Valperga and is prohibited from exercising its discretion to pile on ever greater penalties on her. Here—in the form agreements the Bank foisted on Ms. Valperga—BofA has provided itself numerous discretionary powers affecting Ms. Valpera's bank account.

60.    Instead of exercising that discretion in good faith and consistent with Ms. Valperga's reasonable expectations, the Bank abuses that discretion to take money out of Ms. Valperga's account without her permission and contrary to her reasonable expectations that she will not be charged multiple fees for the same transaction. Specifically, BofA regularly (a) resubmits previously declined transactions, even when a customer's account lacks sufficient funds, and (b) charges BofA Account Fees upon resubmission of previously declined transactions.

61.    BofA further breaches the covenant of good faith and fair dealing by charging more than one NSF Fee on a single transaction, and by charging both NSF Fees and OD Fees on the same transaction.

62.    By exercising its discretion to enrich itself by gouging its consumers, BofA consciously and deliberately frustrates the agreed common purposes of the contract and disappoints the reasonable expectations of Ms. Valperga and members of the Classes, thereby depriving them of the benefit of their bargain.

63.    Ms. Valperga and members of the Classes have performed all, or substantially all, of the obligations imposed on them under the Account Agreements.

64.    Ms. Valperga and members of the Classes have sustained damages as a result of BofA's breaches of the Account Agreements.

## SECOND CLAIM FOR RELIEF
### Violation of California's Unfair Competition Law
### Cal. Civ. Code § 17200 *et seq.*
### (On Behalf of Both California Classes)

65.    Ms. Valperga realleges and incorporates by reference all the foregoing allegations as if they were fully set forth herein.

66.    BofA's practice of charging multiple BofA Account Fees on a single transaction violates California's Unfair Competition Law (the "UCL"), codified at California Business and Professions Code section 17200, et seq.

67.    The UCL prohibits, and provides civil remedies for, unfair competition.  Its purpose is to protect both consumers and competitors by promoting fair competition in commercial markets for goods and services. In service of that purpose, the Legislature framed the UCL's substantive provisions in broad, sweeping language.

68.    A business act or practice is "unfair" under the UCL if the reasons, justifications and motives of the alleged wrongdoer are outweighed by the gravity of the harm to the alleged victims.

69.    BofA violates the "unfair" prong of the UCL by charging consumers multiple NSF Fees and/or both NSF Fees and OD Fees on the same transaction, and misrepresenting these practices in consumer-facing account documents. BofA's fee practices and material misrepresentations and omissions offend established public policy and substantially injure

consumers. The harm to Ms. Valperga and the Classes arising from BofA's unfair practices outweighs the utility, if any, of those practices.

70.    A business act or practice is "fraudulent" under the UCL if it is likely to deceive members of the consuming public.

71.    BofA's violates the fraudulent prong of the UCL by affirmatively misrepresenting its fee processing practices. Specifically, BofA tells consumers that it may either (a) authorize a transaction and charge a single $35 OD Fee, or (b) reject a transaction and charge a single $35 NSF Fee. However, in reality, BofA regularly assesses two or more NSF Fees on a single transaction, or both NSF Fees and OD Fees, on the same transaction.

72.    Such material misrepresentations are likely to mislead reasonable consumers, and did mislead Ms. Valperga and members of the putative Classes.

73.    Ms. Valperga and members of the putative Classes relied, to their detriment, on BofA's misrepresentations and omissions.  Had Ms. Valperga known she could be charged more than one NSF fee, or both NSF Fees and OD Fees on a single transaction, she would have made different payment decisions so as to avoid incurring these fees.

74.    BofA's unfair business practices alleged herein are immoral, unethical, oppressive, unscrupulous, and unconscionable.

75.    Further, BofA's conduct was substantially injurious to Ms. Valperga and members of the putative Classes in that they were forced to pay NSF Fees and OD Fees they were told they would not incur.

76.    As a result of BofA's violations of the UCL, Ms. Valperga and members of the putative Classes have paid and will continue to pay NSF Fees and OD Fees.  Accordingly, they have suffered and will continue to suffer actual damages.

### THIRD CLAIM FOR RELIEF
**Unjust Enrichment**
**(On Behalf of all of Four Classes)**

77.    Ms. Valperga realleges and incorporates by reference all the foregoing allegations as if they were fully set forth herein.

78.    Ms. Valperga, on behalf of herself and the Classes, asserts a common law claim

for unjust enrichment.

79.    By means of BofA's wrongful conduct alleged herein, BofA knowingly provided banking services to Ms. Valperga and members of the Classes that was unfair, unconscionable, and oppressive.

80.    BofA knowingly received and retained wrongful benefits and funds from Ms. Valperga and members of the Classes. In so doing, BofA acted with conscious disregard for the rights of Ms. Valperga and members of the Classes.

81.    As a result of BofA's wrongful conduct as alleged herein, BofA has been unjustly enriched at the expense of, and to the detriment of, Ms. Valperga and members of the Classes.

82.    BofA's unjust enrichment is traceable to, and resulted directly and proximately from, the conduct alleged herein.

83.    Under the common law doctrine of unjust enrichment, it is inequitable for BofA to retain the benefits it received, and is still receiving, without justification, from the imposition of NSF Fees and OD fees on Ms. Valperga and members of the Classes in an unfair, unconscionable, and oppressive manner. BofA's retention of such funds constitutes unjust enrichment.

84.    The financial benefits derived by BofA rightfully belong to Ms. Valperga and members of the Classes.  BofA should be compelled to disgorge in a common fund for the benefit of Ms. Valperga and members of the Classes all wrongful or inequitable proceeds received by them. Further, a constructive trust should be imposed upon all wrongful or inequitable sums received by BofA traceable to Ms. Valperga and the members of the Classes.

85.    Ms. Valperga and members of the Classes have no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Ms. Valperga, individually and on behalf of the members of the Classes, respectfully requests the Court to enter an Order:

1.    certifying the proposed Classes;

2.    declaring BofA's NSF and OD fee policies and practices to be wrongful, unfair and unconscionable;

3.  enjoining BofA from charging more than one NSF Fee or OD Fee for any single transaction;

4.  enjoining BofA from materially misrepresenting its true fee processing practices;

5.  granting restitution of all NSF Fees and OD Fees paid to BofA by Valperga and the Classes, as a result of the wrongs alleged herein in an amount to be determined at trial;

6.  granting disgorgement of the ill-gotten gains derived by BofA from its misconduct;

7.  awarding actual damages in an amount according to proof;

8.  awarding pre-judgment interest at the maximum rate permitted by applicable law;

9.  awarding punitive or exemplary damages in accordance with proof and in an amount consistent with applicable precedent;

10. awarding costs and disbursements assessed by Valperga in connection with this action, including reasonable attorneys' fees pursuant to applicable law; and

11. awarding such other relief as this Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Ms. Valperga and all others similarly situated hereby demand trial by jury on all issues in this complaint that are so triable as a matter of right.

Dated:  November 5, 2018

_____
Hassan A. Zavareei (State Bar No. 181547)
Andrea Gold (*pro hac vice* to be filed)
TYCKO & ZAVAREEI LLP
1828 L St NW, Suite 1000
Washington, DC 20036
Telephone: 202-973-0900
Facsimile: 202-973-0950
hzavareei@tzlegal.com
agold@tzlegal.com
razhdam@tzlegal.com

Annick M. Persinger (State Bar No. 272996)
TYCKO & ZAVAREEI LLP
The Tower Building
1970 Broadway – Suite 1070
Oakland, CA 94612
Telephone: 510-254-6808
Facsimile: 202-973-0950

-18-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jeff Ostrow (*pro hac vice* to be filed)
Jonathan M. Streisfeld (*pro hac vice* to be filed)
KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
streisfeld@kolawyers.com
ostrow@kolawyers.com

*Attorneys for Plaintiff and putative Classes*

CLASS ACTION COMPLAINT

# EXHIBIT A

 **Online Banking**

## Online Banking Service Agreement

‹ Go to Online Banking Overview

Online Banking and Transfers Outside Bank of America Service Agreement and Electronic Disclosure

Effective Date: November 2, 2018

**Table of Contents:**   Show all Topics

1. General Description of Online Banking and Transfers Outside Bank of America Service Agreement
2. Online Banking Services
3. Description of Online Banking Services (does not apply to Transfers Outside Bank of America)
4. Other Terms and Conditions
5. Additional Provisions Applicable Only to Consumer Accounts
6. Additional Provisions Applicable Only to Business Accounts
7. Additional Services Intended for Businesses
8. Transfers Outside Bank of America Services
9. BankAmeriDeals®
10. My Portfolio Service (Not available through Mobile Banking Apps or Mobile Web)
11. FICO® Score Program for Consumer Credit Card Customers (Not available for all Mobile Banking Apps)
12. Erica Terms
13. Additional Services (Not available through Mobile Banking Apps or Mobile Web)

## 1. General Description of Online Banking and Transfers Outside Bank of America Service Agreement

### A. What This Agreement Covers

This Agreement between you and Bank of America, N.A (Bank of America) governs the use of Online Banking services and the Transfers Outside Bank of America service. These services permit U.S.-based Bank of America customers (consumers and business customers who are account owners) to perform a number of banking functions through the use of a personal computer or, for some functions, a mobile device (e.g., tablet or Smartphone), on accounts linked to the service, including some with our affiliates, Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S"). Unless indicated otherwise by the context, "linked Bank of America accounts" or "linked accounts" refers to all of your U.S.-based accounts with Bank of America that you have linked to Online Banking or Transfers Outside Bank of America. When used in this Agreement, the term "business" includes sole proprietors, non-consumer business entities, and individual owners of the business, unless the context indicates otherwise.

### B. Accepting the Agreement

When you use any of the Online Banking services described in this Agreement or Transfers Outside Bank of America, or authorize others to use them, you agree to the terms and conditions of the entire Agreement.

### C. Relation to Other Agreements

Your use of Online Banking services or Transfers Outside Bank of America may also be affected by a deposit or other agreement between us for your linked Bank of America accounts. When you link an account to Online Banking services or Transfers Outside Bank of America, you do not change the agreements you already have with us for that account. For example, if you link a MLPF&S investment account to Online Banking, the terms and conditions of your MLPF&S customer agreement(s) and/or user agreement(s) do not change. Similarly, when you use Online Banking services to access a credit account, you do so under the terms and conditions we gave you in the agreement and disclosure for the credit account. You should review those and other Bank of America account-related agreements and fee schedules for any applicable fees, for limitations on the number of transactions you can make, liability rules for electronic fund transfers, and for other restrictions that might impact your use of an account with Online Banking services or Transfers Outside Bank of America.

## 2. Online Banking Services

Note: If you access Online Banking or Transfers Outside Bank of America through Bank of America's Downloadable Mobile Banking Applications ("Mobile Banking Apps"), the mobile-optimized version of the Bank of America website ("Mobile Web"), Personal Financial Management (PFM) software, or through an indirect service, all of the features of Online Banking or Transfers Outside Bank of America may not be available, including, but not limited to, bill presentment. To access all of the features and services offered by Online Banking and Transfers Outside Bank of America, sign in directly through our web site at www.bankofamerica.com from a personal computer. Within Online Banking, you can also access optional services such as Bill Payment. Please refer to this Agreement, your applicable account agreement or fee schedule for information on fees for optional services.

### A. Online Banking for Consumers and Businesses

You may use Online Banking to:

- Transfer funds between your linked Bank of America accounts on either a one-time or recurring basis, including as a payment to a linked installment loan or mortgage.
- Transfer funds between linked Bank of America business accounts and linked personal accounts.
- Transfer funds from your linked Bank of America personal or small business accounts to most Bank of America personal or small business deposit accounts.
- Transfer funds between your linked MLPF&S investment accounts and your linked Bank of America accounts on either a one-time or recurring basis.
- View current balance information for your linked Bank of America accounts.
- Review available transactions for your linked accounts.
- Perform self-service account maintenance such as re-ordering checks, ordering copies of paid checks, requesting copies of monthly checking (including SafeBalance Banking®) or saving statements, stopping payment on checks, changing address and phone, and changing your Online ID and Online passcode.
- Send us secure online mail messages and questions regarding your Online Banking service.

Some of the above services may not be available for certain accounts or customers, or if you access Online Banking through Mobile Banking Apps or Mobile Web.

### B. Bill Payment Services

In addition to the Online Banking features listed above, Bank of America customers with eligible deposit accounts may also use the optional Bill Payment service.

If you are a Bank of America customer with a deposit account, you may use the Bill Payment service to:

- Make one-time or recurring payments online from your linked checking account(s) (including SafeBalance Banking®), and money market deposit account(s) to companies or individuals (Payees) you select.
- Make one-time or recurring payments online from your linked Home Equity Line of Credit (HELOC) account(s) during the draw period to a limited group of merchants (does not apply to HELOC accounts opened in the state of Texas).
- Add personal checking or money market account(s) that you maintain at another financial institution through the **Add an Account from Another Bank** feature in the bill payment service. Make one-time or recurring payments online from such accounts to a limited group of merchants or Bank of America loan, credit card, charge card and/or line of credit accounts.
- Use the e-Bills feature to:

    Receive bills from participating Payees

    View Payee bill summary and bill detail information.

If you are a customer with a Bank of America credit card-only or charge card-only relationship, or with a business line of credit-only or vehicle loan-only relationship (automotive, recreational vehicle, boat or aircraft), you may:

- Make one time or automatic payments online from a deposit or money market deposit account maintained at another financial institution to your Bank of America credit card(s), charge card(s), business line of credit(s) and/or vehicle loan account(s).
- Receive credit card, charge card, business line of credit and/or vehicle loan e-Bills from Bank of America and view bill summary and detail information.

**C. Email/Mobile Transfer Network Service**

In addition to the Transfer services listed in 2.A above, Email/Mobile Transfers allows you to send money from your Bank of America personal checking or savings account to another Bank of America customer or a customer of another U.S based bank by using a recipient's email address or mobile phone number. Another Bank of America customer or a customer of a different U.S. based bank may also send money to your personal or small business account using your email address or mobile phone number. Please note that there are dollar amount and other limits for these transfers that may differ from the other Transfers services, as provided in Section 3.D below.

**D. Additional Services Intended for Businesses**

We offer businesses the ability to create multiple Online IDs each with the access level you designate. In some circumstances, we also permit you to link the accounts of other businesses you own or control. See Section 7 below for special registration procedures and applicable terms.

**E. Online Banking Alerts**

We provide three types of Online Banking Alerts:

1. General & Security Alerts are sent to you following important account activities or when certain changes are made online to your Online Banking account, such as a change in your email or home address, telephone number, Online ID or passcode, insufficient funds, or irregular card activity. You do not need to activate these alerts. We automatically activate them for you. Although you have the option to suppress these General & Security Alerts, we strongly recommend that you do not do so since they provide important information related to your online security or account activities.

2. Account Alerts, which must be activated by you.

    Account Alerts allow you to choose optional alert messages for your accounts.

    Each Account Alert has different options available, and you will be asked to select from among these options upon activation of an Account Alert.

3. Automatic Alerts are sent to your primary email address only and provide you with important account notifications, such as information about a money transfer or availability of an eStatement.

    You do not have the option to suppress these Automatic Alerts.

Alerts are subject to the following:

- We may add new Alerts from time to time, or cancel old alerts. We usually notify you when we cancel alerts, but are not obligated to do so.
- Alerts will be sent to the email address you have provided as your primary email address for Online Banking. For General & Security and Account Alerts you can also choose to have these sent to a secondary email address, a mobile device that accepts text messages, or a mobile device that can receive our Mobile App Alerts through a push notification system. If your email address or your mobile device's number changes, you are responsible for informing us of that change. While Bank of America does not charge for the delivery of the alerts, please be advised that text or data charges or rates may be imposed by your carrier. Your alerts will be updated to reflect the changes that you communicate to us with regard to your primary and secondary email addresses or mobile device number.
- We do our best to provide alerts in a timely manner with accurate information, but alerts may be delayed or prevented by a variety of factors beyond our control (such as system failures or misdirected delivery). We don't guarantee the delivery or accuracy of alerts. The contents of an alert may be outdated by the time an alert is sent or received, due to other activity on your account or to delays in sending data among various systems. You agree that we are not liable for any delays, failure to deliver, or misdirected delivery of any alert; for any errors in the content of an alert or for any actions taken or not taken by you or a third party as the result of an alert.
- Because alerts are not encrypted, we will never include your passcode or full account number. However, alerts may include your name and some information about your accounts. Depending upon the type of alert, information such as your account balance, transaction information or the due date for your credit card, charge card and/or business line of credit payment may be included. Anyone with access to your alerts will be able to view the contents of these messages.

**F. Mobile Text Alerts**

1. Online Banking Alerts via Text Message

You have the option of adding a mobile phone number to your Online Banking profile.  By adding a mobile phone number to your Online Banking profile, you are certifying that you are the account holder for the mobile phone account or have the account holder's permission to use the mobile phone number for Online Banking.  You are also consenting to receive Online Banking Alerts via text messages as further described in Section 2.E.  Text message fees may apply.  Text messages may be transmitted automatically.

Message frequency varies by account and preferences. Message and Data Rates may apply. You can text STOP to MyBofA (692632) at any time

to stop the mobile alerts that you activate on the Alerts page in Online Banking desktop. Alerts sent to your primary email address will be unaffected by this action.  To restore Alerts on your mobile phone, just visit the Alerts tab in Online Banking and click the box next to your mobile number for the alerts you'd like to receive again.  For help with SMS text alerts, send the word HELP to 692632 or call us at 800.604.9961.

**Supported Carriers:**
AT&T, Sprint, Verizon Wireless, T-Mobile, Cricket, and MetroPCS

2.  Fraud Alerts via Text Message

We may also send you credit card, charge card, business line of credit and/or debit card fraud text alerts to your mobile phone number in your Online Banking profile when applicable.

Credit fraud alerts coming from 322632 will be a Free to End User (FTEU) campaign. However, data rates may apply depending of your mobile carrier plan. You can opt out of this campaign at anytime by sending the word STOP to 322632. Opting out of this alert will automatically stop all fraud text alerts from being sent to you. For help with SMS, send the word HELP to 322632 or call us at 800-427-2449.

Debit fraud alerts coming from 35422 will be a Free to End User (FTEU) campaign. However, data rates may apply depending of your mobile carrier plan. You can opt out of this campaign at anytime by sending the word STOP to 35422. Opting out of this alert will automatically stop all fraud text alerts from being sent to you. For help with SMS, send the word HELP to 35422 or call us at 855-926-5104.

Checking and/or money market savings account fraud alerts coming from 86006 will be a Free to End User (FTEU) campaign. However, data rates may apply depending of your mobile carrier plan. You can opt out of this campaign at anytime by sending the word STOP to 86006. Opting out of this alert will automatically stop all fraud text alerts from being sent to you. For help with SMS, send the word HELP to 86006 or call us at 800-427-2449.

Small Business credit card fraud alerts coming from 96264 will be a Free to End User (FTEU) campaign. However, data rates may apply depending of your mobile carrier plan. You can opt out of this campaign at anytime by sending the word STOP to 96264. Opting out of this alert will automatically stop all fraud text alerts from being sent to you. For help with SMS, send the word HELP to 96264 or call us at 800-427-2449.

Account takeover fraud alerts coming from 56433 will be a Free to End User (FTEU) campaign. However, data rates may apply depending of your mobile carrier plan. You can opt out of this campaign at anytime by sending the word STOP to 56433. Opting out of this alert will automatically stop all fraud text alerts from being sent to you. For help with SMS, send the word HELP to 56433 or call us at 800-427-2449.

Digital fingerprint fraud alerts coming from 55983 will be a Free to End User (FTEU) campaign. However, data rates may apply depending of your mobile carrier plan. You can opt out of this campaign at anytime by sending the word STOP to 55983. Opting out of this alert will automatically stop all fraud text alerts from being sent to you. For help with SMS, send the word HELP to 55983 or call us at 800-427-2449.

For information about our privacy and security practices and a link to our U.S. Consumer Privacy Notice, go to our Web site at https://www.bankofamerica.com/privacy.

**G. ShopSafe®**

We provide the ShopSafe® service to allow you to create a unique, temporary credit card account number for online purchases at a specified merchant. The number links to the real credit card number, but keeps that number private and protected. The 16-digit ShopSafe® number is used just like any other credit card account number.

ShopSafe® allows you to set a dollar limit for purchases at a specified merchant. When we consider it appropriate, we may permit charges in addition to your preset dollar limit to allow for shipping, handling and taxes, which may not have been taken into consideration at the time of purchase.

## 3. Description of Online Banking Services (does not apply to Transfers Outside Bank of America)

**A. Transfers (does not apply to Email/Mobile Transfers or Transfers Outside Bank of America, except as otherwise provided)**
•  Processing of Transfer Requests

Transfers can be made in 2 ways, on a 1-time or recurring basis. One-time transfers may be immediate or scheduled for a future date. The recurring transfer feature may be used when a set amount is transferred at regular intervals. For example, a $100 transfer from a checking to a savings account which occurs every 2 weeks.

One-time immediate transfers can be made from a linked Bank of America checking, savings, money market, line of credit, credit card, charge card, business line of credit or brokerage account to most linked Bank of America accounts.

Scheduled and recurring transfers can be made from a linked Bank of America checking, savings, money market, credit card, charge card or business line of credit account to a linked checking or savings account.

Scheduled and recurring transfers can be made between a linked MLPF&S investment account and a linked Bank of America checking, savings or money market account.

Transfers can be made from a linked Bank of America personal or small business checking, savings, money market or line of credit account to most personal or small business checking, savings, or money market accounts of other Bank of America customers. Some account types, including those with foreign addresses, cannot be set up to receive funds.

Transfers from a deposit account (excluding investment accounts) are immediately reflected in the account's available balance. Transfers from a credit card, charge card, business line of credit or a line of credit account are immediately reflected in the account's available credit amount. Transfers from a MLPF&S investment account are immediately reflected in the account's available balance.

• Scheduled and Recurring Transfers

Transfers scheduled for a weekend or a non-bank business day will be processed on the prior bank business day. All other scheduled and recurring transfers will be processed from the funding account at the beginning of the business day requested.

• Transfers to Credit Accounts

Funds transferred as a payment to a credit card, charge card, business line of credit, line of credit, installment loan or mortgage account before 11:59 p.m. ET will be credited with the date the payment is submitted. Transfer payments submitted after 11:59 p.m. ET will be credited with the next day's date. Updates to account balances, funds availability, and transaction posting may take up to 2 bank business days.

• Transfers to Deposit Accounts

Funds transferred to a deposit account (excluding transfers from a credit card, charge card or business line of credit) prior to 10:45 p.m. ET on a business day will appear with the same day's date in the deposit account transaction history.

Transfers to a Bank of America checking account or money market savings made after 10:45 p.m. as described above on a business day but before 11:59 p.m. as shown in the table below will be included in the balance we use to pay transactions that night. This process may impact when fees apply to your account. Credits can help you avoid overdrafts, returned items and related fees. However, debits may cause you to incur overdrafts, returned items and related fees. Please note that although these transfers are included in the balance we use to pay transactions that night, they will appear with our next business day's date in the deposit account transaction history.

| State Where Account Was Opened | After Business Day Cut-Off Transaction Deadline |
| --- | --- |
| CA | 11:59 p.m. PT |
| AR, AZ, CO, IA, ID, IL, IN, KS, MI, MN, MO, NM, NV, OK, OR, TX, WA | 11:59 p.m. CT |
| CT, DC, DE, FL, GA, MA, MD, ME, NC, NH, NJ, NY, PA, RI, SC, TN, VA | 11:59 p.m. ET |

Please note, transfers to any deposit account on a Saturday, Sunday or bank holiday, will appear with our next business day's date in the deposit account transaction history.

All transfers submitted to a deposit account (such as checking, savings, money market) are immediately reflected in the account's available balance.

• Transfers to or from MLPF&S Investment Accounts

Transfers submitted to or from an MLPF&S investment account before the cut-off time of 4:45 p.m. ET on a bank business day are posted to your investment account on the same day. All transfers submitted after the cut-off time or on a non bank business day are posted to your investment account at the beginning of the next bank business day following the day the transfer was submitted.

**B. Online Banking Bill Payment Processing**

1.  Bill Pay for Checking, Money Market and Home Equity Line of Credit Accounts (Not Applicable to SafeBalance Banking®)

Bank of America customers with a checking (excluding SafeBalance Banking®), money market savings or home equity line of credit (HELOC) account may use the optional Bill Payment service in the following manner:

• Payments can be scheduled from linked checking, money market savings, and HELOC accounts during the draw period. Note that you may not link HELOC accounts opened in Texas or SafeBalance Banking® accounts.
• Payments can be scheduled from a checking, money market savings or other consumer asset account maintained at another financial institution that you have added through the bill payment service. You certify that any account you add through the bill payment service is an account from which you are authorized to make payments, and any payment you make using the bill payment service will debit an account that you are legally authorized to use. When you add an account maintained at another financial institution, you do not change the agreements you have with that financial institution for that account. You should review those agreements for any applicable fees, for limitations on the number of transactions you can make, and for other restrictions that might limit your use of the account with the Bill Payment service.

- Payments can be entered as a 1-time transaction up to a year in advance, recurring transactions or as payments that are automatically scheduled upon the receipt of an electronic bill (e-Bill).

- Payments (other than payments to a Bank of America credit card account, charge card or business line of credit) entered on our system before 5:00 p.m. ET on a bank business day will be scheduled and begin processing on the same bank business day. Payments that are entered after this cut-off time or on a day that is a non-bank business day will be scheduled and processed the next bank business day.

- Scheduled recurring payments that fall on a weekend or a non-bank business day will be processed on the prior bank business day.

- You authorize us to make payments in the manner we select from the following methods:

  Electronic transmission. Most payments are made by electronic transmission.

  Corporate check- This is a check drawn on our account or the account of our vendor. If a Payee on a corporate check fails to negotiate the check within 90 days, we will stop payment on the check and re-credit your account for the amount of the payment. If a corporate check is returned to you prior to the end of the 90 day period, please inform us immediately so that we can stop payment on the check and re-credit your account.

  Personal check – This is a check drawn on your account based on your authorization under this Agreement.

- All payments under the Bill Payment service that are sent care of APO/FPO or similar addresses will be sent by corporate or personal check. Because all such payments will be made by check, they will not be Remittance Transfers (as defined in section 8 of this Agreement (Transfers Outside Bank of America Services).

- Scheduling Bill Payments

  The scheduled delivery date is the date you enter for the payment to be delivered to the Payee. For payments made by electronic transmission or corporate check, the payment amount will be debited from, or charged to the account that you designate on the scheduled delivery date. If the scheduled delivery date is a weekend or non-bank business day, then the delivery date will be the prior bank business day. For payments made by personal check, the account you designate will be debited when the check is presented to us for payment which may occur before, on or after the scheduled delivery date.

  For payments to a Bank of America loan, line of credit, or mortgage, Bank of America will process and credit the payment to the appropriate account effective the same business day, provided the payment is scheduled prior to the 5:00 p.m. ET cut-off.

  For payments to Bank of America Gold Option and Gold Reserve accounts, Bank of America will process and credit the payment to the appropriate account effective the same day, provided the payment is scheduled prior to the 11:59 p.m. ET cut-off.

When you attempt to schedule a payment, we will inform you of the earliest available delivery date. To assure timely payment and obtain the full benefit of the Online Banking Guarantee, you must schedule payments and your account must be in good standing at least four (4) bank business days before the payment due date. If you do not, or if for any reason your account is not in good standing, you will be fully responsible for all late fees, interest charges or other action taken by the Payee. Under our Online Banking Guarantee, if we fail to process a payment in accordance with your properly completed instructions, we will reimburse you for any late-payment-related fees. If we are unable to complete the payment because of insufficient funds in your account or some other reason, we will send you an alert to the email address you have provided with this Agreement. We will also notify you if your account is no longer in good standing and eligible to be used for bill payments. As indicated above, some payments may be made by a personal check. Since we can't predict the exact date that a personal check will be presented to us for payment, please make sure you have sufficient funds in your account beginning a few days before your scheduled delivery date and keep such funds available until the payment is deducted from your account.

2.  Bill Pay for SafeBalance Banking® Accounts
**Please note that SafeBalance Banking accounts opened on or after November 4, 2018, will be known as Bank of America Advantage SafeBalance Banking™ and will be subject to the same Bill Pay terms as traditional checking accounts provided in Section 3.B.1 above. Existing SafeBalance Banking accounts will be converted to Bank of America Advantage SafeBalance Banking and subject to the Bill Pay terms and conditions provided in Section 3.B.1 on or about November 12, 2018.**

Bank of America customers with SafeBalance Banking® account may use optional Bill Payment service in the following manner:

- Payments can be entered as a 1-time transaction up to a year in advance, recurring transactions or as payments that are automatically scheduled upon the receipt of an electronic bill (e-Bill).

- Payments (other than payments to a Bank of America credit card account, charge card or business line of credit account) entered on our system before 5:00 p.m. ET on a bank business day will be scheduled and withdrawn from your SafeBalance Banking® account on the same bank business day. Payments that are entered after this cut-off time will be scheduled and withdrawn from your SafeBalance Banking® account the next bank business day.

- Scheduled recurring payments that fall on a weekend or a non-bank business day will be withdrawn from your SafeBalance Banking® account on the prior bank business day.

- You authorize us to make payments in the manner we select from the following methods:
  o  Electronic transmission. Most payments are made by electronic transmission.
  o  Corporate check- This is a check drawn on our account or the account of our vendor. If a Payee on a corporate check fails to negotiate the check within 90 days, we will stop payment on the check and re-credit your account for the amount of the payment. If a corporate check is returned to you prior to the end of the 90 day period, please inform us immediately so that we can stop payment on the check and re-credit your account.

- Scheduling Bill Payments
  o  The scheduled send on date is the date you enter for withdrawal of the payment funds from your SafeBalance Banking® account. The

scheduled delivery date is calculated based on your selected send on date and represents the estimated date when the payment is to be delivered to the Payee (typically five (5) or fewer business days from the send on date). The payment amount will be debited from your account that you designate on the scheduled send on date.

    o  If there are not sufficient funds in your SafeBalance Banking® account on the send on date, your payment will not be made and we will send you an alert to the email address you provided in your Online Banking profile.

    o  For recurring payments, if the scheduled send on date is a weekend or non-bank business day, then the send on date will be the prior bank business day.  For payments to a Bank of America loan, line of credit, or mortgage, Bank of America will process and credit the payment to the appropriate account effective the same bank business day, provided the payment is scheduled prior to the 5:00 p.m. ET cut-off.

    o  For payments to Bank of America Gold Option and Gold Reserve accounts, Bank of America will process and credit the payment to the appropriate account effective the same day, provided the payment is scheduled prior to the 11:59 p.m. ET cut-off.

When you attempt to schedule a payment, we will inform you of the earliest available delivery date based on your selected send on date. To assure timely payment and obtain the full benefit of the Online Banking Guarantee, your account must be in good standing and you must schedule your payments choosing an appropriate send on date so that the delivery date to the Payee is at least five (5) bank business days before the payment due date. If you do not, or if for any reason your account is not in good standing, you will be fully responsible for all late fees, interest charges or other action taken by the Payee. Under our Online Banking Guarantee, if we fail to process a payment in accordance with your properly completed instructions, we will reimburse you for any late-payment-related fees. If we are unable to process the payment, we will send you an alert to the email address you provided in your Online Banking profile.

3. Bill Pay for Credit Card, Charge Card, Business Line of Credit or Vehicle Loan (automotive, recreational vehicle, boat or aircraft) Only Customers

Bank of America credit card, charge card, business line of credit or vehicle loan account only customers may use the optional Bill Payment service in the following manner:

• Payments to your Bank of America credit card, charge card, business line of credit or vehicle loan account can be scheduled from a checking, money market savings or other consumer asset account maintained at another financial institution that you have added through the bill payment service. You certify that any account you add through the bill payment service is an account from which you are authorized to make payments, and any payment you make using the bill payment service will debit an account that you are legally authorized to use. When you add an account maintained at another financial institution, you do not change the agreements you have with that financial institution for that account. You should review those agreements for any applicable fees, for limitations on the number of transactions you can make, and for other restrictions that might limit your use of the account with the Bill Payment service.

• Payments can be entered as a 1-time transaction up to a year in advance, or as payments that are automatically scheduled upon the receipt of an electronic bill (e-Bill).

• Payments to your credit card, charge card and/or business line of credit account entered on our system before 11:59 p.m. ET will be applied on the same day. Payments entered after this cut-off will be scheduled and processed on the next day. For all entries, the time is recorded on our computer controls. The payment date will be pre-populated with the current day prior to the 11:59 p.m. ET cutoff time.

• Payments to your vehicle loan entered on our system before 3:30 p.m. ET on a bank business day will be applied on the same day. Payments entered after this cut-off will be scheduled and processed on the next bank business day. For all entries, the time is recorded on our computer controls.  The payment date will be pre-populated with the current bank business day prior to the 3:30 p.m. ET cutoff time.

• If the financial institution upon which your payment is drawn rejects, refuses, or returns the payment, the payment to your Bank of America credit card, charge card, business line of credit or vehicle loan will be reversed and you may incur late payment or other fees. The institution holding your deposit account may impose a returned item or other fee. See your credit card, charge card, business line of credit, vehicle loan and deposit account agreements for details.

## C. Email/Mobile Transfer Network Service

### 1. Description of Service

We have partnered with the Zelle® Network ("Zelle") to enable a convenient way to transfer money between you and others who are enrolled directly with Zelle or enrolled with another financial institution that partners with Zelle (each, a "User") using aliases, such as email addresses or mobile phone numbers (the "Service"). We will refer to financial institutions that have partnered with Zelle as "Network Banks."

Zelle provides no deposit account or other financial services. Zelle neither transfers nor moves money. You may not establish a financial account with Zelle of any kind. All money will be transmitted by a Network Bank.

### 2. Eligibility and User Profile

When you register to use the Service or when you permit others to whom you have delegated to act on your behalf to use or access the Service, you agree to the terms and conditions of this Agreement. You represent that you have the authority to authorize debits and credits to the registered bank account. You agree that you will not use the Service to request, send or receive money from anyone to whom you are obligated for tax payments, payments made pursuant to court orders (including court-ordered amounts for alimony or child support), fines, payments to loan sharks, gambling debts or payments otherwise prohibited by law.

The Service allows you to send or receive money using your consumer deposit account or receive money into a small business deposit account. We reserve the right to suspend or terminate your use of the Service if we believe that you are using the Service for other purposes, or for any unlawful purpose.

**3. Registering for the Service**

a. You must provide us with an email address that you regularly use and intend to use regularly and/or a permanent mobile phone number that you intend to use for an extended period of time.

b. Once registered, you may:

i. authorize a debit of your account to send money to another User either at your initiation or at the request of that User; and

ii. receive money from another User either at that User's initiation or at your request, subject to the conditions of the Section below titled "Requesting Money."

**4. Consent to Emails and Automated Text Messages.**

By participating as a User, you represent that you are the owner of the email address, mobile phone number, and/or other alias you registered, or that you have the delegated legal authority to act on behalf of the owner of such email address, mobile phone number and/or other alias to send or receive money as described in this Agreement. You consent to the receipt of emails or text messages from us, from Zelle, from other Users that are sending you money or requesting money from you, and from other Network Banks or their agents regarding the Services or related transfers between Network Banks and you. You agree that we may, Zelle may or our agents may use automatic telephone dialing systems in connection with text messages sent to any mobile phone number you register. You further acknowledge and agree:

a. You are responsible for any fees or other charges that your wireless carrier may charge for any related data, text or other message services, including without limitation for short message service. Please check your mobile service agreement for details or applicable fees.

b. You will immediately notify us if any email address or mobile phone number you have registered is (i) surrendered by you, or (ii) changed by you.

c. In the case of any messages that you may send through either us or Zelle or that we may send or Zelle may send on your behalf to an email address or mobile phone number, you represent that you have obtained the consent of the recipient of such emails or automated text messages to send such emails or text messages to the recipient. You understand and agree that any emails or text messages that we send or that Zelle sends on your behalf may include your name.

d. Your wireless carrier is not liable for any delay or failure to deliver any message sent to or from us or Zelle, including messages that you may send through us or through Zelle or that we may send or Zelle may send on your behalf.

e. To cancel text messaging from us, text STOP to 53849. For help or information regarding text messaging, text HELP to 53849 or contact our customer service at 800.432.1000 for consumer accounts and 1.866.758.5972 for small business accounts. You expressly consent to receipt of a text message to confirm your "STOP" request.

f. Supported Carriers: AT&T, Sprint, Boost, Verizon Wireless, U.S. Cellular, T-Mobile, Cincinnati Bell, Virgin Mobile USA, Cellular South, Centennial and Ntelos.

g. Transfer instructions relating to external accounts and the transmission and issuance of data related to such instructions shall be received pursuant to the terms of this Agreement and the rules of the National Automated Clearing House Association ("NACHA") and the applicable automated clearing house ("Regional ACH") (collectively, the "Rules") and you and we agree to be bound by such Rules as in effect from time to time. In accordance with such Rules, any credit to an account shall be provisional until such credit has been finally settled by us or the third party institution which holds the account.

**5. Receiving Money; Money Transfers by Network Banks**

Once a User initiates a transfer of money to your email address or mobile phone number registered with the Service, you have no ability to stop the transfer. By using the Service, you agree and authorize us to initiate credit entries to the bank account you have registered.

Most transfers of money to you from other Users will occur within minutes. There may be other circumstances when the payment may take longer. For example, in order to protect you, us, Zelle and the other Network Banks, we may need or Zelle may need additional time to verify your identity or the identity of the person sending the money. We may also delay or block the transfer to prevent fraud or to meet our regulatory obligations. We will notify you if we delay or block a payment you have requested using the Service.

If you are receiving a payment from a business or government agency, your payment will be delivered in accordance with both this Agreement and the procedures of the business or government agency that is sending you the payment.

**6. Sending Money; Debits by Network Banks**

You may send money to another User at your initiation or in response to that User's request for money. You understand that use of this Service by you shall at all times be subject to (i) this Agreement, and (ii) your express authorization at the time of the transaction for us or another Network Bank to initiate a debit entry to your bank account. You understand that when you send the payment, you will have no ability to stop it once the recipient has registered.

In most cases, when you are sending money, the transfer will occur in minutes; however, there are circumstances when the payment may take longer. For example, in order to protect you, us, Zelle and the other Network Banks, we may need additional time to verify your identity or the identity of the person receiving the money. If you are sending money to someone who has not registered as a User with either Zelle or a Network Bank, the transfer may take up to three (3) business days from the day the intended recipient responds to the payment notification by registering as a User. During this period, and in any other circumstance when we need additional time to verify the transfer details, a hold will be placed on your account for the amount of the transfer. You understand and acknowledge that a person to whom you are sending money and who is not registered as a User may fail to register with Zelle, or otherwise ignore the payment notification, and the transfer may not occur. If the person to whom you are sending money does not register, set up an email address or mobile number and accept the transfer within 14 days, the transfer will be cancelled.

The money may also be delayed or the transfer may be blocked to prevent fraud or comply with regulatory requirements. We will notify you if we delay or block a payment that you have initiated using the Service for these reasons.

We have no control over the actions of other Users, other Network Banks or other financial institutions that could delay or prevent your money from being delivered to the intended User.

### 7. **Liability.**

Except as otherwise provided in this Agreement, neither we nor Zelle shall have liability to you for any transfers of money under the Service, including without limitation, (i) any failure, through no fault of us or Zelle to complete a transaction in the correct amount, or (ii) any related losses or damages. Neither we nor Zelle shall be liable for any typos or keystroke errors that you may make when using the Service.

THE SERVICE IS INTENDED FOR SENDING MONEY TO FAMILY, FRIENDS AND PEOPLE YOU KNOW. FOR YOUR SECURITY, YOU SHOULD NOT USE THE SERVICE TO SEND MONEY TO PEOPLE YOU DON'T KNOW. YOU AGREE THAT YOU, NOT WE OR ZELLE, ARE RESPONSIBLE FOR RESOLVING ANY PAYMENT OR OTHER DISPUTES THAT YOU HAVE WITH ANY OTHER USER WITH WHOM YOU SEND MONEY TO, OR RECEIVE OR REQUEST MONEY FROM, USING THE SERVICE. YOU ACKNOWLEDGE THAT THE SERVICE DOES NOT PROVIDE ANY BUYER OR PURCHASE PROTECTION FOR GOODS OR SERVICES YOU PURCHASE USING ZELLE.

### 8. **Requesting Money**

You may request money from another User. You understand and acknowledge that Users to whom you send payment requests may reject or ignore your request. Neither we nor Zelle guarantee that you will receive money from other Users by sending a payment request. If a User ignores your request, we may decide or Zelle may decide, in our sole discretion, that we will not send a reminder or repeat request to that User.

By accepting this Agreement, you agree that you are not engaging in the business of debt collection by attempting to use the Service to request money for the payment or collection of an overdue or delinquent debt; to request money that is owed to another person; or to collect any amounts that are owed pursuant to a court order.

You agree to receive money requests from other Users, and to only send requests for legitimate and lawful purposes. Requests for money are solely between the sender and recipient and are not reviewed or verified by us or by Zelle. Neither we nor Zelle assume responsibility for the accuracy or legality of such requests and do not act as a debt collector on your behalf or on behalf of the sender of a request for money.

We reserve the right, but assume no obligation, to terminate your ability to send requests for money in general, or to specific recipients, if we deem such requests to be potentially unlawful, abusive, offensive or unwelcome by the recipient.

### 9. **Fees**

There is no fee for sending or receiving a transfer under the Service.

### 10. **Disclaimer of Warranties**

EXCEPT AS OTHERWISE PROVIDED HEREIN, AND SUBJECT TO APPLICABLE LAW, NEITHER WE NOR ZELLE MAKES ANY EXPRESS OR IMPLIED WARRANTIES, REPRESENTATIONS OR ENDORSEMENTS WHATSOEVER WITH RESPECT TO THE SERVICE. WE AND ZELLE EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT, WITH REGARD TO THE SERVICE DESCRIBED OR PROVIDED. NEITHER WE NOR ZELLE WARRANTS THAT THE SERVICE WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE, OR THAT DEFECTS WILL BE CORRECTED. THE SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS.

### 11. **Limitation of Liability**

EXCEPT AS OTHERWISE PROVIDED HEREIN, AND SUBJECT TO APPLICABLE LAW, IN NO EVENT WILL WE OR ZELLE, ITS OWNERS, DIRECTORS, OFFICERS, AGENTS OR NETWORK BANKS BE LIABLE FOR ANY DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO ANY DIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, EXEMPLARY OR OTHER INDIRECT DAMAGES ARISING OUT OF (I) ANY TRANSACTION CONDUCTED THROUGH OR FACILITATED BY THE SERVICE; (II) ANY CLAIM ATTRIBUTABLE TO ERRORS, OMISSIONS, OR OTHER INACCURACIES IN THE SERVICES DESCRIBED OR PROVIDED, (III) UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA, OR (IV) ANY OTHER MATTER RELATING TO THE SERVICES DESCRIBED OR PROVIDED, EVEN IF WE OR ZELLE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IF YOU ARE DISSATISFIED WITH THE SERVICE OR WITH THE TERMS OF THIS AGREEMENT, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USING THE SERVICE.

IN THOSE STATES WHERE THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES MAY NOT APPLY, ANY LIABILITY OF US OR ZELLE, ITS OWNERS, DIRECTORS, OFFICERS AND AGENTS OR THE NETWORK BANKS LIABILITY IN THOSE STATES IS LIMITED AND WARRANTIES ARE EXCLUDED TO THE GREATEST EXTENT PERMITTED BY LAW, BUT SHALL, IN NO EVENT, EXCEED ONE HUNDRED DOLLARS ($100.00).

12. **Indemnification**

You acknowledge and agree that you are personally responsible for your conduct while using the Service, and except as otherwise provided in this Agreement, you agree to indemnify, defend and hold harmless us, Zelle, its owners, directors, officers, agents and Network Banks from and against all claims, losses, expenses, damages and costs (including, but not limited to, direct, incidental, consequential, exemplary and indirect damages), and reasonable attorneys' fees, resulting from or arising out of your use, misuse, errors, or inability to use the Service, or any violation by you of the terms of this Agreement.

13. **Privacy and Information Security**

For information about our privacy and security practices and a link to our U.S. Consumer Privacy Notice, go to our Web site at https://www.bankofamerica.com/privacy.

**D. Limitations and Dollar Amounts for Transfers and Payments (does not apply to Transfers Outside Bank of America)**

Transfers and Payments made using Online Banking are subject to the following limitations:

- Bill payments can be for any amount between $0.01 and $99,999.99.
- One-time immediate transfers between linked Bank of America accounts can be for any amount between $0.01 and $9,999,999.99.
- One-time immediate transfers from a linked Bank of America account to a linked MLPF&S investment account may not exceed $9,999,999.99. Additional dollar limitations and verifications may apply. Please contact your financial advisor if you have questions on a particular transfer transaction.
- One-time immediate transfers from a linked MLPF&S investment account to a linked Bank of America account may not exceed $25,000. Additional dollar limitations and verifications may apply. Please contact your financial advisor if you have questions on a particular transfer transaction.
- Transfers submitted to the accounts of other Bank of America customers may not total more than $1,000 during any 24-hour period or $2,500 during any 7-day period for personal accounts. If you are a U.S. Trust or Merrill Lynch Wealth Management client you may have higher limits for this type of transfer. Please contact your advisor for more information on your limits. If you are a Small Business customer, you may also have higher limits for this type of transfer. In addition, for all customers, we may limit the total amount of money that any Bank of America customer can receive through these transfers.
- Scheduled and recurring transfers between linked Bank of America accounts can be for any amount between $0.01 and $9,999,999.99.
- Scheduled and recurring transfers between a linked MLPF&S investment account and a linked Bank of America account can be for any amount between $0.01 and $9,999,999.99. Additional dollar limitations may apply. Please contact your financial advisor if you have questions on a scheduled or recurring transfer transaction.
- Consumers participating in the Email/Mobile Transfer Network Service may send up to 10 transfers with an aggregate dollar limit of $2,500 and receive up to 10 transfers with an aggregate dollar limit of $5,000 during any 24-hour period, and may not send or receive in excess of 30 transfers with an aggregate dollar amount of $20,000 in any 30-day period. If you are a U.S. Trust or Merrill Lynch Wealth Management client you may have higher limits for this type of transfer. Please contact your advisor for more information on your limits. Small business customers may receive up to 10 transfers with an aggregate dollar limit of $25,000 during any 24-hour period and 30 transfers with an aggregate dollar amount of $100,000 in any 30-day period. Receiver limits may not apply to transfers from customers of other banks participating in the Zelle® network. The minimum transfer amount under the Email/Mobile Transfer Service is $1.00.
- All transfer limits are subject to temporary reductions to protect the security of customer accounts and/or the transfer system.
- At our discretion we may refuse to process any transaction that exceeds any of the above limits. In this case, you are responsible for making alternate arrangements or rescheduling the payment or transfer within Online Banking.

**E. Transfer/Payment Authorization and Sufficient Available Funds**

- You authorize Bank of America to withdraw, debit or charge the necessary funds from your designated account in order to complete all of your designated transfers and payments.
- You agree that you will instruct us to make a withdrawal only when a sufficient balance is or will be available in your accounts at the time of the withdrawal.
- The completion of a transfer or payment is subject to the availability of sufficient funds (including any overdraft protection plans) at the time the transaction is posted. If enough funds to complete the transfer or payment are not available, we may either (i) complete the transaction and overdraw the account or (ii) refuse to complete the transaction. In either case, we may charge a non-sufficient funds (NSF), returned item, overdraft, or similar fee. Transfers or payments from SafeBalance Banking® accounts will not be completed if there are not sufficient funds on the date of the scheduled transfer or payment. Please refer to the applicable account agreement and fee schedule for details. If you schedule a payment from an account maintained at another financial institution and there are insufficient funds in that account, you may be charged a fee by that financial institution.
- At our option, we may make a further attempt to issue the payment or process the transfer request.
- Bank of America is under no obligation to inform you if it does not complete a payment or transfer because there are non-sufficient funds or credit in your account to process the transaction. In this case, you are responsible for making alternate arrangements or rescheduling the payment or transfer within Online Banking.

**F. Canceling Transfers and Payments (does not apply to Transfers Outside Bank of America)**

- Bill Payments

  In order to cancel a payment (including a payment you scheduled from an account maintained at another financial institution), you must sign into Online Banking and follow the directions provided on the Bill Pay screens. The cancel feature is found in the Payment History or Recurring Payments sections of Online Banking.

  For payments scheduled from SafeBalance Banking® accounts, future-dated payments can be cancelled prior to 5 p.m. ET on the scheduled send on date.

  For payments scheduled from other accounts, future-dated payments can be cancelled prior to 5 p.m. ET on the third bank business day prior to the scheduled delivery date.

- Transfers

  A 1-time immediate transfer to another Bank of America customer using the recipient's account number cannot be cancelled after it has been submitted in Online Banking. A transfer submitted through the Email/Mobile Transfer Network Service may not be cancelled once the recipient has registered.

  Future-dated and recurring transfers can be canceled prior to midnight ET on the bank business day prior to the date the transfer is scheduled to be made. If the transfer's status is In Process or Processed, you can no longer cancel it. After you cancel a future-dated transfer, the status changes to Canceled. Canceled transfers remain under Review Transfers.

Alternative Method

Note: The easiest and most convenient way to cancel a payment or transfer is through the method described above. However, you may request to cancel a scheduled or recurring payment or a future-dated transfer by calling us at **800.432.1000** for consumer accounts and 1866.758.5972 for small business accounts. If you are calling from outside of the continental U.S., call us collect at **1.925.681.7600**.

We must receive your request three (3) bank business days or more before the payment or transfer is scheduled for processing. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. If you call or write to cancel a payment or transfer that is pending, you will be charged for a stop payment in accordance with the agreement for the appropriate linked account.

**G. Our Liability for Failure to Cancel or Stop the Transfer or Payment**

If you attempt to cancel a payment or transfer in accordance with the above instructions and we do not do so, we will be liable for your losses or damages.

**H. E-Bills**

E-Bills is a feature of the Bill Pay service that enables you to receive bills electronically from participating Payees

- Approval of e-Bills
  Participating Payees establish their own criteria for reviewing requests to receive e-Bills and have sole discretion to accept or decline your request. We do not participate in this decision. Participating Payees generally take up to five (5) bank business days to approve an e-Bill set-up request.
- Accessing e-Bills from a Third Party
  In some cases we obtain the e-Bill from the web site of the Payee. To do so, we will ask you for information needed for this purpose, such as

any required password. When you provide this information, you authorize us to access the third party web site to retrieve the account information on your behalf, and you appoint us your agent for this limited purpose.

- Timely Delivery of e-Bills
  We take no responsibility if a Payee does not provide the necessary data to forward an e-Bill in a timely manner. If you do not receive a bill, it is your responsibility to contact the Payee directly. We are not responsible for any late charges or other adverse consequences. Any questions regarding your bill details should be directed to your Payee.
- Stop e-Bills
  All parties have the right to cancel the service at any time. We will notify you if Bank of America or a Payee discontinues/stops e-Bills. If you request that an e-Bill be discontinued, we require seven (7) bank business days for the Payee to receive and process the request.
- Privacy
  When you request e-Bills from a participating Payee you will provide certain information, that will be forwarded onto the Payee to complete your enrollment. If you have concerns about the future use of this information you should contact your Payee directly.
- Introductory e-Bill Opportunity
  You understand and agree that selected Payees may provide e-Bills to you through Bill Pay for up to three months in order to introduce you to the convenience of online bill payment.  We will notify you in advance of such introductory opportunities.   Bank of America does not have access to and does not store detailed billing information contained in the e-Bill. Only you will have access to the detailed bill information. If at any time you choose not to participate in this introductory e-Bill opportunity, you have the following options:

     You can discontinue a specific e-Bill by signing into Online Banking and choosing to edit it.  Select "cancel the e-Bill trial", confirm your cancellation and the e-Bill trial will end.

     To be removed from future e-Bill trial enrollments, please e-mail customer care at optoutebill@customercenter.net . Please make sure to include the email address that you use for online banking messaging in your response to us.

If you wish to continue to receive the e-Bills after the introductory period, please follow the instructions at the e-Bills page of Online Banking.


**I. Accounts Linked to Your Online Banking Services (does not apply to Transfers Outside Bank of America)**

When you first set up your Online ID, we will link all of your eligible Bank of America accounts. If you open an additional eligible account at a later date, we will link your new account to Online Banking, unless you instruct us not to do so. If you want to limit the accounts linked or the activity level assigned to an account, please call us at 800.432.1000 and a representative will discuss the available options with you. For businesses, see also Section 7.B.


**J. Activity Levels for Linked Accounts**

Currently there are 3 activity levels that can be assigned to your linked accounts:

- View - This level allows you to obtain current account balance and transaction information. This level does not allow transfer of funds between linked accounts. However, for linked investment accounts, you may be able to perform investment activities (including trading) by linking directly to the investment site.
- Inquiry - This level allows you to obtain current account balance and transaction information. This level does not allow transfers of funds from this account to any linked accounts.
- Financial - This level allows you to obtain account information and transfer funds between linked accounts, as well as to add Bill Pay services, and certain other banking services.


When you first use Online Banking, all of your linked accounts are assigned the activity level of "financial." If any additional accounts are linked to Online Banking, it will automatically be assigned to the activity level of "financial." If you want to change the activity level assigned to your linked accounts, please call us at **800.432.1000**. If you are calling from outside of the continental U.S., call us collect at: **1.925.681.7600**. For businesses, see also Section 7.A.


**4. Other Terms and Conditions**


**A. Monthly Service Charge**

Except as otherwise provided in this Agreement or your applicable account agreements and schedule of fees, there is no monthly service charge for accessing your linked accounts with the Online Banking service.
**Note:** For Personal Financial Management programs (such as QuickBooks®) using Online Banking with Bill Pay service through QuickBooks® Direct Connect - There is a $15.00 charge for Business customers who have the Online Business Suite Account Management product. The fee is waived for business customers if you are a Business Advantage checking customer.

**B. Other Charges**

In addition to the fees already described in this Agreement, you should note that depending on how you access Online Banking or Transfers Outside Bank of America, you might incur charges for:

- Normal account fees and service charges.
- Any Internet service provider fees.
- Any wireless carrier fees.
- Purchase of computer programs such as Personal Financial Management (PFM) software.
- Payments or transfers made through Online Banking services from a savings or money market account may result in an excess transaction fee. See your savings or money market account for details. Additionally, fees may be assessed for added self-service features available through Online Banking Help & Support, such as stop payment requests, check copy orders and account statement copy orders. For additional information, please see the applicable Deposit Agreement.
- An NSF-fee, returned item, overdraft or similar fee may also apply if you schedule payments or transfers and your available balance is not sufficient to process the transaction on the date scheduled or, in the case of a personal check, on the date when the check is presented to us for payment.

Please see Section 8 for additional fees for Transfers Outside Bank of America.

**C. Service Hours**

Online Banking services and Transfers Outside Bank of America are available 365 days a year and 24 hours a day, except during system maintenance and upgrades. When this occurs, a message will be displayed on-line when you sign on to Online Banking. Our Call Centers are available Monday through Friday from 7:00 a.m. to 10:00 p.m., and Saturday and Sunday from 8:00 a.m. to 5:00 p.m. local time, excluding bank holidays. You may also write us at:

**Bank of America**
**FL1-300-02-07**
**P.O. Box 25118**
**Tampa, FL 33622-5118**

**D. Business Days**

For Online Banking services and Transfers Outside Bank of America, our business days are Monday through Friday, excluding bank holidays. For investment accounts only, all stock exchange closures and holidays will be observed (such as Good Friday) as well as the bank holidays.

**E. Participation By Payees**

Occasionally a Payee may choose not to participate in Bill Pay, or may require additional information before accepting payments. We will work with these Payees to encourage them to accept an electronic or check payment from the Bank. If we are unsuccessful, or if we determine that the Payee cannot process payments in a timely manner, we may decline future payments to this Payee. In the unlikely event that this occurs, we will promptly send you a notice. Any obligations that you wish to pay through Online Banking with Bill Pay must be payable in U.S. dollars to a Payee located in the United States. We reserve the right to restrict categories of Payees to whom payments may be made using the service. You should not use the service to make:

- Tax payments
- Court-ordered payments
- Payments to settle securities transactions

**F. Canceling Your Online Banking**

If you choose to cancel your Online Banking services, any unprocessed payments will be canceled. We recommend that you cancel any scheduled payments prior to notifying us that you are discontinuing the service. Bank of America will cancel any scheduled payments within two (2) bank business days from the date we receive your request to discontinue the service. If you close your primary checking account, or if it's no longer linked to your service, any unprocessed payments will be canceled. If you cancel your Online Banking services, Transfers Outside Bank of America will also be canceled. Your Online Banking services will also end if you close all accounts linked to your Online Banking profile.

**G. Joint Accounts**

When your Online Banking service is linked to one or more joint accounts, we may act on the verbal, written or electronic instructions of any authorized signer. Joint accounts using the same Online ID will be identified as one service.

**H. Changes to Agreement**

We may change this agreement at any time. For example, we may add, delete or amend terms or services. We will notify you of such changes by mail or electronic message. If you initiate any transfer of funds or bill payment through your Online Banking services or make any Transfers Outside Bank of America after the effective date of a change, you indicate your agreement to the change.

**I. Cancellation**

Your Online Banking services and Transfers Outside Bank of America remain in effect until they are terminated by you or Bank of America. You may cancel your service at any time by notifying us of your intent to cancel in writing, through Online Banking secure mail, or by calling Online Banking customer service at 800.432.1000. This cancellation applies to your Online Banking services and Transfers Outside Bank of America, and does not terminate your Bank of America accounts. We recommend that you cancel any scheduled payments prior to notifying us that you are discontinuing the service.
We may terminate your participation in Online Banking services for any reason, including inactivity, at any time. We will try to notify you in advance, but are not obliged to do so.

**J. Use of External Email Address**

With Online Banking services and Transfers Outside Bank of America, we may send messages to your external email address and notify you that responses to your payment inquiries or customer service inquiries are available, or as otherwise described within the Online Banking or Transfers Outside Bank of America services. If you subscribe to e-Bills service, we may also use external email to notify you that you have new bills. We cannot act on instructions sent by you from an external email address. You should use Online Banking secure mail to send instructions to Bank of America. If, for any reason your external email address changes or becomes disabled, please contact Bank of America immediately so that we can continue to provide you with automated messages. Because we may also use external email to send important notices about service and privacy changes, we require that every Online Banking customer provide us with a valid and current external email address. You are responsible for providing us with a valid email address and you may notify us of any changes to your external email address through the Help & Support tab within your Online Banking service.

**K. Transfers From Money Market Deposit Accounts**

Federal regulations and the Deposit Agreement impose limits on the number of certain types of withdrawals and transfers you can make each month from a savings and money market deposit account. You can make no more than a total of six (6) automatic or preauthorized transfers, telephone transfers, Online Banking transfers or payments, or if checks and debit cards are allowed on the account, check, draft and point of sale transactions from a savings or money market deposit account each monthly statement cycle (each month for savings accounts with a quarterly statement cycle).  If you exceed these limits on more than an occasional basis, we convert your account to another type of account and your account may no longer earn interest.

Each transfer or payment through the Online Banking services from your savings or money market deposit account is counted as one of the six limited transfers you are permitted each statement period. We recommend that you not use a savings or money market deposit account as your bill payment account because of these limits on transfers. Please review the deposit agreement for your account for more information.

**L. Contact by Bank of America or Affiliated Parties**

No Bank of America or Payee employee, nor any company affiliated with Bank of America Online Banking or Transfers Outside Bank of America, will contact you via email or phone requesting your Online ID or online passcode. If you are contacted by anyone requesting this information, please contact us immediately.

**M. Reporting Unauthorized Transactions**

For reporting unauthorized transactions, please call us at **800.432.1000** for consumer accounts and 1.866.758.5972 for small business accounts.

If you are calling from outside of the continental U.S., please call us collect at **1.925.681.7600**

You may also write us at:

**Bank of America**
**FL1-300-02-07**

P.O. Box 25118
Tampa, FL 33622-5118

**N. Initiating Payment Inquiries**

To initiate a payment inquiry, you may use Online Banking services to send the request via secure online mail. Or you may contact Online Banking Customer Service by calling 800.432.1000 for consumer accounts and 1.866.758.5972 for small business accounts and following the voice prompts to speak to a customer service representative. If you are calling from outside of the continental U.S., call us collect at 1.925.681.7600.

**O. Disclosure of Account Information**

We may disclose information to third parties about you or your transactions in the following instances:

•  When it's necessary for completing transfers or bill payments, or to investigate or resolve a problem related to a transfer or payment

•  To verify the existence and condition of your account for a third party, such as a credit bureau or merchant

•  To comply with a government agency or court orders, or in connection with fraud prevention or an investigation

•  If you give us your permission

•  With our affiliates as permitted under Federal and applicable state laws

•  On a closed account, if we reasonably believe you have mishandled it

You authorize your wireless operator (AT&T, Sprint, T-Mobile, US Cellular, Verizon, or any other branded wireless operator) to use your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI), and other subscriber status details, if available, where provided in accordance with your mobile operator's privacy policy, to allow verification of your identity and to compare information you have provided to Bank of America with your wireless operator account profile information for the duration of the business relationship.

For more information about our privacy and security practices and a link to our U.S. Consumer Privacy Notice go to our Web site at https://www.bankofamerica.com/privacy.

**P. Account Statements and Documents**

1. Account Statements and Transaction Details

For deposit accounts, we report your Online Banking and Transfers Outside Bank of America transactions on the monthly or periodic statements for your linked accounts. A description of each transaction, including whom you paid, and the date and amount of the transaction will appear on your statement.

In Online Banking, the account statements and documents (including notices) for your eligible checking, savings, money market, credit card, charge card, business line of credit, mortgage and loan accounts are shown within the statements and documents area of your account details page. Note: Online statements and documents are available for viewing using the Mobile Banking App, but are not available through Mobile Web.

2.  Enrollment in Paperless Account Statements and Documents

As part of Online Banking enrollment, all Online Banking customers must consent to the Online Banking Electronic Communications Disclosure ("eCommunications Disclosure").  The eCommunications Disclosure allows us to provide this Agreement and certain Online Banking communications electronically.  In addition, the eCommunications Disclosure provides important information about paperless delivery if you choose to replace certain mailed account statements and documents with paperless (online-only) statements and documents.  For more details, please review the eCommunications Disclosure by visiting the paperless settings page in Online Banking.

On the paperless settings page in Online Banking, you can choose paperless delivery for all statements and documents at the account level, or for some eligible accounts, at the document group level.   As new document types are added to Online Banking for your chosen paperless account or document group, you will automatically receive those new document types online instead of by mail without needing to make an additional paperless choice.  At times, we may, in our sole discretion, mail you a paper copy of certain statements and documents even if you have chosen paperless delivery.  Note: Tax statements for eligible accounts require a separate consent process for paperless delivery.

When a statement or document is delivered online, we send an email to alert you that it is available for viewing in Online Banking.  You must have a valid email address to receive these alerts.  Paperless statements and documents are generally provided in PDF or HTML format.  In order to view, print or save copies of your account statements and documents, you will need to ensure that the computer or device you are using meets the hardware and software requirements specified by the eCommunications Disclosure.

3. Managing your Paperless Delivery Settings

You can switch your paperless account statements and documents back to mail delivery at any time by visiting the paperless settings page in Online Banking.  It may take up to two months for your revised delivery settings to take effect.  Setting your paperless delivery preferences may not be available for all accounts, products or services.  See the paperless settings page for more details on the eligible accounts with paperless options, the documents that are currently available to view online, and how to manage your document delivery preferences.  We may, in our sole discretion, add to, modify or delete any of the features we provide within our paperless statements and documents service.

**Q. One-Time Text Messaging Authorization Codes and Links**

You may have the option to verify your identity and conduct certain transactions electronically through our Bank of America automated telephone system, Financial Centers or Contact Centers using your mobile device.  To help facilitate the electronic transaction, you may receive a text message containing a one-time authorization code or a link at the mobile number you provide. By providing a mobile number you (1) certify that you are the account holder for the mobile phone account or have the account holder's permission to use the mobile phone number, and (2) consent to receive this one-time text message to conduct this transaction.

This text message may be sent using auto-dialer technology. You will not be sent additional texts or other messages unless you affirmatively request to receive another code or link. Message and Data Rates may apply.

If you need help with this text message transaction, reply to the text with the word **HELP** or call us at 800.432.1000. If your mobile phone is off, out of range, or subject to a variety of other conditions, you may not receive the message or messages may be delayed. Wireless carriers are not liable for delayed or undelivered messages.

## 5. Additional Provisions Applicable Only to Consumer Accounts

### A. In Case of Errors or Questions About Your Electronic Transactions

Send us a secure online mail message or call us at **800.432.1000**

If you are calling from outside of the continental U.S., call us collect at **1.925.681.7600**

You may also write us at:

**Bank of America**
**FL1-300-02-07**
**P.O. Box 25118**
**Tampa, FL 33622-5118**

Contact us immediately if you think:

• Your statement or transaction record is wrong

• You need more information about a transaction listed on your statement

• An unauthorized person has discovered your Online Banking passcode

• Someone has transferred or may transfer money from your account without your permission

• Bill payment transactions have been made without your authorization

We must hear from you no later than 60 days after we have sent the FIRST statement on which the problem or error appeared (or 90 days if the problem or error relates to a bill payment from an account maintained at another financial institution).

If you tell us verbally, we may require you to send us your complaint or question in writing or via email within ten (10) bank business days (Online Banking customers may use secure online mail). When you contact us, please provide the following information:

• Your name and account number

• The date and dollar amount of the transaction in question

• The name of the Payee if the transaction in question is a payment

• The transaction number assigned by Online Banking, if available

• A description of the transaction about which you are unsure

Please explain as clearly as you can why you believe there is an error or why you need more information.

We will tell you the results of our investigation within 10 bank business days after we hear from you, and we will promptly correct any error we have made. If we need more time, however, we may take up to 45 days to investigate your complaint or question. In this case, we will provisionally credit your account within 10 bank business days for the amount you think is in error, so that you have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing, and we do not receive your letter in 10 bank business days, we reserve the right not to provisionally credit your account.

If we conclude there was no error, we will send you a written explanation within three (3) bank business days after we complete our investigation. You may request copies of the documents that we used in our investigation.

### B. Limitation of Liability for Online Banking Transactions

Tell us at once if you believe your Online Banking passcode has been compromised or if someone has transferred or may transfer money from your account without your permission. The best way to minimize your loss is to call us immediately. The unauthorized use of your Online Banking services could cause you to lose all of your money in your accounts, plus any amount available under your overdraft protection plan.

You will have no liability for unauthorized transactions if you notify us within 60 days after the statement showing the transaction has been mailed to you (or 90 days if the transaction was from an account maintained at another financial institution). If you do not, you may not get back any of the money you lost from any unauthorized transaction that occurs after the close of the 60-day period (or 90 day period if the transaction was from an account maintained at another financial institution), if we can show that we could have stopped the transaction if you had notified us in time. If a good reason (such as a long trip or hospital stay) kept you from telling us, we may extend the time periods.

When you give someone your Online Banking ID and passcode, you are authorizing that person to use your service, and you are responsible for all transactions that person performs while using your service. All transactions that person performs, even those transactions you did not intend or want performed, are authorized transactions.

Transactions that you or someone acting with you initiates with fraudulent intent are also authorized transactions.

For your protection, sign off after every Online Banking session and close your browser to ensure confidentiality.

Note: These liability rules are established by Regulation E, which implements the federal Electronic Fund Transfer Act and does not apply to business accounts. Our liability policy regarding unauthorized debit card or ATM Card transactions, and unauthorized Online Banking transactions on consumer deposit accounts may give you more protection, provided you report the transactions promptly. Please see the agreement you received with your ATM or debit card and the Online Banking agreement. Also, the state law applicable to your account may give you more time to report an unauthorized transaction or may give you more protection. For example, in Massachusetts, the two day and 60 day time limits for reporting unauthorized transactions do not apply and the $500 limit does not apply.

### C. Our Liability for Failure to Complete Transactions

If we do not complete a transaction to or from your account on time, or in the correct amount according to our Agreement with you, we will be liable for your losses or damages. However, there are some exceptions. For instance, we will not be liable:

- If, through no fault of ours, you don't have enough available funds in your account (or available funds under your overdraft protection plan), or credit to cover the transaction or transfer
- If Online Banking services weren't working properly, and you knew about the malfunction when you started the transaction or transfer
- If circumstances beyond our control (such as fire or flood) prevented the transaction or transfer, despite reasonable precautions we've taken
- If there are postal delays or processing delays by the Payee
- There may be other exceptions not specifically mentioned

### D. Our Liability for Transfers Outside Bank of America

For the provisions governing our liability for Same-Business Day Outbound transfers and International transfers through our Transfers Outside Bank of America Service, please see Section 8.G below. Our liability for Three-Business Day domestic transfers and Next Business Day domestic transfers involving a transfer to or from a Bank of America consumer account is as prescribed in this section.

## 6. Additional Provisions Applicable Only to Business Accounts

### A. Protecting Passcodes

You agree that we may send notices and other communications, including passcode confirmations, to the current address shown in our records, whether or not that address includes a designation for delivery to the attention of any particular individual. You further agree that Bank of America will not be responsible or liable to you in any way if information is intercepted by an unauthorized person, either in transit or at your place of business. You agree to: 1) keep your passcode secure and strictly confidential, providing it only to authorized signers on your account(s); 2) instruct each person to whom you give your passcode that he or she is not to disclose it to any unauthorized person; and 3) immediately notify us and select a new passcode if you believe your passcode may have become known to an unauthorized person. **Bank of America will have no liability to you for any unauthorized payment or transfer made using your passcode that occurs before you have notified us of possible unauthorized use and we have had a reasonable opportunity to act on that notice.** We may suspend or cancel your passcode even without receiving such notice from you, if we suspect your passcode is being used in an unauthorized or fraudulent manner. For businesses who use the additional services described in Section 7, this section applies to all Online Banking passcodes, including those assigned to users or Administrators. You are responsible for all transactions performed by you and any designated user(s), including Administrator(s), whether you specifically authorize the transactions or not. If you notify us that the person is no longer authorized, then only transactions that person performs after the time you notify us are considered unauthorized.

### B. Acknowledgment of Commercially Reasonable Security Procedures

By using Online Banking, you acknowledge and agree that this Agreement sets forth security procedures for electronic banking transactions that are commercially reasonable. You agree to be bound by instructions, whether authorized or unauthorized, which we implement in compliance with these procedures, unless you have given us prior notice of possible unauthorized use as described above (and we had a reasonable opportunity to act on such notice).

### C. Limitation of Bank's Liability (does not apply to Transfers Outside Bank of America or Direct Payments Service)

If we fail or delay in making a payment or transfer pursuant to your instructions, or if we make a payment or transfer in an erroneous amount that is less than the amount per your instructions, unless otherwise required by law, our liability shall be limited to interest on the amount that we failed to timely pay or transfer, calculated from the date on which the payment or transfer was to be made until the date it was actually made or you canceled the instructions. We may pay such interest either to you or the intended recipient of the payment or transfer, but in no event will we be liable to both parties, and our payment to either party will fully discharge any obligation to the other. If we make a payment or transfer in an erroneous amount that exceeds the amount per your instructions, or if we permit an unauthorized payment or transfer after we have had a reasonable time to act on a notice from you of possible unauthorized use as described above, unless otherwise required by law, our liability will be limited to a refund of the amount erroneously paid or transferred, plus interest thereon from the date of the payment or transfer to the date of the refund, but in no event to exceed 60 days' interest. If we become liable to you for interest compensation under this Agreement or applicable law, such interest shall be calculated based on the average federal funds rate at the Federal Reserve Bank in the district where Bank of America is headquartered for each day interest is due, computed on the basis of a 360-day year. **Unless otherwise required by law, in no event will Bank of America be liable to you for special, indirect or consequential damages including, without limitation, lost profits or attorney's fees, even if we are advised in advance of the possibility of such damages.**

For the provisions governing our liability for Transfers Outside Bank of America, please see Section 8.G below. For the provisions governing our liability for Direct Payments Service, please see Section 4.G of the Online Business Suite Addendum.
Please note that if you give or make reasonably available, your PIN or other access device or code to anyone, you may be liable for any use made of such until you advise us that such person is not authorized to use them.

## 7. Additional Services Intended for Businesses

The additional services described in this Section 7 are available only if you also enroll in the Online Business Suite or if you are a payroll customer. Some customers have been provided continued access to these services without enrolling in the Online Business Suite. We have notified you separately if you qualified for this limited exception.

### A. Creating and Managing Users

You may authorize other users and control their scope of activities by designating user levels, access levels, and account settings.

You may add additional users to your Online Banking profile and provide each with a separate Online ID and passcode. You may designate the user level either as, "user" (also sometimes referred to as sub-user) or "Administrator." An Administrator is a user who is able to create additional users and to edit and monitor other users. An Administrator is not eligible to enroll in other online business services or grant levels of access to other users that have not been granted to the Administrator. For each user, you can designate which account(s) the user will have access to. You may also place limits on the types of transactions for each account the user is granted access to.

For each account linked to your Online Banking profile, except for personal investment accounts, you can designate each user's access level and account settings.

Access Level (also sometimes referred to as Activity Level) means either Transactional Access, View Access or No Access.

You agree that users have Transactional Access, unless otherwise specified by you or an Administrator. You agree that by granting Transactional Access (also sometimes referred to as financial access or full access) to an account you will be allowing a user to transfer funds, make payments, perform account maintenance, and view account balances and activity on the account, subject to the selected account or general service settings.

View Access (also sometimes referred to as inquiry access or basic access) allows a user to only view account balances and activity, subject to the selected account or general service settings.

Account settings are levels of access and transactional limits that you and/or an Administrator may select for each user. In addition to specifying Transactional, View, or No Access for a user of an account, you can also specify certain other account settings, including transaction limitations as provided on our web site. You may also designate certain "general service settings," which are global settings that may affect more than one account. These include Full Access Bill Pay, Payroll Services, Direct Payments, and Express Invoicing.

There are additional controls available for the Bill Pay option. If you select to enable Full Access Bill Pay for a user, that user will automatically have Transactional Access to all the accounts that you have set up for Bill Pay, and the user will be able to pay bills using the Bill Pay feature and set up new payees. You may, however, designate limited access for a user of Bill pay, which will permit the user to have transactional access for specific accounts and existing payees only. For the Bill Pay functionality, you may limit a user to use only certain specified accounts. For users of the Payroll, Direct Payments and Express Invoicing, only Transaction Access is available.

In addition to designating general service settings, you can also provide additional account settings on certain eligible accounts, such as allowing a user to view statements, view check images or make transfers for the selected accounts. Any user to whom you have given transfer ability will be able to see the last name and last 4 digits of account number for all transfer recipients created by you, an Administrator or any other user, even those that the user did not initiate.

If you no longer are a person authorized on the signature card for each linked account to designate signers for each such account, the business has the obligation to inform Business Online Banking of the new individual or individuals with such authority. Such notice must be given separately from any other notices given to other Bank of America departments or banking centers, by calling us at 800.432.1000. You may also write us at:

**Bank of America**
**FL1-300-02-07**
**P.O. Box 25118**
**Tampa, FL 33622-5118**

You are responsible for (and we will have no liability to you for) any unauthorized payments, transfers or other transactions performed on any account linked to this service that are made by a designated user or Administrator using the Passcodes you or an Administrator assign, and that occur before you have notified us of possible unauthorized use and we have had a reasonable opportunity to act on that notice.

## B. Linking Accounts of Additional Businesses and Personal Accounts

If you also are authorized to enter into an Agreement for the Business Online Banking service for another business, and if you want to link the accounts of the other business to the accounts covered by this Agreement, you will need to agree separately to this Agreement for each other business. Upon doing so, you may link the accounts of the businesses so that you may elect, at your risk and that of the businesses, but not of the Bank, to use a common Online ID and passcode for Business Online Banking for all linked accounts. You should do this only if you are authorized to link the accounts of the different business and to use all the functions of Business Online Banking for each business. You further agree to inform Bank of America if your authority over any linked account decreases. Bank of America is not liable if your authority over any account decreases until it is informed of the change in authority using the "Notice" requirements of this Agreement.

You may also link an eligible Bank of America personal account to the accounts covered by this Agreement. SafeBalance Banking® accounts are not eligible to be linked to Online Business Suite accounts. You may link eligible accounts only if you are the named owner of the business account and the personal account. If you link personal accounts to your business accounts, you agree and understand that users and Administrators will be able to view and/or perform transactions with linked personal accounts, subject to the selected account or general service settings described in Section 7.A. above.

You further agree to inform Bank of America if your authority over any linked account decreases. Bank of America is not liable if your authority over any account decreases until it is informed of the change in authority using the "Notice" requirements of this Agreement.

## C. Contacting Bank of America

For general questions, to request cancellation of payments and transfers, or to report unauthorized transactions please call us at 800.432.1000. Business Online Banking Customer Service is available from 7:00 a.m. to 10:00 p.m. local time, seven (7) days a week, excluding bank holidays. You may also write us at:

**Bank of America**
**FL1-300-02-07**

P.O. Box 25118
Tampa, FL 33622-5118

**D. Business Payroll Services**

**For payroll customers who have accepted the Intuit terms and conditions on or after May 31, 2013, the following terms and conditions in subsection 7.D apply to your Online Banking Agreement with us:**

1. Self Service or Full Service

Bank of America has arranged for a third-party provider, Intuit Inc., to furnish optional web-based payroll processing services (the "Payroll Service") to our online business customers. You can choose a self-service product (Intuit® Online Payroll) that permits you to perform your own payroll, or you can choose a full service version (Intuit Full Service Payroll®) where Intuit will perform your payroll for you.

This is a summary of current terms of the Intuit Payroll Services for business customers enrolling in and/or navigating to the Payroll Service through Bank of America Small Business Online Banking:

Intuit® Online Payroll: Intuit Online Payroll® offers two service levels, Basic and Enhanced. Enhanced service provides state and multi-state tax service and direct deposit to banks other than Bank of America.  Monthly fees: Basic service is $20/month and Enhanced service is $36/month. With Basic, you will receive a $20 discount in any month you pay all your employees (includes contractors) by direct deposit to Bank of America accounts. For both Enhanced and Basic, if you pay more than 20 employees, but not all are paid by direct deposits to Bank of America accounts, an additional monthly fee of $2 will be charged for each employee over the first 20. The monthly payroll service fees are waived during the first 3 months of enrollment. Intuit guarantees the accuracy of its payroll tax calculations, based on the information you provide and subject to the terms of your agreement with Intuit. If Intuit causes a calculation error, Intuit will pay the tax penalty incurred as a result of a calculation error.

Intuit Full Service Payroll®: Monthly fees: $99/month, plus $2 for each employee (includes contractor). Intuit guarantees the accuracy of the payroll tax calculations, tax filings, and any paychecks Intuit prepares for you, based on the information you provide and subject to the terms of your agreement with Intuit. If Intuit causes a service error, Intuit will pay the tax penalty, pay the resulting bank fees, and waive the next month's service fee.

Both Intuit® Online Payroll® and Intuit Full Service Payroll: Additional multi-state payroll processing fees ($12/state/month for IOP and $10/state/month for IFSP) will apply for every state in which you have employees (or contractors), other than your primary business state location. Monthly service fees, including multi-state fees, apply each month in which you are enrolled, whether or not you use the service. Additional fees for exception processing and other special services may apply. Pricing does not include applicable taxes. You must have an open Bank of America business checking account to be eligible to access the payroll service through Bank of America Online Banking. The maximum number of active employees and contractors being paid cannot exceed 150.

Intuit® Online Payroll and Intuit Full Service Payroll® are products of Intuit Inc. You must go to the Intuit Website to enroll in and use the payroll product. Bank of America is not responsible for the product or the performance of Intuit Inc. Intuit and the Intuit Logo are registered trademarks of Intuit Inc., used under license.

**Terms, conditions, features, availability, pricing, fees, service and support options are subject to change. The actual terms and conditions of your Payroll Service are in the service agreement you execute with Intuit, Inc. Bank of America makes no representation or warranty concerning the accuracy or continuance of any of the these terms, whether shown in this agreement, on the Bank of America website, or on any other Bank of America communication.**

2.  Enrollment and Navigation.

You must navigate to the Intuit website to enroll and to use the Payroll Services. You will be subject to the Intuit terms and conditions, privacy, and security agreements and policies. Intuit may decline to initiate the Payroll Service for you or any of your employees in its sole discretion. The Payroll Services are not Bank of America services or products, and Bank of America is not responsible for the Payroll Services or the performance of Intuit.

We provide a link from your Bank of America Small Business Online Banking session for you to access your Payroll Service on the Intuit Web Site, which you are permitted to use if you maintain a Bank of America business checking account.  This will enable you to simultaneously work in both sessions as permitted by the applicable service agreements; however, there will be no download or transfer of your account information or data from the Bank of America website to the Intuit website except as described herein. When you navigate from the Bank of America site to the Intuit web site you hereby authorize us to transmit to Intuit the necessary identification and security information concerning you and your authorized users. You acknowledge that Bank of America may market its products and services to your employees whose information we have received from you in order for us to facilitate access to the Payroll Service.

3.  Disclaimer of Warranties.

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, BANK OF AMERICA AND ITS AGENTS, LICENSORS, DISTRIBUTORS, ADVERTISERS, DEALERS AND SUPPLIERS, EXCEPT FOR INTUIT, INC., DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE PAYROLL SERVICE AND ITS RELATED MATERIALS, INCLUDING THEIR FITNESS FOR A PARTICULAR PURPOSE, THEIR QUALITY, THEIR MERCHANTABILITY, OR THEIR NON-INFRINGEMENT. BANK OF AMERICA DOES NOT WARRANT THAT THE SERVICE IS COMPLETELY SECURE OR IS FREE FROM BUGS, INTERRUPTIONS, ERRORS, OR OTHER PROGRAM LIMITATIONS. BANK OF AMERICA DOES NOT WARRANT THAT THE WEB SITE, OR THE SERVER THAT MAKES IT AVAILABLE, IS FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. YOU (AND NOT BANK OF AMERICA) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR, OR CORRECTION OF PROBLEMS CAUSED BY VIRUSES OR OTHER HARMFUL COMPONENTS. SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU. IN THAT EVENT, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO 60 DAYS FROM THE DATE OF PURCHASE OF THE SERVICE. HOWEVER, SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY HAVE OTHER RIGHTS THAT VARY FROM STATE TO STATE.

4.  Limitation of Liability.

THIS LIMITATION OF LIABILITY SUPERSEDES THE LIABILITY LIMITATION SECTION OF THE ONLINE BANKING AGREEMENT (6.C.) ONLY WITH RESPECT TO THE PAYROLL SERVICE. THE ENTIRE LIABILITY OF BANK OF AMERICA AND ITS AGENTS, LICENSORS, DISTRIBUTORS, ADVERTISERS, DEALERS AND SUPPLIERS, EXCEPT FOR INTUIT, INC., FOR ANY REASON SHALL BE LIMITED TO THE AGGREGATE AMOUNT OF SERVICE FEES PAID BY YOU TO BANK OF AMERICA DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE DATE ON WHICH THE CLAIM ACCRUED. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, BANK OF AMERICA AND ITS LICENSORS, DISTRIBUTORS, ADVERTISERS, DEALERS AND SUPPLIERS, EXCEPT FOR INTUIT, INC., ARE NOT LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS OR INVESTMENT, OR THE LIKE), WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF SUCH PERSON HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF A REMEDY SET FORTH IN THIS ADDENDUM IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE. BANK OF AMERICA AND ITS AGENTS, LICENSORS, DISTRIBUTORS, ADVERTISERS, DEALERS AND SUPPLIERS, EXCEPT FOR INTUIT, INC., ARE NOT LIABLE FOR ANY LOSS, ERASURE OR CORRUPTION OF OR UNAUTHORIZED ACCESS TO ANY DATA OR OTHER INFORMATION TRANSMITTED, PROCESSED OR STORED VIA THE SERVICE. SOME STATES DO NOT ALLOW THE LIMITATION AND/OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

You acknowledge that if an employee of yours is paid by check through the Payroll Service, and the employee does not have a deposit account with Bank of America, the employee may be charged a fee to cash that check at a Bank of America location.  You further acknowledge that some states require an employer to provide its employees with the means to obtain the full value of their paychecks.  You agree that compliance with any such requirement is your responsibility and not the responsibility of Bank of America or Intuit, and you indemnify and hold harmless Bank of America and Intuit for any claim asserting a violation of such requirement.

The limitations of damages and liability set forth in this Section are fundamental elements of the basis of the bargain between Bank of America and you. You acknowledge and agree that Bank of America would not be able to provide your access to the Payroll Service on an economic basis without such limitations.


## 8. Transfers Outside Bank of America Services

Transfers sent outside of the United States that are initiated by consumers primarily for personal, family or household purposes ("Remittance Transfers"), are governed by federal law (see section 8.H below). This Agreement governs not only Remittance Transfers, but also certain other transfers that are sent outside of Bank of America as described in section 8.A below. Your rights and obligations with respect to Remittance Transfers may vary in certain ways from the terms and conditions applicable to other types of transfers. Your rights with respect to Remittance Transfers, including error resolution and cancellation rights, will be explained to you at the time you initiate each Remittance Transfer and are also contained in Section 8.H below.

For transfers *other than* Remittance Transfers, including general questions, requests for cancellation of payments and transfers, or to report unauthorized transactions, please call us at 800.432.1000, available Monday through Friday from 7:00 a.m. to 10:00 p.m., and Saturday and Sunday from 8:00 a.m. to 5:00 p.m., local time. From outside of the continental U.S., call us collect at 1.925.681.7600.

You may also write us at:
**Bank of America**
**FL1-300-02-07**
**P.O. Box 25118**
**Tampa, FL 33622-5118**

For *Remittance Transfers*, please see the contact information in Section 8.H. below.

### A. Transfers Outside Bank of America for Online Banking Customers

• You must be enrolled in Online Banking to use the Transfers Outside Bank of America Service.

- Within Online Banking, you have the option of participating in the Transfers Outside Bank of America Service which allows you to transfer funds between your linked personal deposit accounts at Bank of America and certain deposit or investment accounts owned by you or someone else at other financial institutions using an account number and financial institution identifier. An inbound transfer moves funds into an account you own at Bank of America from an account you own outside Bank of America. An outbound transfer moves funds from an account you own at Bank of America to an account outside Bank of America that is owned by you or someone else.

- Small Business customers may transfer funds from their business checking account to an individual's or vendor's account at another financial institution. Before scheduling a transfer to an individual, you agree that you will have received a signed authorization from the payee, and that the authorization will not have been revoked. You agree to provide a copy of the authorization to us upon our request. Before scheduling any vendor payment, you agree that you will have received authorization from the vendor to make the payment by electronic means.

- You will need to provide certain identifying information about each non-Bank of America account in order to register that account for this service. For inbound transfers, you agree that you will only attempt to register non-Bank of America personal accounts that you own or for which you have the authority to transfer funds. Delivery speeds for domestic (U.S.) transfers are 3-Business-Day, Next-Business-Day or Same-Business-Day transfers. Same-Business-Day transfers are not available for inbound transfers. Transfers to accounts located outside the United States are available for outbound transfers only and are subject to the delivery times indicated below. Next-Business-Day and Three-Business-Day transfers are not available for international transfers. Please see below for a more detailed description of these transfers.

- Types of domestic (U.S.) outbound transfers:

    Three-Business-Day transfers: Funds will be debited from your Bank of America account on the business day you direct us to initiate processing of the transfer, and typically will be credited to the receiving account on the third business day after the transfer is initiated.

    Next-Business-Day transfers: Funds will be debited from your Bank of America account on the business day you direct us to initiate processing of the transfer, and typically will be credited to the receiving account on the next business day after the transfer is initiated.

    Same-Business-Day transfers: Funds will be debited from your Bank of America account on the business day you direct us to initiate processing of the transfer and typically will be credited to the receiving account on the same business day.

- Types of domestic (U.S.) inbound transfers:

    Three-Business-Day transfers: Funds typically will be debited from your account outside Bank of America on the business day or next business day after you direct us to initiate processing of the transfer, and will be credited to your Bank of America personal account on the third business day after the transfer is initiated.

    Next-Business-Day transfers: Funds typically will be debited from your account outside Bank of America on the business day or next business day after you direct us to initiate processing of the transfer, and will be credited to your Bank of America personal account on the next business day after the transfer is initiated.

- Types of international outbound transfers:

    For all international outbound transfers, funds will be debited from your Bank of America account on the business day you direct us to initiate processing of the transfer. Bank of America will send the payment out on that business day and, except for Remittance Transfers, the beneficiary's bank typically receives the funds 1 to 2 business days later and the funds typically will be credited to the beneficiary within 2 days.

    Special rules apply to Remittance Transfers, including, but not limited to, disclosures, cancellation and refund rights and error resolution rights. See Section 8.H below for details.

- Some of the above services may not be available for certain accounts, customers, or if you access Online Banking through Mobile Banking Apps or Mobile Web.

- Bank of America cannot guarantee the timely delivery or return of funds as a result of the failure of another financial institution to act in a timely manner. Please note that beneficiary banks located in some countries may take several days or even weeks to credit the receiving account. There may be some risk in making a transfer to a slow-to-pay country. Currency conversion charges also may apply to international outbound transfers. Bank of America will trace your transfer if the recipient has not received it in 3 weeks. A $25 fee will be charged for each transfer trace.

- You agree that you will have sufficient available funds in the designated deposit account to cover all outbound transfers on the date scheduled. If a SafeBalance Banking® account does not have sufficient funds available on the scheduled transfer date, the transfer will not be made. For other deposit accounts (excluding SafeBalance Banking®), if the account does not have sufficient available funds on the scheduled date, we may elect not to initiate one or more of the transfers. If we do elect to initiate the transfer, it may cause an overdraft in your account in which case you shall be liable for the overdraft and any overdraft fees and interest thereon, as set forth in your Deposit Agreement. If we do elect to initiate the transfer, you agree to pay all related fees as disclosed in your Deposit Agreement.

- You agree that Bank of America may use any means or routes which we in our sole discretion consider suitable to execute your transfer. Bank of America hereby gives notice that Same-Business-Day domestic transfers and international outbound transfers may be executed through Fedwire, a funds transfer system operated by the Federal Reserve Banks, through CHIPS (Clearing House Interbank Payments System), a funds transfer system operated by The Clearing House or through SWIFT (Society for Worldwide Interbank Financial Telecommunication). With respect to payment orders relating to the transfer which are executed through Fedwire, Federal Reserve Regulation J and all applicable Federal Reserve operating rules shall govern the payment orders. With respect to payment orders relating to the transfer which are executed through CHIPS, the CHIPS Operating Rules shall govern the payment orders. With respect to payment orders relating to the transfer which are executed through SWIFT, the SWIFT operating rules shall govern the payment orders. However, with respect to Remittance Transfers, to the extent of any inconsistencies between the above referenced rules and the provisions of the EFTA, the provisions of EFTA shall prevail. Notwithstanding anything to the contrary contained herein, the rights and obligations that apply to Remittance Transfers are set forth in

the EFTA and, as applicable, as set forth in New York law. Three-Business-Day transfers and Next-Business-Day transfers may be made through the Automated Clearing House processor selected by us or directly to another bank, and you agree will be subject to the National Automated Clearing House Association rules or our agreement with the other bank, in effect at such time, as applicable.

**B. Initiating and Scheduling transfers**

• Cut-off Time: The cut-off time for 3-Business-Day transfers and Next-Business Day transfers is 8:00 p.m. ET on a business day. The cut-off time for Same-Business-Day domestic transfers and international outbound transfers is 5:00 p.m. ET on a business day. Any transfer initiated after the applicable cut-off time will be considered as being initiated on the next business day.

• Domestic inbound or outbound transfers can be scheduled on either an immediate, 1-time future-dated or a recurring basis. Processing of 1-time domestic transfers may be initiated immediately or scheduled for initiation on a future date. International outbound transfers may only be initiated for immediate transfer. Recurring transfers may be scheduled for up to 1 year in advance for domestic (U.S.) transfers only. The recurring transfer feature may be used when a set amount is transferred at regular intervals. For example, you may schedule a $100 transfer from an account you own at another financial institution to your Bank of America checking account every 2 weeks.

• In addition to choosing the delivery speed, as described above, for domestic transfers you will be asked to pick the date that you want us to initiate the processing of the transfer. For example, if you direct us to initiate processing an outbound transfer immediately and choose Next Business Day delivery, funds will be debited from your Bank of America account on the business day you schedule the transfer and typically will be credited to the receiving account on the next business day after the transfer is initiated.

• 1-time future-dated or recurring transfers scheduled for a weekend or a non business day will be processed on the prior business day.

**C. Cancelling Transfers**

• Except for Remittance Transfers, you can cancel 1-time future-dated and recurring domestic transfers prior to midnight ET on the date processing for the transfer is scheduled to be initiated by accessing the Transfers page and selecting To/From my accounts at other banks or To someone else or business within Online Banking. This is the preferred method for cancelling transfers. After you cancel a future-dated transfer, the status changes to Canceled.

• Please see Section 8.H for the cancellation procedures applicable to Remittance Transfers.

• Except for Remittance Transfers, if you direct us to begin processing a transfer immediately or a transfer's status is In Process or Processed, you no longer have the right to cancel it. However, the Bank at its option, may attempt to cancel the transaction, subject to the limitations in Section 8.G below.

• Alternative Method: The easiest and most convenient way to cancel a transfer is through the method described above. However, you also may request to cancel a 1-time future-dated or recurring domestic transfer by calling us at 800.432.1000. From outside of the continental U.S., call us collect at: 1.925.681.7600.

• If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. You may not call and cancel a transfer whose status is In Process or Processed.

• If you attempt to cancel a payment or transfer in accordance with the above instructions and we do not do so, we will be liable for your losses or damages, subject to the limitations in Section 8.G below.

**D. Transfer Fees for Transfers Outside of Bank of America Services**

• Inbound transfers: There is no fee for transferring funds into your Bank of America personal accounts through online banking, regardless of the delivery speed you choose.

• Outbound transfers:

> For Consumer Deposit Accounts: If you transfer funds to an account owned by you or someone else at another financial institution, the following transfer fees will apply:
> - 3-Business-Day transfers - $3
> - Next-Business-Day transfers - $10

> For Small Business Deposit Accounts: If you transfer funds to an account owned by you or someone else at another financial institution, the following transfer fees will apply:
> - 3-Business-Day transfers - $1
> - Next-Business-Day transfers - $5

> Same-Business Day domestic transfers - varies by region (The actual fee disclosure is on the Transfers page.)

> International outbound transfers - varies by region (The actual fee disclosure is on the Transfers page.) See Section 8.H below for additional information about fees applicable to Remittance Transfers.

• Miscellaneous Fees: You will be charged $25 for each transfer trace that you ask us to execute for you. International payments may be subject to additional fees charged by intermediary, receiving and beneficiary banks. See Section 8.H below for additional information on Remittance Transfers.

• You may also move money within the U.S. without a transfer fee by using Email and Mobile Transfers (described in Section 3.C above) or Bill Pay (described in Section 3.B above). The Transfers Outside Bank of America Service is an alternative that allows you to transfer funds to individuals or vendors when delivery of funds domestically by a specific date is critical or when you are transferring funds outside the U.S.

**E. Dollar Limits**

- Inbound transfers to your personal accounts are subject to the following dollar limits:

| | 3 Business Day Transfers | Next Business Day Transfers |
|---|---|---|
| **Inbound** | | |
| Business Day | $3,000 | $2,000 |
| In Process | $3,000 | $2,000 |
| Monthly (rolling 30-day period) | $6,000 | $5,000 |

- You will not have specific limits for outbound transfers, but all Transfers Outside Bank of America are subject to internal review by Bank of America based on to and from accounts, the amount of the transaction, your relationship with Bank of America, a successful fraud screening and such other factors that Bank of America may determine to apply from time to time. In the event we determine that there are risks associated with a transfer or if we determine you are subject to a "Disqualifying Event," as defined below, we may delay or cancel the transfer and notify you, or direct you to contact us to provide additional details on the transfer before it is initiated or funds are released.

- Any transfer initiated on a day that is not a business day begins processing on the following business day and counts toward the applicable dollar limit for the next business day.

You must enroll in SafePass to transfer funds over certain dollar amounts, depending on your relationship with Bank of America. After enrolling in SafePass, you will be required to enter your SafePass code each time you're initiating a transfer over the specified dollar amount and when adding a new account. The code will be sent to your mobile device or SafePass card. Learn more about SafePass.

**F. Processing Transfers and Disqualifying Events**

- A transfer remains "In Process" until fully processed and it will appear as "In Process" on your Transfer Activity tab under Send Money To/From my accounts at other banks, or To someone else using an account number, within Online Banking. Transfers remain "In Process" until the close of business on the day the funds are scheduled to be credited to the receiving account.

- For inbound transfers, 3-Business-Day delivery speed is available to all consumer customers participating in Transfers under Send Money To/From my accounts at other banks, or To someone else using an account number, within Online Banking, but you agree we may cancel a transfer, without prior notice, upon the occurrence of a "Disqualifying Event," as defined below. You must be approved to make a Next-Business-Day inbound transfer. Next-Business-Day inbound transfers are permitted only at our discretion, but you must have completed at least one 3-Business-Day inbound transfer involving the same non-Bank of America account no less than 60 days prior to the attempted Next-Business-Day inbound transfer. You may determine whether you have been approved for Next-Business-Day inbound transfers by going to Transfers under Send Money To/From my accounts at other banks, or To someone else using an account number within Online Banking and selecting Make a Transfer, then verify if the Next Business Day option is available once an account you own at another financial institution is selected. Once approved, you will remain eligible for Next-Business-Day inbound transfers, as applicable, unless we provide you with notice, as required by law.

- We may change your dollar limits at any time. Any decrease will be subject to notice, as required by law, but you agree that we may reduce your limits below the amounts stated above or cancel your transfers without prior notice upon occurrence of a Disqualifying Event.

- Each of the following is a "Disqualifying Event":

  Any of your deposit accounts with Bank of America are not current or are not in good standing.

  Your funding account has been open for less than 24 hours.

  You have had an overdraft, an over-limit item, or an item returned for insufficient funds with respect to any Bank of America deposit account during the current or 3 prior calendar months.

  You have had any prior transfer canceled, revoked, or uncompleted due to insufficient funds, revoked authorization, stopped payments, frozen accounts, or any similar reason.

- Bank of America will use best efforts to provide oral, written or electronic notice to you of rejection of a transfer on the scheduled date of initiation of the transfer; provided, however, that Bank of America shall not be liable to you for interest compensation for its failure to give such notice.

**G. Liability**

**The following applies to Same-Business Day Domestic transfers, and all Transfers Outside of Bank of America from a business account. The liability for Three-Business Day domestic transfers and Next-Business Day domestic transfers involving a transfer to or from a Bank of America consumer account is described in Section 5 above. The liability for Remittance Transfers is described in Section 8.H. below.**

- By enrolling in online banking and accessing the Transfers Outside Bank of America Service using your Online ID and passcode, you acknowledge and agree that this system includes security procedures for transfers initiated through this Service that are commercially reasonable. You agree to be bound by instructions, whether authorized or unauthorized, which we implement in compliance with these procedures, unless you have given us prior notice of possible unauthorized use of your passcode and we had a reasonable opportunity to act on such notice.

- If we fail or delay in making a transfer pursuant to your instructions, or if we make a transfer in an erroneous amount that is less than the amount per your instructions, unless otherwise required by law or as otherwise provided in this Agreement, our liability shall be limited to interest on the amount that we failed to timely pay or transfer, calculated from the date on which the payment or transfer was to be made until the date it was actually made or you canceled the instructions. We may pay such interest either to you or the intended recipient of the transfer, but in no event will we be liable to both parties, and our payment to either party will fully discharge any obligation to the other. If we make a payment or transfer in an erroneous amount that exceeds the amount per your instructions, or if we permit an unauthorized payment or transfer after we have had a reasonable time to act on a notice from you of possible unauthorized use of your passcode as described in this Section above, unless otherwise required by law or as otherwise provided in this Agreement, our liability will be limited to a refund of the amount erroneously paid or transferred, plus interest thereon from the date of the transfer to the date of the refund, but in no event to exceed 60 days' interest. If we become liable to you for interest compensation under this Agreement or applicable law, such interest shall be calculated based on the average federal funds rate at the Federal Reserve Bank in the district where Bank of America is headquartered for each day interest is due, computed on the basis of a 360-day year. **Unless otherwise required by law, in no event will Bank of America be liable to you for special, indirect or consequential damages including, without limitation, loss or damage from subsequent wrongful dishonor resulting from our acts or omissions or lost profits, even if we are advised in advance of the possibility of such damages.** We shall not be liable for your attorney's fees, except as required by law.

- You expressly agree that Bank of America shall be liable to you only for our negligent performance or non-performance of the services provided pursuant to the Transfers Outside Bank of America Service, and that our responsibility shall be limited to the exercise of reasonable and ordinary care. Unless otherwise required by law, Bank of America shall not be liable for any error or delay on the part of any third party or for any other act or omission of any third party, including without limitation third parties used by Bank of America in executing any payment order relating to a transfer or performing a related act, and no such third party shall be deemed to be our agent. Further, we shall not be liable to you or any third party for failure to execute any transfer or perform a related act if such a failure is due to causes or conditions beyond our reasonable control, including without limitation, strikes, riots, insurrection, war, military, or national emergencies, acts of God, natural disasters, fire, outages of computers or associated equipment, or failure of transportation or communication methods or power supplies. **Except as may be limited by applicable law, you agree to indemnify and hold Bank of America and officers, directors, employees and representatives harmless (including payment of reasonable attorney's fees) against any and all liability to third parties arising out of, or in connection with, this Agreement, the Transfers Outside Bank of America Service or any actions taken by Bank of America pursuant to your instructions.**

- For each transfer, we will e-mail a confirmation to you at the e-mail address indicated in our records. The confirmation will note the date and the amount of the transfer and the bank or institution to or from which the transfer was made. You agree to examine the confirmation promptly upon receipt and to notify us immediately of any discrepancy between the confirmation and your records. Bank of America shall not be liable for interest compensation, as otherwise set forth in this Agreement, unless Bank of America is notified of the discrepancy within 30 days from the date of your receipt of the confirmation or your bank statement including the transfer, whichever is earlier.

- You acknowledge and agree that if a payment order relating to a transfer describes a beneficiary inconsistently by name and account number, payment might be made by the beneficiary's bank on the basis of the account number, even if it identifies a person different from the named beneficiary, and that your obligation to pay the transfer issued by you to us shall not be excused by such payment.

- Bank of America may at its option accept your cancellations or amendments to a transfer. You acknowledge that if Bank of America attempts to cancel or amend a transfer, then the reversal request or amendment must be agreed to by each financial institution which has accepted a payment order related to the transfer at issue before it will be acted upon and you further agree that Bank of America shall have no liability if a cancellation or amendment is not completed. **You agree that you shall indemnify and hold Bank of America and officers, directors, employees, and representatives harmless from and against any and all claims, demands, losses, liabilities, and expenses, including attorney's fees and costs, resulting directly or indirectly from compliance with your cancellation or amendment request.**

### H. Special Rules for Remittance Transfers

**The following applies to Remittance Transfers.**

- As described above, a Remittance Transfer is an electronic transfer of funds initiated by a consumer primarily for personal, family or household purposes to a designated recipient in a foreign country. Federal law provides certain rights and obligations related to Remittance Transfers that may differ from rights and obligations that apply to other types of funds transfers, including disclosure, cancellation and error resolution rights. Your rights with respect to Remittance Transfers will be explained to you in a disclosure provided to you at the time you initiate each Remittance Transfer.

- At the time you request a Remittance Transfer, but before your account is debited, you will be shown a pre-payment disclosure that includes the following items in the currency in which the transfer will be funded: (i) your requested transfer amount, (ii) any fees or taxes we impose, (iii) the total amount of the transaction (which is the sum of (i) and (ii) above,) (iv) the exchange rate we will use in the event you tell us that the receiving account is denominated in a foreign currency and you identify such currency. In addition, if you identify the foreign currency in which the transfer is to be received and we are required to disclose fees imposed by third parties, the pre-payment disclosure will also include the following items in such foreign currency: (x) the requested transfer amount, (y) the fees imposed by third parties in connection with the transfer, and (z) the total amount to be received by the recipient (which is the difference between (x) and (y) above.) Please note the recipient may receive less than the total amount disclosed due to foreign taxes and fees charged by the recipient's financial institution for receiving a Remittance Transfer into an account, which are not required to be disclosed.

- Once you confirm your acceptance of the Remittance Transfer terms, you will be shown a receipt which includes the items listed above and, in addition, (i) the date funds will be available to the recipient, (ii) information you provide that identifies the recipient, and (iii) a statement of your rights in the event of an error or if you wish to cancel the transfer, as described below.

- Pre-payment disclosures and receipts may be printed directly in Transfers under the Transfer Activity tab in Send Money To/From my accounts at other banks, or To someone else using an account number, within Online Banking.

- **You are hereby notified that in the event that you provide an incorrect account number or institutional identifying number, and we are not able to recover the funds, you may lose the amount of the payment order.**

**If you think there has been an error or problem with your Remittance Transfer:**

Call us at 1.877.337.8357; or, from outside the U.S. call us collect at 302.781.6374.

You can also write to us at:

Bank of America, N.A.
PO Box 25118
Tampa, FL 33622-5118 or

Access www.bankofamerica.com/deposits/manage/faq-wire-transfers.

You must contact us within 180 days of the date we indicated to you that funds would be made available to the recipient. When you do, please tell us:

1. Your name and address or telephone number;
2. The error or problem with the transfer, and why you believe it is an error or problem;
3. The name of the person receiving the funds, and if you know it, his or her telephone number or address;
4. The dollar amount of the transfer; and
5. The confirmation code or number of the transaction.

 We will determine whether an error occurred within 90 days after you contact us and we will correct any error promptly. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of any documents we used in our investigation.

**What to do if you want to cancel a Remittance Transfer:**

You have the right to cancel a Remittance Transfer and obtain a refund of all funds paid to us, including any fees, within 30 minutes of your confirmation of the transfer. The best way to cancel a transfer is to sign in to your account at www.bankofamerica.com and select Transfers>Send Money To Someone>Using their account number at another bank to access the right transfers activity tab. Alternatively, you may call us at 1.877.337.8357, Monday through Friday from 7:00 a.m. to 10:00 p.m., and Saturday and Sunday from 8:00 a.m. to 5:00 p.m., local time. From outside the U.S., call us collect at 302.781.6374. When you contact us, you must provide us with information to help us identify the transfer you wish to cancel, including the amount and location where the funds were sent. We will refund your money within three business days of your request to cancel a transfer as long as the funds have not already been picked up or deposited into a recipient's account.

**I. Additional Rules for International Outbound Transfers**

- Once an international outbound transfer has been sent, or, in the case of Remittance Transfers, after the 30 minute cancellation period has passed, you may request that a transfer be recalled, and we will communicate your request to the beneficiary's bank. If the beneficiary's bank agrees to return the funds to us, then upon confirmation of receipt of funds in our account, we will credit your account at the current Bank of America retail buy rate for that currency that day (see below). Please note that the exchange rate may be different from the original rate applicable to the transfer, which may result in a loss to you. Furthermore, the beneficiary's bank may assess charges for their services, which will be deducted from the amount returned to you. We will have no liability to you if the beneficiary's bank or foreign beneficiary refuses your request to recall the international wire transfer.

- If a transfer is returned by the receiving bank or beneficiary's bank for no fault of ours, we will credit your account at the current Bank of America retail buy rate for the currency that day (see below). Please note that the exchange rate will be different from the original rate applicable to the transfer, which may result in a loss to you. Furthermore, a returning bank and/or beneficiary's bank may assess charges for their services, which will be deducted from the amount returned to you.

- We may determine a currency exchange rate and assign it to your transaction without notice to you. If we assign an exchange rate to your foreign exchange transaction, that exchange rate will be determined by us in our sole discretion based upon such factors as we determine relevant, including without limitation, market conditions, exchange rates charged by other parties, our desired rate of return, market risk, credit risk and other market, economic and business factors. Exchange rates fluctuate, at times significantly, and you acknowledge and accept all risks that may result from such fluctuations. You acknowledge that exchange rates for retail and commercial transactions, and for transactions effected after regular business hours and on weekends, are different from the exchange rates for large inter-bank transactions effected during the business day as may be reported in The Wall Street Journal or elsewhere. Exchange rates offered by other dealers, or shown at other sources (including online sources) may be

different from the exchange rates you are offered. The exchange rate you are offered may be different from, and likely inferior to, the rate paid by us to acquire the underlying currency. We provide all-in pricing for exchange rates. The price provided may include profit, fees, costs, charges or other mark ups as determined by us in our sole discretion.

• In connection with our market making and other activities, we may engage in hedging, including pre-hedging, to facilitate customer transactions and hedge the associated market risk. Such trading may include trading ahead of order execution. These transactions will be designed to be reasonable in relation to the risks associated with the potential transaction. These transactions may affect the price of the underlying currency, and consequently, your cost or proceeds. You acknowledge that we bear no liability for these potential price movements. When our pre-hedging and hedging activity is completed at prices that are superior to the agreed upon execution price or benchmark, we will keep the positive difference as a profit in connection with the transactions. You will have no interest in any profits.

• We also may take proprietary positions in certain currencies. You should assume we have an economic incentive to be a counterparty to any transaction with you. Again, you have no interest in any profit associated with this activity.

• You acknowledge that the parties to these exchange rate transactions engaged in arm's-length negotiations. You are a customer and these transactions do not establish a principal/agent relationship or any other relationship that may create a heightened duty for us.

• We do not accept any liability for our exchange rates. Any and all liability relating to this information and the rates provided herein is disclaimed, including without limitation, direct, indirect, or consequential loss, and any liability if our exchange rates are different from rates offered or reported by third parties, or offered by us at a different time, at a different location, for a different transaction amount, or involving a different payment media (including, but not limited to bank notes, checks, wire transfers etc.) For Remittance Transfers, the exchange rate to be applied to the transfer will be set forth in disclosures provided to you for the transfer in accordance with federal law.


## 9. BankAmeriDeals®


BankAmeriDeals ("deals" or "cash back deals" or "offers") are provided pursuant to these terms and conditions and any operating rules or policies that may be published by Bank of America (including its Privacy Notice), as may be amended from time to time. BankAmeriDeals provide you with the opportunity to earn cash back with deals based on your use of your eligible Bank of America accounts. To receive deals, you'll need to have a qualifying debit or credit card and meet the BankAmeriDeals eligibility criteria. You'll also need a U.S. address listed as your primary residence in your Online Banking profile, or have entered a preferred ZIP code in BankAmeriDeals. Additionally, you'll need to have a qualifying product with a U.S. billing address. We try to match deals to the places you've shopped or to similar places that might interest you. We do not share individually identifiable information with merchants as part of BankAmeriDeals, and we offer you the opportunity to hide or opt out of receiving these cash back deals. As always, we will only use personally identifiable information in accordance with our Online Privacy Notice and U.S. Consumer Privacy Notice.

We reserve the right to amend, cancel, change, discontinue, or suspend BankAmeriDeals, in whole or in part, at any time in our discretion with or without notice to you, and any such action shall be effective as of the time we determine. However, in all instances, we will provide cash back in accordance with the terms of this Section (BankAmeriDeals) for all deals redeemed prior to the action.

### A. Redeeming BankAmeriDeals

In order to redeem a cash back deal you must first click on the deal to load it to your eligible Bank of America credit and debit cards and then complete the transaction using one of those cards. The amount of cash back and any specific terms and conditions related to a particular deal will be included in the deals details. However, cash back will not be earned for any portion of your purchase that you pay for with store credit, gift certificates or other payment types. Additionally, transactions must be made directly with the merchant to earn the cash back; you may not receive cash back in connection with a deal if your transaction is made using an electronic wallet where the identity of the merchant is not passed to us as part of the transaction.

Cash back you earn will be posted into the account designated as your cash back account ("Designated Account") on the **Preferences** tab in the Cash Back Deals section of Online Banking or under **BankAmeriDeals** in **Settings** in the Mobile Banking App. You may change the Designated Account to another eligible account at any time by clicking the **Change account** link in Online Banking or tapping the **Cash Back Account** button in the Mobile Banking App. (An account will be auto-populated at random as the default account to receive your BankAmeriDeals cash back unless you access the **Preferences** or **Settings** tab and select another account. This could mean that cash back earned through use of a business card might be deposited into your consumer account as the default, for example.)

Cash back from the BankAmeriDeals you redeem in a given month will appear as transaction(s) on the Account Details page for your Designated Account and will appear in your Earnings Summary in the Mobile Banking App. Your BankAmeriDeals cash back will typically be credited to your account within 30 days after you redeem the deal. For example, any deals you redeem in the month of December should be credited to your account by the end of January. Since we don't share your personal information with merchants as part of BankAmeriDeals, we cannot post the cash back reward to your account immediately at the time of purchase and there may be a delay for your cash back reward to show to be paid on the **Cash Back Deals Earned** tab in Online Banking or in the **Earnings Summary** in the Mobile Banking App. If you would like to see the BankAmeriDeals you have redeemed or the total value of the deals you have redeemed to date, please visit the **Earned** tab in Online Banking or the **Earnings Summary** in the Mobile Banking App.

Cash back posted to a credit card account will not be posted as a payment. It will be posted as a statement credit and is not a substitute for a payment. You must continue to make your minimum monthly payment shown on your billing statement.

Your Designated Account must be open in order to receive BankAmeriDeals cash payments. If your Designated Account is closed but you have other open eligible cards/accounts, we reserve the right to select an alternative Designated Account for you. You can go to the **Preferences** tab in Online Banking or to **BankAmeriDeals** in **Settings** in the Mobile Banking App to update or change your Designated Account. If all of your eligible cards/accounts are closed by you or us, you forfeit any BankAmeriDeals cash payments that you have not yet been awarded.


**B. Eligible Cards**

Only Bank of America credit or debit cards associated with certain accounts are eligible for use with BankAmeriDeals. ATM-only cards are not eligible for this Program. Only accounts linked to your unique Online Banking ID will be listed as eligible accounts on the BankAmeriDeals Preference tab. Accounts that are linked to two different Online Banking User ID profiles (such as jointly owned credit card accounts) will be listed for both account holders' Online Banking profiles. Each joint owner of an eligible account will be able to view deals in Online Banking. If you are an authorized user on a credit card account, and not a co-owner, that credit card account will not appear as an eligible account under your Online Banking ID profile.
Please note: Some checking accounts may be listed under "Eligible cards," but if the account does not have an associated debit card, it cannot be used in the Program, except to receive cash back. You must make a purchase with an eligible debit or credit card to earn cash back from BankAmeriDeals.

Please visit the **Cash Back Deals Preferences** tab in Online Banking or the Eligible Credit/Debit Cards button in BankAmeriDeals Settings in the Mobile Banking App to review the list of currently eligible cards.
Certain cards are not eligible for BankAmeriDeals. Bank customers with only the following card and account types are not eligible to participate in BankAmeriDeals. This list is subject to change without prior notice:

• ATM-only cards

• Credit Purchasing Card (P-Card), Travel/Corporate Card, Fleet Card

• Prepaid Payroll & Incentive Card

• All healthcare account products - HSA/FSA Health Reimbursement/Flexible Spending

• HELOC - Home Equity Line of Credit accounts

• Merrill Lynch CMA deferred debit cards

• AAA credit cards


**C. Participating Retailers**

When redeeming a BankAmeriDeal, please refer to the retailer's terms and conditions related to the purchase, including but not limited to, guarantees, warranties, payment terms, shipping, delivery, taxes, return policies and processing of returns. The retailers are solely responsible for the content and offerings presented on their websites. We make no warranties and disclaim responsibility for fulfillment of the transaction between you and a participating retailer and, we disclaim any responsibility for the policy positions or business practices of any participating retailer. When redeeming your deals online, please remember that the participating retailers operate their websites with different privacy practices.

All returns must be made through the retailer. We are not responsible for any returns, and all questions about purchases or returns should be directed to the retailer.


**D. Hiding or Opting Out of Receiving BankAmeriDeals**

To hide BankAmeriDeals in your Online Banking Account Details list, you can click the **Hide deals** link at the top of the Account Details page or go to the Hide/Show deals section on the **Preferences tab** and select the **Hide deals on my Account Details** link. You will be able to view deals on the Cash Back Deals section in Online Banking and on the Deals tab in the Mobile Banking App. To return to viewing deals in your Accounts Details list, either click the 'Show Deals' link on the Account Details page or go to the Hide/Show deals section on the **Preferences tab** and select the **Show deals on my Account Details** link.

You can opt to stop receiving BankAmeriDeals. In Online Banking go to the **Opt out of BankAmeriDeals** offers section on the **Preferences** tab and select the **Opt out of BankAmeriDeals offers** link. In the mobile banking App go to **Settings > BankAmeriDeals™ > Opt Out of Deals**, and confirm that you do want to stop receiving new deals. If you opt out, you will no longer be able to view deals in your accounts details list on the Cash Back Deals page in Online Banking or on the Deals tab in the Mobile Banking App. You will still be able to redeem any deals you have already loaded to your cards and continue to view your redemption history. To opt back in to receiving BankAmeriDeals: in Online Banking, go to the **Cash Back Deals** tab and click the **Opt in to start receiving BankAmeriDeals** link; in the Mobile Banking App, go to **Deals > Opt in to Deals**.


**10. My Portfolio Service (Not available through Mobile Banking Apps or Mobile Web)**


**A. Relationship to Other Agreements**

You may use My Portfolio to access services offered by Bank of America, its affiliates, or third parties not affiliated with Bank of America. You agree that when you use these services, you will be subject to any terms and conditions established by those third parties, including Bank of America, its affiliates or unaffiliated service providers, and that this Agreement does not amend any of those terms and conditions. You agree that only the third parties are responsible for such services, and if you have any problems with these third parties, you should contact them directly. Any service offered by Bank of America or any of its affiliates will display the name of the Bank or the affiliate and the Bank of America logo on the webpage.

**B. Description of My Portfolio**

My Portfolio is a personal information management service that allows you to better manage your information by consolidating it in one place. My Portfolio uses proprietary technology to allow you to retrieve, view, and maintain information you have available at various web sites you designate, but all within one convenient service. All of the accounts linked to your Access ID through Online Banking from Bank of America are automatically added to My Portfolio.

You may add information about accounts accessible at other web sites that you maintain at other institutions, including Merrill Lynch, Pierce, Fenner & Smith Incorporated. When you use My Portfolio to access a third party web site you designate, you agree to the following: 1)You authorized Bank of America and its providers to access the third party web sites and accounts you designate to retrieve account information on your behalf, and you appoint us as your agent for this limited purpose. In addition, you hereby grant Bank of America and its providers as your true and lawful attorney-in-fact, with full power of substitution and resubstitution, for you and in your name, place and stead, in any and all capacities, to access third party web sites, retrieve account information, and use your information, for the purpose of accessing your accounts and operating My Portfolio, with full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection with such activities, as fully to all intents and purposes as you might or could do in person. 2)You represent that you are a legal owner of the accounts at third party web sites which you include in My Portfolio and that you have the authority to (i) designate us as your agent, (ii) use My Portfolio and (iii) give us your passwords, usernames, and all other information you provide. 3)YOU AGREE AND ACKNOWLEDGE THAT WHEN WE ACCESS AND RETRIEVE INFORMATION FROM THE THIRD PARTY WEB SITE, WE ACT AS YOUR AGENTS, AND NOT THE AGENTS OR ON BEHALF OF THE THIRD PARTY. 4)My Portfolio does not have the capability to initiate transactions affecting your financial accounts or provide notices or instructions affecting such financial accounts. When you access a third party web site through My Portfolio, you open a new browser window to directly connect you to the third party web site and submit information you have designated to allow further access to that site. Transactions and inquiries you initiate at such a site are not made through My Portfolio, and we have no responsibility for such transactions. You are responsible for all fees charged by the third party in connection with such transactions and accounts, and you agree to comply with the terms and conditions of those accounts. If you have a dispute or question about any transaction on such site, you agree to direct these to the account provider. 5)Third party web sites shall be entitled to rely on the above authorizations, agency and power of attorney granted by you. 6)My Portfolio is not sponsored or endorsed by any providers of the third party accounts you access through My Portfolio, except for affiliates of Bank of America. 7)Balances shown on My Portfolio reflect the most recent refresh and may not be accurate if a refresh was not successfully completed or the information obtained during the refresh from the third party is otherwise not accurate or current. Data and information is provided for informational purposes only, and is not intended for trading or transactional purposes. You agree that we are not liable for any errors or delays in the content, or for any actions taken in reliance thereon. The services which you may be able to access through My Portfolio are services of the listed institutions. My Portfolio provides links to selected institutions for your convenience only. We do not endorse or recommend the services of any institution. The third party institution you select is solely responsible for its services to you. We are not liable for any damages or costs of any type arising out of or in any way connected with your use of the services of the institution. 8)You may also add information into My Portfolio for accounts not available at other web sites or which are not linked to My Portfolio. In such case, you are solely responsible for the accuracy of such information.

**C. Description of Real Estate Center**

You may use the Real Estate Center feature in My Portfolio to add a home value estimate to the profile of your assets and net worth. You may opt to have your home value estimate automatically generated and updated. By electing to automatically update your home value estimate you agree to receive a computer-generated estimate of the worth of the property, called a Zestimate®, provided by Zillow, Inc., a third-party online real estate service, and you authorize Bank of America and its service providers to access Zillow.com and retrieve Zestimates on your behalf. You agree that a Zestimate is not an appraisal and should not be used as a substitute for an appraisal, and that the actual value of the property may vary. Zillow is not affiliated with Bank of America N.A. or any of its affiliates. Bank of America and its service providers provide access to Zillow and Zestimates for your convenience only and do not endorse or recommend Zillow, the Zestimate or any other services provided by Zillow and you agree that neither Bank of America nor its service providers are responsible for the accuracy of the Zestimates or other information provided by Zillow or liable for any damages or costs of any type arising out of or in any way connected with your use of the Zestimate or other services provided by Zillow. You agree that you will use the Zillow services only for your personal use. If you elect to include the Zestimate in your net worth summary, you acknowledge and agree that the net worth summary is calculated based on information provided by you or third parties at your direction and that Bank of America makes no representation as to the accuracy of the net worth summary. **Data and information provided in the Real Estate Center feature is for informational purposes only, and is not intended for transactional purposes.** You agree that we are not liable for any errors or delays in the content, or for any actions taken in reliance thereon.

**D. Provide Accurate Information**

You represent and agree that all information you provide to us in connection with My Portfolio is accurate, current and complete, and that you have the right to provide such information to us for the purpose of operating My Portfolio. You agree to not misrepresent your identity or your account information. You agree to keep your account information up to date and accurate.

**E. Proprietary Rights**

You are permitted to use content delivered to you through My Portfolio only on My Portfolio. You may not copy, reproduce, distribute, or create derivative works from this content. Further, you agree not to reverse engineer or reverse compile any of My Portfolio technology, including but not limited to, any Java applets associated with My Portfolio.

**F. User Conduct**

You agree not to use My Portfolio or the content or information delivered through My Portfolio in any way that would: (a) infringe any third-party copyright, patent, trademark, trade secret, or other proprietary rights or rights of publicity or privacy; (b) be fraudulent or involve the sale of counterfeit or stolen items, including but not limited to use of My Portfolio to impersonate another person or entity; (c) violate any law, statute, ordinance or regulation (including without limitation those governing export control, consumer protection, unfair competition, anti-discrimination or false advertising); (d) be false, misleading or inaccurate; (e) create liability for Bank of America or its affiliates or cause us to lose (in whole or in part) the services of our third-party provider; (f) be defamatory, trade libelous, unlawfully threatening or unlawfully harassing; (g) may potentially be perceived as being obscene or pornographic or contain child pornography, or racially, ethnically, or otherwise objectionable; (h) interfere with or disrupt computer networks connected to My Portfolio; (i) interfere with or disrupt the use of My Portfolio by any other user; (j) access the information and content manually by request and not programmatically by macro or other automated means; or (k) use My Portfolio in such a manner as to gain unauthorized entry or access to the computer systems.

**G. Restriction on Commercial Use or Resale**

You agree not to resell or make any commercial use of the services in My Portfolio.

**H. Your Indemnification of the Bank**

Notwithstanding the language in Section 5 of this Online Banking Services Agreement, when you use My Portfolio, unless caused by our intentional misconduct or gross negligence, you agree to protect and fully compensate Bank of America and our service providers and affiliates from any and all third party claims, liability, damages, expenses and costs (including, but not limited to, reasonable attorneys fees) caused by or arising from your use of My Portfolio, your violation of this Agreement or your infringement, or infringement by any other user of your account, of any intellectual property or other right of anyone.

**I. My Portfolio Service Limitations**

We want to make your use of My Portfolio easy and productive, but we cannot always foresee or anticipate technical or other difficulties. These difficulties may result in loss of data, personalization settings or other My Portfolio interruptions. Notwithstanding the language in Section 5 of this Online Banking Services Agreement, with respect to My Portfolio, we do not assume responsibility for the timeliness, deletion, mis-delivery or failure to store any user data, communications or personalization settings.

**J. Third Party Products and My Portfolio**

You agree to exercise caution when browsing on the internet and to use good judgment and discretion when obtaining or transmitting information or making purchases. From My Portfolio you may access or be directed to sites containing information or material that may be offensive or inappropriate to some people. We do not endorse and make no effort to review the content of these sites, nor are we responsible for their validity, legality, copyright compliance, or decency of the content contained in these sites. We retain the right (not the obligation) at our sole discretion to prevent access to any site from My Portfolio.

**K. Privacy and My Portfolio**

Bank of America has a commitment to keeping information about you secure and confidential. Our U.S. Consumer Privacy Notice clearly states our promise to carefully manage information about you and your relationship with our family of companies.

Through the My Portfolio service, you are able to aggregate information about your accounts from sources other than Bank of America or its affiliates so that you may view them in one online location. Bank of America will use this information to help optimize your personal use of this service, and to understand what product or service offers may be most beneficial to you. This information is provided all the protections outlined in our U.S. Consumer Privacy Notice.

In addition to these protections, you may at any time choose to limit our use of information aggregated on My Portfolio from other institutions and accounts. You can select this option by going to the Set Your Privacy Preferences page on our Privacy and Security website at www.bankofamerica.com.

For more information on our U.S. Consumer Privacy Notice, you can visit our Privacy and Security website at www.bankofamerica.com/privacy.


**L. Changes or Cancellation**

Notwithstanding the language in Section 4 and 5 of this Online Banking Services Agreement, you may cancel your participation in My Portfolio by calling us at 800.432.1000. We reserve the right to change or cancel My Portfolio at any time without notice. We may also suspend your access to My Portfolio at anytime without notice and for any reason, including but not limited to your non-use of My Portfolio. You agree that we will not be liable to you or any third party for any modification or discontinuance of My Portfolio.


**M. Third Party Beneficiary**

You agree that our providers may rely upon your authorization and grant of a limited power of attorney, the disclaimer of warranties, and the limitation of liability in My Portfolio Sections 10.B and 10.H, respectively, above, and such providers are, for the purposes of those sections, third party beneficiaries to this agreement, with the power to enforce those provisions as applicable.


**11. FICO® Score Program for Consumer Credit Card Customers (Not available for all Mobile Banking Apps)**

The FICO® Score Program is provided pursuant to these terms and conditions and the other applicable terms and conditions of this Online Banking Service Agreement, as each may be amended from time to time. The FICO® Score Program gives you the opportunity to view your FICO® Score 8 ("FICO® Score") credit score in Online Banking at no charge, along with two key factors affecting that particular FICO® Score. FICO is a registered trademark of the Fair Isaac Corporation ("Fair Isaac") in the United States and other countries. This FICO® Score is solely determined by the information in your file at TransUnion (one of the three major consumer reporting agencies) and is created using Fair Isaac's proprietary model. Your FICO® Score may vary from consumer reporting agency to consumer reporting agency and other lenders may use scores from one or more of the other two major consumer reporting agencies. TransUnion and Fair Isaac are third parties not affiliated with Bank of America and Bank of America makes no representation or warranty related to the FICO® Score.

Bank of America is providing you access to your FICO® Score and related content only for educational purposes and your personal, non-commercial use. Only Bank of America customers with an eligible consumer credit card account (e.g., an open account with active charging privileges) may enroll in the FICO® Score Program. At this time, the FICO® Score Program is not available through all Bank of America's Downloadable Mobile Banking Applications ("Mobile Banking Apps"). We reserve the right to amend, cancel, change, discontinue, or suspend the FICO® Score Program and/or your access to it, in whole or in part, at any time in our discretion with or without notice to you, and any such action shall be effective as of the time we determine.

**A. Enrollment in the FICO® Score Program**

By enrolling in the FICO® Score Program, you authorize Bank of America to access your FICO® Scores that we may already have based upon our relationships with you and/or to obtain your FICO® Score periodically from TransUnion. Once we obtain your FICO® Score it will be available to you in Online Banking for your educational and non-commercial use. Viewing your FICO® Score as a part of the FICO® Score Program will not negatively impact your score.

Your enrollment provides your authorization in writing for us to obtain your credit report under the federal Fair Credit Reporting Act and other applicable law. **If you choose to enroll in the FICO® Score Program, please be aware that all of your Online IDs and individuals who have access to your Online Banking profile will be able to view your FICO® Score**. You can un-enroll at any time by going to the **Tools and Investing** tab in Online Banking.

**B. Email and Text Notifications**

We will send you an email alert when you enroll in the FICO® Score Program, when we post your updated FICO® Score in Online Banking (typically once a month and for accounts in good standing), and if you unenroll in the FICO® Score Program. Text messaging alerts will not be sent automatically when we post your FICO® Score, but you can enable them by adjusting your alert settings in Online Banking. You may turn off the monthly FICO® Score email and text alert at any time by changing your alert settings in Online Banking.

**C. FICO® Score Display**

You will be able to view up to a 12-month history of your FICO® Scores in Online Banking, starting when you enroll and for each month up to 12 months. Additionally, you will see two key factors affecting your most recent FICO® Score, except in limited circumstances where TransUnion does not provide us with both key factors. Customers with newly opened credit card accounts may not see their first FICO® Score in Online Banking for up to 60 days after enrollment. In certain circumstances, a FICO® Score may not be available from TransUnion for various reasons, e.g., having a limited credit history. If your Bank of America consumer credit card account(s) are closed by you or us, we reserve the right to end your participation in the FICO® Score Program. You can unenroll at any time by going to the **Tools and Investing** tab in Online Banking. If you opt out of the FICO® Score Program, your FICO® Score and FICO® Score history will no longer be available for viewing in Online Banking. If you decide to

re-enroll, your FICO® Score history display in Online Banking will start anew and you will not have access to view previous history through the FICO® Score Program.

**D. Eligibility**

Only Bank of America customers with an eligible consumer credit card account (e.g., an open account with active charging privileges) and with a U.S. or U.S. territories address on their Online Banking profile may enroll in the FICO® Score Program. At this time, the FICO® Score Program is not yet available through all Mobile Banking Apps. Customers with jointly owned credit card accounts who have their own Online ID will be able to view their own individual FICO® Score by logging into Online Banking with their respective Online ID. If you are an authorized user on a credit card account, and are not an owner or a co-owner of another consumer credit card account, then you are not eligible to participate in the FICO® Score Program. Additionally, if we cancel the FICO® Score Program, you decide to unenroll, or you become ineligible, for example due to a change in account status, your FICO® Score and past FICO® Scores will not be viewable in Online Banking as part of the FICO® Score Program.

**E. About TransUnion and FICO® Scores**

TransUnion is one of three major consumer reporting agencies who provides consumer credit reports and credit scores to businesses and consumers. FICO® Scores from TransUnion are useful information to help you understand your credit profile. The FICO® Score based on TransUnion data is created using Fair Isaac's proprietary model and is solely determined by the information in your file at TransUnion at the time your FICO® Score is calculated. Accounts not reported to or subsequently deleted from your file at TransUnion may not be reflected in your FICO® Score. Your FICO® Score may vary from consumer reporting agency to consumer reporting agency and other lenders may use scores from one or more of the other two major consumer reporting agencies. TransUnion and Fair Isaac are third parties not affiliated with Bank of America and Bank of America makes no representation or warranty related to the FICO® Score.

**F. Bank of America is Not a Credit Repair Organization**

Bank of America and Fair Isaac are not credit repair organizations as defined under federal or state law, including the Credit Repair Organizations Act. Bank of America and Fair Isaac do not provide "credit repair" services or advice or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating. We provide your FICO® Score and content related to the FICO® Score Program in Online Banking only for educational purposes and your non-commercial, personal use. We can provide no further assistance regarding improving your credit score except for addressing any disputes you may have regarding accounts you have with Bank of America.

**FICO is a registered trademark of the Fair Isaac Corporation in the United States and other countries.**

**12. Erica Terms**

By enrolling in and using the Erica virtual assistant (as updated from time to time, "Erica"), or by otherwise indicating your assent, you are agreeing to the following terms regarding Erica.

**A. Description of Erica**

Erica is a feature of our Mobile Banking app and may help you engage with certain Online Banking functionalities in a voice or text-assisted manner. For instance, you may be able to obtain account balances, initiate transfers, and pay bills. In the future, we may add new functionalities. You may enable or disable certain Erica functions at any time in the "Profile & Settings" section.

**B. Eligibility Requirements**

You must be enrolled in Online Banking and use the Mobile Banking app to access Erica. Some or all of Erica's capabilities may not be available for certain accounts or customers, or may not be available if your accounts are in a status that are not available in Mobile Banking.

**C. Privacy and Security**

Any personal information that we collect through Erica will be governed by our U.S. Consumer Privacy Notice and our Online Privacy Notice. For example, we may use Erica recordings and interactions to improve the service, or use data to provide a more personalized experience, as described in Section D.

- To use Erica, you acknowledge that you will have to either speak aloud or write messages to Erica and you will receive audio and text responses. To initiate an interaction with Erica, you may have to tap an icon on the screen after logging into the Mobile Banking app. Once you initiate an interaction with Erica, we will record and transcribe these interactions. You may want to consider the times and places you use Erica. You should not share confidential or sensitive information, like your social security number or PIN, with Erica. To confirm the accuracy of your interactions with Erica, you can always retrieve your account details through Online Banking or the Mobile Banking app.

- Once activated, Erica may respond to voices that are not yours. You acknowledge that once you invoke the microphone in a session, Erica may capture, record, and transcribe other voices in addition to yours, and may continue recording for a period of time (up to 15 seconds) after Erica hears any statement to which a response can be made, unless you close Erica or sign out of the Mobile Banking app. We will treat all voice

interactions and transactions as though you authorized them, and as though they are authorized interactions and transactions, even if another voice or person initiated or completed them.

- You acknowledge that anyone who can access your accounts through the Mobile Banking app, either through your passcode, fingerprint, or otherwise, could also access your accounts through Erica. We will treat these interactions as though you authorized them, and as though they are authorized interactions and transactions, even if another voice or person initiated or completed them.

- At times, Erica may also provide suggestions, information and other insights to you or initiate interactions with you, by text or by voice, before you initiate an interaction. Erica may review your Bank of America banking activity and provide you with financial information and insights you might find helpful about the management of your accounts and other financial issues. For example, Erica may inform you of a credit card payment coming due. You may dismiss these insights as they appear, and we may provide you the ability to manage your preferences to receive these interactions from Erica.

- If you have enabled certain functions within Erica, you may receive insights or sensitive information through push or text alerts, possibly even if your Mobile Banking app is closed. Message and data rates from your mobile carrier may apply.

- You acknowledge that we may have to share your Erica interactions to comply with law, subpoena or court order, and will do so in accordance with applicable law.


### D. Erica's Interactions with You

Erica knows about your relationship with Bank of America and products and services you have with Bank of America. Erica will communicate with you through voice and screen interactions. You are responsible for reviewing the information that Erica displays on the screen and confirming that it accurately reflects your requests or instructions. Please carefully execute and review interactions with Erica, as it is possible that Erica may misunderstand you at times, may not have complete information related to your request, may otherwise make a mistake in responding to you, or the technology may simply not work. Erica is only able to take actions and offer suggestions, information and other insights based upon the current or historical status of certain of your accounts with us, which may not reflect the full scope of your financial situation. You can always confirm your account activity through the Mobile Banking app, Online Banking, or your account statements, and we encourage you to do so.


### E. Questions or Disputes

You may direct any questions or disputes regarding Erica, or any transactions performed or information provided through Erica, in accordance with the Online Banking Services Agreement or any other applicable agreement you may have with us or our affiliates, such as an applicable deposit or credit account agreement. If there is any irreconcilable conflict between these Terms and any other agreement you have with us, then these Terms will control solely with respect to Erica. Any capitalized terms that are used, but not defined, in these Terms will have the meaning described elsewhere in the Online Banking Services Agreement.


## 13. Additional Services (Not available through Mobile Banking Apps or Mobile Web)

The following addendum will apply if you register for any of these additional services.

Online Business Suite Addendum


Some accounts and services, and the fees that apply to them, vary from state to state. Please review the information for your state in the Personal Schedule of Fees (at www.bankofamerica.com/feesataglance or at your local Banking Center) and in the Online Banking Service Agreement at www.bankofamerica.com/serviceagreement.

Bank of America, N.A. Member FDIC. Equal Housing Lender ⌂
© 2018 Bank of America Corporation. All rights reserved.

Connect with us

# EXHIBIT B

# Deposit Agreement and Disclosures

*Effective June 8, 2018*



bankofamerica.com

Applies in all states.

Bank of America, N.A. Member FDIC. ©2018 Bank of America Corporation.
91-11-2000B (06/18)



29507

# Table of Contents

**Welcome to Bank of America** ..................................................................1
How to Get Started .................................................................................1
How to Access Your Account ...................................................................1
**The Agreement for Your Account** ........................................................2
Binding Contract ....................................................................................2
Changes to This Agreement ...................................................................2
Account Closures and Conversions/Changes to Account Settings .........2
Governing Law .......................................................................................3
**Explanation of Some Terms** ...............................................................4
**Information About You and Your Account** .........................................5
Information You Give Us ........................................................................5
Identification .........................................................................................5
Bank of America's Privacy Policy for Consumers ...................................5
Sharing Information with Affiliates ........................................................5
Consumer Reports and Other Inquiries .................................................5
Disclosing Information About You and Your Account ..............................6
Telephone Calls: Calling, Monitoring and Recording .............................6
Release of Information ...........................................................................7
**Account Ownership** ...........................................................................7
Some General Terms ..............................................................................7
Some Basic Terms for Joint Accounts ....................................................7
Some Basic Terms for "Payable on Death" Accounts .............................8
Some Basic Terms for Business and Other Non-Personal Accounts .......9
Transferring Ownership ..........................................................................9
**Checking and Savings Accounts** ......................................................10
Types of Accounts ...............................................................................10
Eligibility for NOW Accounts ...............................................................10
Demand Deposit Accounts ...................................................................10
How We Calculate Interest on Interest Bearing Checking and Savings Accounts ...........10
Combined Balance Service ...................................................................11
Limits on Linking Accounts .................................................................12
Limits on Withdrawals and Transfers from Savings Accounts .............12
**Time Deposit or CD Account** ...........................................................13
Types of CDs .......................................................................................13
How We Calculate Interest on CDs ......................................................13
Disbursing Interest ..............................................................................14
CDs That Automatically Renew ...........................................................14
CDs That Do Not Automatically Renew ...............................................14
Grace Period ........................................................................................14
Deposits to a CD .................................................................................15
Early Withdrawals ................................................................................15
Closing or Redeeming a CD .................................................................15
**Information About Fees and Charging Your Account** .......................16
**Insufficient Funds – Overdrafts and Returned Items** .....................17
Overdrafts and Declined or Returned Items .........................................17

Impact of Holds ..................................................................................17
Personal Accounts – Overdraft Practices and Settings ........................19
Business Accounts – Overdraft Practices and Settings ........................19
Posting Orders .....................................................................................20
Occurrences .........................................................................................20
Overdraft Protection Plans ...................................................................20
**Processing and Posting Orders** .......................................................22
Processing Transactions and Posting Orders .......................................22
Posting Orders .....................................................................................22
Changing Posting Orders ......................................................................23
Posting Orders Determined at End of Day ............................................23
Overdraft Fees .....................................................................................23
Certain Transactions Made After Business Day Ends ...........................24
**Processing Deposits and Cashed Items** ..........................................25
Cashing Items or Accepting Items for Deposit .....................................25
Checks Lost in the Collection Process ..................................................26
Collection Items ...................................................................................26
Demand Drafts and Remotely Created Checks .....................................26
Deposit Preparation and Acceptance ...................................................26
Deposit Error Correction ......................................................................27
Encoding Deposits ...............................................................................27
Endorsing Checks ................................................................................27
Identifying the Account for Your Deposit ..............................................28
Overpayments and Reversals ...............................................................28
Returned Items ....................................................................................28
Substitute Checks ................................................................................29
Third-Party Endorsements ...................................................................29
**When Funds are Available for Withdrawal and Deposit Holds** ........30
Your Ability to Withdraw Funds ...........................................................30
Longer Delays May Apply .....................................................................30
Special Rules for New Accounts ...........................................................31
Government Checks, Cashier's Checks and Other Special Types of Checks ...........31
Cash Withdrawal Limitation .................................................................32
Holds on Other Funds. .........................................................................32
**Processing Withdrawals** ..................................................................33
Cashing Checks for You ........................................................................33
Cashing or Accepting Your Checks for Others ......................................33
Checks with Legends or Restrictions ...................................................33
Collection Items ...................................................................................33
Check Stock and Ink ............................................................................33
Converting Checks to Electronic Debits ...............................................34
Examining Checks ................................................................................34
Items Resulting from Voluntary Disclosure ..........................................35
Large Cash Withdrawals .......................................................................35
Paying Checks and Other Items ...........................................................35
Stale-Dated and Postdated Checks ......................................................35
Substitute Checks, Indemnified Copies, Images and Image Replacement Copies ...........35
Unpaid Items .......................................................................................35

**Substitute Checks and Your Rights** ...................................................... **36**
**Notices, Statements and Other Communications** ................................. **37**
General Terms for Notices, Statements and Other Communications ............... 37
Notices ............................................................................................................ 37
Statements ...................................................................................................... 38
Check Image, Safekeeping and Enclosure Services ...................................... 38
Your Address and Change of Address ............................................................ 39
**Actions You Can Take to Help Protect Your Account** .......................... **40**
**Reporting Problems** ............................................................................... **42**
Your Responsibility ......................................................................................... 42
What Are Problems and Unauthorized Transactions ..................................... 42
Reviewing Your Account Statements .............................................................. 42
We Are Not Liable If You Fail To Report Promptly .......................................... 43
Written Confirmation and Other Assistance .................................................. 43
Our Investigation and Maximum Liability ...................................................... 43
Business Insurance ......................................................................................... 44
Opening a New Account .................................................................................. 44
**Foreign Items and Foreign Currency** .................................................... **44**
What is a Foreign Item .................................................................................... 44
Be Cautious About Accepting Foreign Items .................................................. 44
Currency Exchange Rates ............................................................................... 44
Wires Sent to a Foreign Currency Account .................................................... 45
You May Not Write Foreign Currency Checks ................................................. 45
Processing and Collecting Foreign Items ...................................................... 45
**Other Terms and Services** ..................................................................... **47**
Account Changes ............................................................................................ 47
Automatic Transfer Service ............................................................................ 47
Check and Deposit Slip Forms ....................................................................... 47
Check Copies ................................................................................................... 48
Compliance ..................................................................................................... 48
Conflicting Demands and Disputes ............................................................... 48
Converting an Account .................................................................................... 49
Cutoff Time for Receipt of Orders .................................................................. 49
Death or Incompetence .................................................................................. 50
Facsimile Signature ........................................................................................ 50
Deposit Bank Assessment .............................................................................. 50
Fingerprint ...................................................................................................... 50
"Freezing" Your Account ................................................................................. 50
Indemnification and Limitation of Liability .................................................... 51
Legal Process – Subpoena and Levy .............................................................. 51
Multiple Signatures Not Required .................................................................. 52
Notice of Withdrawal ...................................................................................... 52
Powers of Attorney/Appointment and Payment to Agents ........................... 53
Records ........................................................................................................... 53
Right of Setoff ................................................................................................. 53
Sample of Your Signature ............................................................................... 54
Stop Payment Orders and Postdated Orders ................................................. 54
Subaccounts ................................................................................................... 56

Unclaimed Property – Accounts Presumed Abandoned or Inactive ............... 56
Verification of Transactions and Right to Reverse Transactions .................... 57
Waiver, Severability, and Change of Law by Agreement ................................ 57
**Electronic Banking Services** .................................................................. **58**
Types of Electronic Banking Services ............................................................. 58
Access ID ......................................................................................................... 59
Electronic Banking Disclosures ...................................................................... 60
**ATM Safety Tips** ..................................................................................... **63**
Protect Your ATM Card and Personal Identification Number (PIN) ................. 63
Be Aware of Your Surroundings at ATMs ........................................................ 63
Protect Your Privacy ....................................................................................... 63
Request Emergency Assistance ...................................................................... 63
**Funds Transfer Services** ........................................................................ **64**
Remittance Transfers ...................................................................................... 64
Sending Funds Transfers ................................................................................ 65
Receiving Funds Transfers .............................................................................. 66
ACH Debits and Credits .................................................................................. 66
**Tax Information** ..................................................................................... **67**
**Resolving Claims** ................................................................................... **68**
What does "Claim" Mean? ............................................................................... 68
How Claims on Personal Accounts will be Resolved ...................................... 68
How Claims on Business Accounts will be Resolved ...................................... 68
Judicial Reference ........................................................................................... 68
Arbitration ....................................................................................................... 69
Limitation and Non-Severability ..................................................................... 70
Rules of Interpretation .................................................................................... 70
Jurisdiction and Venue .................................................................................... 70

# Welcome to Bank of America

Thank you for opening and keeping an account with us.

Please read this entire agreement carefully so you understand your rights and obligations for your deposit account and deposit relationship with us and keep it in a convenient place for future reference.

In this agreement, "Bank of America", "Bank", "we", "us" and "our" means Bank of America, N.A. "You" and "Your" means each and every owner of the account and each and every other person with authority to withdraw funds from the account or otherwise operate the account.

Our accounts and services are generally available through all of our channels - in our financial centers, through telephone banking and online. However, some accounts and services may not be available at all times, in all locations, or through all channels.

## How to Get Started

After you open your account, please consider these optional services. They can help you manage your account.

- **Debit card** – use your debit card to pay for purchases at merchants that accept debit cards, to make deposits at Bank of America ATMs, and to withdraw cash from ATMs.
- **Direct Deposit** – have your paycheck, retirement benefits, or other source of income deposited electronically into your checking or savings account.
- **Online Banking** – helps you manage and keep better track of your finances. Here are some of the things you can do using Online Banking:
  - Check your account balances and review transaction history.
  - Transfer funds between your accounts or to other Bank of America customers' accounts.
  - Receive your statements and posted checks online, then review or print them at your convenience.
  - Reorder checks and change your address.
- **Online Bill Pay service** – pay your bills electronically.
- **Online Alerts** – provide an electronic notice through email or text message about account activity, such as when a direct deposit posts or when your balance drops below an amount you set.
- **Scheduled Savings Transfers** – helps make saving easier by automatically transferring money from your checking account to your savings account.
- **Keep the Change®** – helps you grow your savings by automatically transferring money from your personal checking to your savings with each eligible debit card purchase.
- **Overdraft Protection Service** from another linked account, such as your savings or credit card account – helps you avoid overdrafts and declined or returned checks and other items by automatically transferring available funds from your linked account to your checking account.

## How to Access Your Account

You can access your account and get information about our accounts and services:

- At our **financial centers** and at **Bank of America ATMs**.
- Through our **Online Banking Service** at bankofamerica.com
- By calling **customer service** at the number on your account statement.
- You can locate our nearest financial center or ATM on our website at bankofamerica.com

# The Agreement for Your Account

## Binding Contract

This *Deposit Agreement and Disclosures*, the applicable *Schedule of Fees*, the signature card and other account opening documents for your account are part of the binding contract between you and us (this "Agreement") for your deposit account and your deposit relationship with us. They contain the terms of our agreement with you. Please read all of these documents carefully.

This *Deposit Agreement and Disclosures* also summarizes certain laws and regulations that apply to common transactions, provides some disclosures for deposit accounts required by federal law, and establishes terms that cover some transactions or situations that the law either does not cover or allows us to change by this contract. The *Schedule of Fees* lists our accounts and account fees.

When you complete our account opening documents (as an example, you sign our signature card), request an account, or keep your account open, you acknowledge that you have reviewed and understand the terms of this Agreement and you agree to be governed by these terms. You understand that these terms, as we may change or supplement them periodically, are a binding contract between you and us for your deposit account and your deposit relationship.

We give this Agreement to you when we open your account. You may obtain additional copies of this Agreement at a financial center or by calling the number on your statement. Our deposit relationship with you is that of debtor and creditor. This Agreement and the deposit relationship do not create a fiduciary, quasi-fiduciary or special relationship between us regardless of how you title your account, or whether you yourself act in a fiduciary or similar capacity with respect to funds deposited with us. We owe you only a duty of ordinary care. Our internal policies and procedures are solely for our own purposes and do not impose on us a higher standard of care than otherwise would apply by law without such policies or procedures.

## Changes to This Agreement

We may change this Agreement at any time. We may add new terms. We may delete or amend existing terms. We may add new accounts and services and discontinue existing accounts or services. We may convert existing accounts and services into new accounts and services.

We ordinarily send you advance notice of an adverse change to this Agreement. However, we may make changes without prior notice unless otherwise required by law. We may, but do not have to, notify you of changes that we make for security reasons or that we believe are either beneficial or not adverse to you.

When we change this Agreement, the then-current version of this Agreement supersedes all prior versions and governs your account.

If you continue to use your account or keep it open, you are deemed to accept and agree to the change and are bound by the change. If you do not agree with a change, you may close your account as provided in this Agreement.

See the *Notices, Statements and Other Communications* section for information about how we provide notice.

## Account Closures and Conversions/Changes to Account Settings

You or we may close your checking or savings account at any time without advance notice, except that we may require you to give us seven days advance notice when you intend to close your savings or interest bearing checking account by withdrawing your funds. See *Notice of Withdrawal* in the *Other Terms and Services* section. You or we may close your time deposit account at maturity without advance notice. Bank of America may close your account, convert your account to

another account type or change your account's overdraft setting at its discretion due to excessive overdrafts.

If an account was closed and then we reopen it, the account is subject to our standard terms and fees for that type of account. Any waiver that applied before the account was closed does not apply when we reopen the account.

If your account reaches a zero balance, or you apply for an account but never deposit funds into it, we may either keep the account open or close the account without notice.

Sometimes after an account is closed, we receive a deposit for credit to the account or a check or other item for payment from the account. If this happens, we may at our option and without any liability to you: either return the deposit, check or other item; or we may reopen the account and accept the deposit, check or other item for you, even if this overdraws your account.

Sometimes after an account which had funds in it is closed, and while we are still holding the funds from the account, we receive a withdrawal request, check or other item for payment from the account. We may refuse the withdrawal request and return the check or other item. We are not liable for any losses or damage that may result from refusing the withdrawal or dishonoring the check or other item, even if we are still holding funds that would cover the withdrawal, check or other item.

When you ask us to close your account, we may continue to pay transactions as we receive them while we process your closure request. When we complete our closure process, we may close your account, even if your account has a balance and transactions you've told us about are still pending.

If your account is overdrawn when closed, you agree to pay immediately all amounts you owe us. If your account had funds in it when closed, we may:

- hold the funds for your pick up or to pay outstanding or expected items or claims;
- deposit the funds in another of your accounts with us; or
- mail the funds to any of you by check at the address in our records for the account.

If your account earned interest before it closed, your funds stop earning interest when you ask us to close your account, even if we continue to hold the funds. As an example, if we mail funds from an interest bearing account to you by check, then your funds do not earn interest, even if the check is returned to us or is not cashed.

This Agreement continues to govern matters related to your account even after your account closes.

## Governing Law

This Agreement, and your and our rights and obligations under this Agreement, are governed by and interpreted according to federal law and the law of the state where your account is located. However, your rights and obligations for Remittance Transfers shall be governed by and interpreted as described in the *Funds Transfer Services* section. We ordinarily maintain your account at the financial center where we open your account. However, we may transfer your account to another financial center in the same state or in a different state. If state and federal law are inconsistent, or if state law is preempted by federal law, federal law governs.

# Explanation of Some Terms

## Definitions

Please keep in mind the following definitions as you review the Agreement.

**Annual Percentage Yield (APY)** is a percentage rate reflecting the total amount of interest paid on the account, based on the interest rate and frequency of compounding.

**Average daily balance** for a statement cycle – we take the balance that we determine is in the account for each day in the statement cycle, add those balances together, and then divide that sum by the number of days in the statement cycle.

**Bank of America, Bank, we, us** and **our** mean Bank of America, N.A.

**Financial Center** means a branch of Bank of America.

**Business days** – our business days are Monday through Friday, excluding bank holidays. Hours of the business day for a financial center are available at that financial center.

**Collected balance** is the ledger balance for the account minus that portion of funds deposited for which we have not received credit based on the availability schedule we apply to the account. We ordinarily apply the availability schedule provided to us by the Federal Reserve Bank to determine the time that we receive credit for deposited funds.

**Item** includes all orders and instructions for the payment, transfer or withdrawal of funds from an account. As examples, item includes: a check, substitute check, purported substitute check, electronic transaction (including an ACH transaction, ATM withdrawal or transfer, or point of sale transaction), draft, demand draft, remotely created check, remotely created consumer check, image replacement document, indemnified copy, preauthorized draft, preauthorized payment, automatic transfer, telephone-initiated transfer, Online Banking transfer or bill payment instruction, withdrawal slip, in-person transfer or withdrawal, cash ticket, deposit adjustment, or other order of instruction for the payment, transfer, or withdrawal of funds, or an image, digital image or a photocopy of any of the foregoing. *Item* also includes any written document created or authorized in your name that would be a check or draft but for the fact that it has not been signed. *Item* may also include a cash-in ticket and a deposit adjustment. *Item* may also include a check, draft, warrant, or other item deposited to your account, including a deposited item that was returned unpaid.

**Minimum daily balance** – the lowest balance that we determine is in the account during a statement cycle.

**You** and **your** means each and every owner of the account and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account.

## Headings and Interpretation

We include section and paragraph headings in this Agreement to help you find terms and provisions. The headings are for convenience or reference only. They do not limit the term or provision.

Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular.

In some sections we give examples. The examples cover some, but not all, of the situations or items that are covered by the section.

# Information About You and Your Account

## Information You Give Us

When you open a deposit account with us, you give us information about yourself and confirm that it is correct. We enter the information into our records. We may rely on that information until you notify us of a change and we have had a reasonable time to act on the new information.

## Identification

Federal law, including the USA PATRIOT Act, requires all financial institutions to obtain, verify and record information that identifies each customer who opens an account with that financial institution.

When you apply for an account, we will ask for your legal name, address, date of birth and your Tax Identification Number (TIN). We may require one or more forms of unexpired photo identification. We may validate the information you provide to us to ensure we have a reasonable assurance of your identity. We may contact you for additional information. If your account is funded before we verify your information, you may not have access to your funds. If we are not able to verify your identity to our satisfaction, we will not open your account or we may close the account if it was previously funded.

## Bank of America's Privacy Policy for Consumers

Our privacy policy for consumers is described in our publication, *U.S. Consumer Privacy Notice*. We provide our privacy policy to consumers who open a personal account with us. The privacy policy describes our policy on handling customer information and describes the situations when we may disclose information, including some examples.

You can also review our privacy practices on our website at bankofamerica.com/privacy.

## Sharing Information with Affiliates

**Accounts Held by Consumers** We may share information that we have about you and your accounts among the Bank of America family of companies. Please refer to our publication, *U.S. Consumer Privacy Notice*, for information about the categories of information we may share among the Bank of America family of companies and how you may tell us not to share certain types of information among our family of companies.

**Accounts Held by Businesses** We may share information about our experiences with you with Bank of America Corporation and its subsidiaries and affiliated companies ("Bank of America Affiliates") and selected third parties. We may also share information that you have provided to us on applications or that we receive from outside sources among the Bank of America Affiliates. However, individuals may tell us not to share information about them from applications or outside sources compiled for purposes of determining eligibility for credit, insurance or other services by either calling us at 1.888.341.5000 or by notifying us at bankofamerica.com/privacy.

## Consumer Reports and Other Inquiries

We may make any inquiries that we consider appropriate to help us verify your identity and determine if we should open, maintain, collect or close your account. This may include verification of employment and consumer reports or other reports from account information services and other consumer reporting agencies.

If you ask, we will tell you whether we requested such a report and, if we did request a report, we will tell you the name, address and telephone number of the reporting agency.

## Disclosing Information About You and Your Account

This section applies to both business and personal accounts. We may disclose information about your accounts to consumer reporting agencies and to other persons or agencies who, in our judgment, have a legitimate purpose for obtaining information.

For example, subject to any applicable financial privacy laws or other laws or regulations, we may provide information on you and your accounts:

- to consumer reporting agencies, such as ChexSystems, Inc.;
- to anyone who we reasonably believe is conducting a legitimate credit inquiry, including inquiries to verify the existence or condition of an account for a third party such as a lender, merchant or consumer reporting agency;
- in response to any subpoena, summons, court or administrative order, or other legal process which we believe requires our compliance;
- in connection with collection of indebtedness or to report losses incurred by us;
- in compliance with any agreement between us and a professional, regulatory or disciplinary body;
- in connection with potential sales of businesses;
- to service providers who help us meet your needs by assisting us in providing or offering our products or services; and
- to other third parties as is described in our publication *U.S. Consumer Privacy Notice* or as required under applicable law or regulation.

For personal accounts, the terms of our *U.S. Consumer Privacy Notice* governs in the event of a conflict between the terms of this section and the terms of our U.S. Consumer Privacy Notice.

**Account Information Services/Consumer Reporting Agencies** If we close your account because of your unsatisfactory handling, we generally report to consumer reporting agencies such as ChexSystems, Inc. your name, address, Taxpayer Identification Number (TIN), driver's license number and the date and reason we closed the account. The consumer reporting agency may supply this information to others. This may adversely impact your ability to establish an account at any financial institution for up to five years from the date of the report.

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## Telephone Calls: Calling, Monitoring and Recording

When you give a telephone number directly to us, or place a telephone call to us, you authorize us to place calls to you at that number. You understand that a "telephone number" includes a cell phone number and "calls" include both telephone calls and text messages to or from your phone or cell phone. As examples, we may place calls to you about fraud alerts, deposit holds, and amounts you owe us (collection calls) on your account. When we place calls to you, we may use automatic dialers and artificial, text, or prerecorded messages.

You authorize us to monitor and, to record, telephone conversations and other electronic communications you have with us and with our representatives for reasonable business purposes, including security and quality assurance. We will not remind you that we may be monitoring or recording a call at the outset of the call unless required by law to do so.

You consent and agree in advance to these terms and conditions.

## Release of Information

You can obtain information about your account by many methods, including at a financial center, by telephone, by mail and through Online Banking. We believe we have adopted reasonable security measures for each method, but we cannot ensure against unauthorized inquiries or intrusions. You agree that we are not responsible for the release of information to anyone who has gained possession of your ATM card, debit card or other code or access device or who has learned your identifying characteristics such as personal identification number (PIN), account number or social security number, even if you have not authorized them to obtain the information.

# Account Ownership

### Some General Terms

When you open an account, we may rely on information you give us and we maintain in our records. We determine the type and ownership of the account from this information. When you ask us to make a change to this information or your account, and we agree to the change, the change is not effective until we have had a reasonable time to act on the new information. As an example, if you ask us to change the signers on your account, your requested change is not effective until we have a reasonable time to act on it. If we ask you to give us additional documents or information, and you do not do so promptly, we may close your account.

When we accept a deposit to an account or permit a withdrawal or payment from an account, we may rely upon the form of the account and the terms of this Agreement at the time we process the transaction. We do not have to inquire about the source or ownership of any funds we receive for deposit or about the application of any withdrawal or payment from an account. When we permit a withdrawal or payment from an account at the request of any signer, or the agent of any signer, in accordance with the terms of this Agreement, the withdrawal or payment is a complete release and discharge of the Bank from all claims regarding the withdrawal or payment.

If you instruct us to open an account in the names of two or more people, and we do so, but later determine that one or more of them have not completed our account opening documents or other requirements, you agree to hold us harmless for reliance on your instruction. We may in our discretion for all purposes and circumstances (including determining ownership of the account following the death of any person in whose name the account was opened) either treat the account as being owned by all persons in whose names the account was opened or treat the account as being owned solely by the persons who have signed or completed our account opening documents or other requirements. If we treat the account as owned by all persons in whose names the account was opened, we may permit the non-signing person to withdraw funds or take other action on the account without any liability to you.

We may open an account without regard to whether you are married and without regard to whether the funds on deposit are your community or separate property. We may require you to close the account in order to remove a co-owner, terminate a joint ownership or change a payable on death or trust designation.

### Some Basic Terms for Joint Accounts

If more than one person's name appears in the title of an account without a fiduciary, beneficiary or other designation, then the account is a joint account. All persons whose names appear on the account are co-owners of the account, regardless of whose money is deposited in the account.

Each co-owner acts as the agent of each other co-owner. Each co-owner authorizes each other co-owner to operate the account without the consent or approval of any other co-owner. We may

act and rely on the instructions of one co-owner without liability to any other co-owner. So as examples, one co-owner may without the consent or approval of the others:

- add additional persons as co-owners;
- deposit funds and withdraw or transfer part or all of the funds in the account;
- endorse for deposit to the joint account on behalf of any other co-owner an item payable to another co-owner;
- instruct us to stop payment on a check or other item that another co-owner wrote on the account;
- obtain an ATM card or a debit card;
- draw upon an overdraft or other line of credit connected to the account;
- obtain information about the account, including transactions conducted by other co-owners;
- pledge the account as security for any debts; and
- close the account.

Each co-owner is jointly and severally liable to us for all fees, charges and other amounts owed to us on, and all costs, losses and liabilities related to, this Agreement or the account. Note that our right of setoff described in the *Right of Setoff* section of this Agreement applies to joint accounts.

All joint accounts are presumed to be joint accounts with the right of survivorship, unless the applicable state law does not permit this presumption or we have agreed with you in writing that the account is owned in another capacity. **Right of survivorship means that when a co-owner dies, the funds in the account belongs to the surviving co-owner(s),** subject to our right to charge the account for any amount the deceased co-owner or a surviving co-owner owes us. The rights of survivorship continue between surviving co-owners and we may pay the funds in the account to any surviving co-owner. The applicable state law may impose requirements that must be met to create a joint account with right of survivorship. You are solely responsible for meeting these requirements.

### Some Basic Terms for "Payable on Death" Accounts

For an individual or joint account, you may choose to make your account payable on your death to one or more payable on death ("POD") beneficiaries. You can make your account a POD account by instructing us to list each POD beneficiary on the account and complying with the applicable state law. The applicable state law usually imposes requirements that must be met to create a POD account. As an example, you may have to include certain words or letters in the account title to create a POD account, such as: "payable on death," "POD," "in trust for," "ITF," "as trustee for," "ATF," "transfer on death," "TOD," or "Totten Trust." You are solely responsible for meeting these requirements. We may treat an account which names a POD beneficiary as a POD account. However, if the applicable requirements are not met, we may treat your account as though there is no POD beneficiary.

During your lifetime, a POD account belongs to you. You may close the account, remove or add one or more POD beneficiaries, change the account type or ownership, and withdraw all or part of the funds in the account. When the account owner or last co-owner dies, we may pay any funds remaining in the account to the then surviving (if any) POD beneficiary(ies), subject to our right to charge the account for any amount a deceased owner, co-owner or POD beneficiary owes us. We may distribute the account balance, subject to any bank claims, to such beneficiaries equally to one or all surviving beneficiaries jointly, or payable individually, in equal shares, to each surviving beneficiary. A POD beneficiary does not acquire an interest in the account until after the death of the account owner or the last co-owner. A POD beneficiary may acquire an interest in the account at that time but only if the POD beneficiary is alive.

## Some Basic Terms for Business and Other Non-Personal Accounts

If the account owner is a corporation, unincorporated association, limited liability company, limited liability partnership, fiduciary, partnership, sole proprietorship or other entity holding an account in any capacity other than an individual capacity, each person signing the signature card or completing other account opening requirements represents and agrees that they:

- are fully authorized to execute all documents or otherwise complete our requirements in their stated capacity;
- have furnished all documents or other information necessary to demonstrate that authority; and
- will furnish other documents and complete other requirements as we may request from time to time.

We may refuse to recognize any resolution affecting the account that is not on our form or that appears to us to be incomplete or improperly executed.

## Transferring Ownership

Your account is for your use only. It is non-transferable and non-negotiable. Ownership of your account is transferable only on our records with our consent.

- You may not grant, transfer or assign any of your rights to your account without our written consent.
- Even if we consent, we may require that you close the account and that the new account owner open a new account in their name.
- We may refuse to acknowledge or accept your attempted pledge or assignment of your account or any interest in it, including a notice of security interest.

# Checking and Savings Accounts

## Types of Accounts

We offer several different types of checking and savings accounts for personal and business customers.

- The *Personal Schedule of Fees* describes our personal accounts and lists applicable fees.
- The *Business Schedule of Fees* describes our business accounts (other than Commercial accounts) and lists applicable fees. The *Business Schedule of Fees* does not apply to Commercial accounts.

## Eligibility for NOW Accounts

NOW accounts are commonly called interest checking accounts. Federal law provides that NOW accounts may only be opened and used by the following customers:

- individuals (including sole proprietors),
- certain nonprofit organizations,
- federal, state or local governmental entities, and
- fiduciaries (such as a bank trust department) where one or more individuals hold the entire beneficial interest in the funds.

If we believe that you are not eligible to own a NOW account, we may either close the account or convert it to another type of account. When we refer in this agreement to checking accounts, the reference includes NOW accounts.

## Demand Deposit Accounts

Demand deposit accounts are commonly called checking accounts. All types of customers can open a demand deposit account. Most demand deposit accounts do not earn interest.

We do offer an interest bearing demand deposit account to business customers. Please ask us for details.

When we refer in this agreement to checking accounts, the reference includes demand deposit accounts.

## How We Calculate Interest on Interest Bearing Checking and Savings Accounts

If you have an interest bearing checking or savings account, then please note the following.

- Your funds earn a variable rate. Your interest rate and annual percentage yield ("APY") may change. At our discretion, we may change the interest rate for your account at any time without notice or limit.
- We compound and credit interest to your account monthly.
- We use the daily balance method to calculate the interest on your account. The daily rate is 1/365 — or in a leap year we may use 1/366 — of the interest rate.
- For personal checking accounts and personal and business savings accounts, the daily balance method applies a daily periodic rate to the collected balance in the account each day.
- For business checking accounts, the daily balance method applies a daily periodic rate to the collected balance in the account each day (less an amount that we determine applies for reserves applicable generally to transaction accounts under the rules of the Federal Reserve).

- For Public Service Trust Accounts, the daily balance method applies a daily periodic rate to the collected balance in the account each day (less an amount that we determine is required to offset service charges).

- When you deposit a non-cash item (such as a check), interest begins to accrue on the non-cash item no later than the business day on which we receive credit for the non-cash item.

Some checking and savings accounts do not earn interest. The checking and savings accounts that earn interest are described in the *Schedule of Fees* as interest bearing accounts. Other checking and savings accounts do not earn interest. We pay interest only in whole cents.

We set interest rates at our discretion. We may set the interest rate based on a specific account, customer, customer relationship, or based on the location or channel through which we open the account. This means that the interest rate and APY we offer on the same type of account may be higher or lower based on these factors. For example, an account opened through our Online Banking channel may earn a different rate (either higher or lower) than the same type of account opened in a financial center or by mail.

We may also offer interest rate bonuses and other special promotions based on these factors. Interest rate bonuses and other special promotional offers may not apply to all accounts, customers, customer relationships, locations or methods of account opening.

When we consider your customer relationship with us, that may include whether you have other accounts with us, your balances with us in your other accounts and how you use services that we offer with accounts.

You may obtain current interest rates for your account by calling us at the number for customer service on your statement or by asking a financial center associate.

**Balance Tiers** The daily interest rate we pay on some accounts depends on the tier into which the balance in the account falls. A tier is a range of account balances. If you have one of these accounts, your balance earns the interest rate and APY in effect that day for the balance tier associated with your end-of-day balance. We may set the rate for each tier in any amount. The interest rate for one tier may be the same rate, or a higher or lower rate, than the rate for a lower tier. We may change the tiers that apply to an account at any time without notice. Different tiers apply to different types of accounts.

## Combined Balance Service

With some checking accounts you can designate your checking account as your primary checking account and then link many of your other accounts to it for pricing. When you link another account for pricing, you can use the balances in the other account to help you meet the combined balance required to avoid the monthly maintenance fee on your primary checking account. The *Schedule of Fees* lists the required combined balance for each checking account to which the service applies and the types of accounts that can be linked for pricing.

You must tell us what other accounts you want us to link to your checking account for pricing. We do not link your other accounts for pricing unless you tell us to do so. To determine what accounts are linked for pricing, please call us.

When an existing account is closed and a new account is opened to replace the existing account, we do not automatically link the new account to your checking account for pricing, even if the existing account was linked. You must tell us to link the new account for pricing.

When we calculate a balance or combined balance, we may ignore accrued interest, funds subject to a hold of any type, and each loan or line of credit that is in default. For each linked account, the period of time that we use as the basis for calculating the balance, and the day that we use to determine the balance, in the linked account may be different from the statement cycle for the primary checking account.

You still need to meet the balance requirements, if applicable, in each linked account to avoid the monthly maintenance fees on those accounts.

You understand that the statement for your primary checking account may include information about each linked account, including the account name, number and balance. We may make this information available to each owner and signer of any linked account. We may also send you a single combined statement that reports activity for your checking account and each deposit account linked to that account, instead of separate statements for each account. See *Combined Statements* in the *Statements and Notices* section.

## Limits on Linking Accounts

Some restrictions apply to what accounts can be linked to checking for pricing, including the following. You may only link an account to one checking account at a time. At least one of the owners of the linked account must also be an owner of the checking account. You may not link personal and business accounts together. You may not link a loan or line of credit that is in default.

We may in our discretion place other restrictions on what accounts can be linked.

## Limits on Withdrawals and Transfers from Savings Accounts

This Agreement and federal law impose limits on the number of certain types of withdrawals and transfers you can make each month from a savings account. Please note that these limits do not apply to withdrawals and transfers you make at one of our financial centers, by mail or at an ATM.

You can make no more than a total of six transactions each monthly statement cycle (or each month if you have a quarterly statement cycle) from among the following:

- Preauthorized transfers from your savings account (including transfers for overdraft protection).

- Telephone transfers or other electronic transmissions from your savings account.

- Online Banking and Mobile Banking transfers or bill payment transfers from your savings account.

- Transfers by check, draft or debit card, if allowed on your savings account.

We count a transaction on the date that we post it to your savings account. This date may be different from the date you authorize, transfer or write the transaction, which means a transaction made during one statement cycle may not be counted until a later statement cycle.

If you exceed the transaction limits on more than an occasional basis, we may revoke your privileges on that account or we may convert your savings account to another type of account, such as a checking account. Your funds may no longer earn interest after we convert your account.

When you use our Online Banking bill payment service, we recommend that you do not use a savings account as your bill payment account because of these limits on transfers.

Note: Even if you make no more than 6 transactions, a fee may still apply to some withdrawals or transfers. Please see the *Schedule of Fees* for your account.

# Time Deposit or CD Account

When you open a time deposit account, you agree to leave your funds in the account until the maturity date of the account. We often refer to a time deposit account as a "CD" or a "Certificate of Deposit", even though we do not issue a "certificate".

This Agreement applies to CDs you open under your Individual Retirement Account (IRA) or Coverdell Education Savings Account (CESA) plans. Please see the *Traditional/Roth Individual Retirement Custodial Accounts and Disclosure Statements* and the *Coverdell Education Savings Custodial Account and Disclosure Statement* for additional terms of these plans.

A time deposit account is neither transferable nor negotiable.

## Types of CDs

We offer several different types of CDs for personal and business customers.

The *Personal Schedule of Fees* describes our personal CDs.

The *Business Schedule of Fees* describes our business CDs.

## How we Calculate Interest on CDs

Your funds earn interest during the term of the time deposit account. We calculate interest as follows:

- Time deposits earn interest at a fixed rate except for Opt-Up® CDs and Variable Rate IRAs. Fixed rate means that the interest rate that we apply to your account on the day we open it will not change for the term of the account.

- For an Opt-Up CD, your interest rate and annual percentage yield may change. The interest rate that we apply to it on the day that we open your Opt-Up CD remains fixed throughout the term of your Opt-Up CD unless you exercise your one time option to reset the interest rate. This reset option is described in the *Schedule of Fees*.

- For a Variable Rate IRA, your funds earn a variable rate. Your interest rate and annual percentage yield may change. At our discretion, we may change the interest rate for your account at any time without notice or limit.

- For terms of 27 days or less, we credit interest to your account at maturity. For terms of 28 days or more, we compound interest monthly and we credit interest to your account monthly and at maturity or disburse it to you according to the interest disbursement option you select.

- We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the ledger balance that we determine is in the account each day. The daily rate is 1/365 — or in a leap year we may use 1/366 — of the interest rate.

- When you deposit a non-cash item (such as a check), interest begins to accrue on the non-cash item on the business day the deposit is received. Deposits you give us on a weekend or bank holiday are treated as received the next business day.

- The annual percentage yield for your account assumes that interest will remain on deposit until maturity. A withdrawal will reduce earnings.

We generally set interest rates for new time deposit accounts based on the type of CD, the amount you deposit, and the term you select. We set interest rates at our discretion. Rates for new accounts may change daily. We pay interest only in whole cents.

We may also set interest rates based on a specific account, customer, customer relationship or based on the location or channel through which we open the account. This means that the

interest rate and APY we offer on the same type of CD may be higher or lower based on these factors. For example, a CD opened through our Online Banking channel, may earn a different rate (either higher or lower) than the same type of CD opened in a financial center or by mail. We may also offer interest rate bonuses and other special promotions based on these factors. Interest rate bonuses and other special promotional offers may not apply to all accounts, customers, customer relationships, locations or methods of account opening.

When we consider your customer relationship with us, that may include whether you have other accounts with us, your balances with us in your other accounts and how you use services that we offer with accounts.

You may obtain current rates by calling us at the number for customer service on your statement or by asking a financial center associate.

## Disbursing Interest

You may choose to have us credit your interest to your account. With this option, we reinvest the interest in your account monthly and at maturity.

Alternatively, you may have us regularly disburse the interest from your account by having us credit the interest to a Bank of America checking or savings account or by having us mail a check for the interest.

Depending on the term of your account, disbursement options include monthly, quarterly, semi-annually, annually on the anniversary date, and at maturity.

## CDs That Automatically Renew

Unless your account information states that your time deposit does not automatically renew, we automatically renew your account by reinvesting your funds. We reinvest both principal and interest, unless you elected to have your interest disbursed. (See *Disbursing Interest* in this chapter.)

When we automatically renew your CD, the term for the reinvested CD is the same length as the previous term of your account unless we notify you that we are changing the term of the CD. For time deposits with a fixed interest rate, the interest rate and APY for any renewal term is based on the rate we offer on the first day of the new term for the type of CD, amount and term of the reinvested deposit. Unless specifically stated otherwise, any bonus or special promotion we are offering will not apply to automatically renewing accounts.

If at any maturity date we no longer offer time deposit accounts of the same term and type, we may reinvest your funds in a time deposit that we believe offers similar features.

## CDs That Do Not Automatically Renew

Some time deposit accounts do not automatically renew. If your account information states that your time deposit does not automatically renew, then your account does not earn interest after its maturity date.

## Grace Period

The grace period begins on the first day after the maturity date. The grace period is one calendar day for terms of seven through 27 days and seven calendar days for terms of 28 days or more. You may make a deposit or withdrawal, or change the length of the term, once during the grace period and, if you take one of these actions, the grace period ends on that day. If the last day of the grace period is a non-business day (a weekend or bank holiday), then the grace period ends on the last business day before that non-business day. We may pay interest during the grace period based on the rate we offer on the first day of the new term for the type of CD, amount, and term of the deposit.

## Deposits to a CD

You may make an additional deposit to your account during its grace period. Otherwise, for all CDs except Variable Rate IRAs you may not make deposits during the term of the CD.

You may not make a deposit to a time deposit account by wire or automated clearinghouse (ACH) transfer.

## Early Withdrawals

You have contracted to keep your funds on deposit for the stated term. You may not withdraw all or part of a time deposit account except as provided in this Agreement.

At our discretion, we may allow you to withdraw all or part of your funds at times other than the grace period. We generally withdraw interest before principal. Each time we permit you to make an early withdrawal of principal, we may charge you an early withdrawal penalty. If your account has not earned enough interest to cover an early withdrawal penalty, we deduct any interest first and take the remainder of the penalty from your principal.

We calculate all early withdrawal penalties on the principal amount withdrawn at the interest rate in effect on the account on the withdrawal date. The early withdrawal penalty is:

- For CDs with terms of less than 90 days, the greater of all interest earned on the amount withdrawn or an amount equal to seven days interest on the amount withdrawn;

- For CDs with terms of 90 days up to 12 months, the penalty is an amount equal to 90 days interest on the amount withdrawn;

- For CDs with terms of 12 months up to 60 months, the penalty is an amount equal to 180 days interest on the amount withdrawn; and

- For CDs with terms of 60 months or longer, the penalty is an amount equal to 365 days interest on the amount withdrawn.

Please note that the term of a CD is the specified period of time you agreed to leave your funds on deposit – not the time remaining until maturity of your CD.

We add to the early withdrawal penalty the amount of any cash bonuses we paid you when you opened or reinvested the account.

If we are required to pay an amount from your CD (e.g. levy or garnishment), we may charge you an early withdrawal penalty, calculated on the amount withdrawn from the CD.

An early withdrawal from an IRA may also be subject to additional federal tax (and possibly additional state and local taxes) if you are under age 59 1/2.

## Closing or Redeeming a CD

We may close or redeem an automatically renewable account at the end of the term. You may close or redeem your account during its grace period.

# Information About Fees and Charging Your Account

## Fees

You agree to pay for our services in accordance with the fees that apply to your account and your deposit relationship with us.

**Account Fees** Your account is subject to the fees described in the *Schedule of Fees* that applies to your account.

- The *Personal Schedule of Fees* lists account fees that apply to our personal deposit accounts.

- The *Business Schedule of Fees* lists account fees that apply to our business deposit accounts except for Commercial accounts (the *Business Schedule of Fees* does not apply to Commercial accounts).

- The schedule that applies to your account is part of the binding contract between you and us.

The fees for many of our products and services may vary from state to state or between regions within a state. We charge account fees to you based on the state or region in which the financial center where we maintain your account is located. Account fees are not based on your state of residence or the state where you use or purchase the service. Your account fees and terms may differ from those of other customers with the same type of account, based on our assessment of your overall relationship with us.

**Fees for Other Services** In addition to checking, savings and CD accounts we also offer many other services, such as wire transfers, cashier's checks and bond redemption. You can get current information about these services and the fees that apply to them at a financial center or by calling us at the customer service number shown on your account statement. We may occasionally list fees for some of these services in the *Schedule of Fees*. Fees for these services may vary from state to state. The fees you pay for these services are those charged by us in the state where we sell you the service. We may change these fees at any time without notice.

**How We Set Fees** We set our fees based on many factors, including the value we offer, our competitive position, deterrence of misuse of an account by our customers, consideration of profit and the safety and soundness of the Bank. We may also consider costs in setting fees, but we do not set our fees based only or primarily on the direct or overall costs and expenses associated with providing the particular account or service involved.

**Calculating Balances** When we calculate an account balance or combined balance to determine whether a fee applies to your account, we may use the balance that we determine is in each account. We may ignore accrued interest and funds subject to a hold of any type. For a balance in an account linked to a checking account, the period of time that we use as the basis for calculating the balance, and the day that we use to determine the balance, in the linked account may be different from the statement cycle for the primary checking account. If a loan or line of credit is linked, we may ignore each loan or line of credit that we determine is in default.

## Charging an Account

We may deduct fees, overdrafts and other amounts you owe us under this Agreement from your accounts with us or our affiliates, except that this provision does not apply to any consumer credit covered by the federal Truth in Lending law. We may make these deductions at any time without prior notice to you or request from you. If there are not enough funds in your account to cover the amounts you owe us, we may overdraw your account, without being liable to you. You agree to pay immediately all fees, overdrafts and other amounts you owe us.

We may use deposits you or others make to your account (including deposits of payroll and government benefits) to pay fees, overdrafts and other amounts you owe us.

Some government payments (such as Social Security, Supplemental Security Income, Veterans and other federal or state benefits) may be protected from attachment, levy, garnishment or other legal process under federal or state law. If such protections would otherwise apply to deductions we make for amounts you owe us, to the extent that you may do so by contract, you waive these protections and agree that we may use these funds to pay fees, overdrafts and other amounts you owe us under this Agreement.

Please see the *Right to Setoff* section of the Agreement for more information.

# Insufficient Funds – Overdrafts and Returned Items

You can avoid fees for overdrafts and declined or returned items by making sure that your account always contains sufficient available funds to cover all of your transactions. We offer services that you can use to help you manage your account and help you avoid overdrafts, such as our Online Banking service and Online Alerts. Please see *How to Get Started* section in the *Introduction*.

We recommend that you enroll in one of the optional Overdraft Protection plans described below. These plans can help you avoid overdrafts and declined or returned items. While fees apply when you use an Overdraft Protection plan, the fees under the plan may be less expensive than the fees for overdrafts and declined or returned items.

## Overdrafts and Declined or Returned Items

When we determine that you do not have enough available funds in your account to cover a check or other item, then we consider the check or other item an insufficient funds item. If you have enrolled in one of the optional Overdraft Protection plans and have enough available funds in the linked account under the Overdraft Protection plan, we transfer funds to cover the item. Otherwise, without notice to you, we either authorize or pay the insufficient funds item and overdraw your account (an overdraft item) or we decline or return the insufficient funds item without payment (a returned item).

We pay overdrafts at our discretion, which means we do not guarantee that we will always, or ever, authorize and pay them. If we overdraw your account to pay items on one or more occasions, we are not obligated to continue paying future insufficient funds items. We may pay all, some, or none of your overdrafts, without notice to you. If we do not authorize and pay an overdraft, then we decline or return the transaction unpaid.

The *Schedule of Fees* for your account explains when we charge you fees for overdrafts and for declined or returned items and the dollar amount of the fees. Please review the *Schedule of Fees* for your account carefully.

If we overdraw your account, you agree to repay us immediately, without notice or demand from us. We ordinarily use deposits you or others make to your account to pay overdrafts, fees and other amounts you owe us.

## Impact of Holds

Sometimes funds in your account are not available to cover your checks and other items. When we determine that funds in your account are subject to a hold, dispute, or legal process, then these funds are not available to cover your checks and other items. We usually make this determination once at the end of the day when we process items. As examples of holds, holds include deposit holds, holds related to cash withdrawals, and authorization holds we place on the account for debit card transactions.

Debit card transactions and related authorization holds may impact your available balance. It is important to know that your available funds may change between the time you authorize a transaction and when the transaction is paid. When you use your debit card you authorize the merchant with whom you use your card or to whom you previously provided your information to ask Bank of America to approve the transaction you want to make. At this time, in order for the transaction to go through, we must promise the merchant to pay for the purchase upon the merchant's request.

A hold immediately reduces the amount of available funds in your account by the amount of the authorization request. If, while the hold is in place, you do not have enough available funds in your account to cover other transactions you may have conducted (such as a check you previously wrote), those items may overdraw your account or be returned unpaid. This may result in an overdraft fee on the debit card transaction if this happens. In most cases, the hold expires when the transaction is paid.

The amount being held is not applied to the debit card transaction or to any specific transaction. If the hold expires and the transaction has not been paid, the amount being held is returned to your available funds. After the hold expires, we determine whether you have sufficient funds available to pay the debit card transaction. If you do not have sufficient funds, the debit transaction will cause you to overdraw and, if it is a recurring transaction, may incur an overdraft fee. This can occur even if your account did have sufficient available funds when the merchant requested authorization.

Your debit card transaction is paid when the merchant presents it to Bank of America for payment – that is, when the merchant asks us to transfer the funds from your account to the merchant. It is important to note that authorization and payment of debit card transactions do not occur simultaneously – there can be days between.

If other account activity has caused the funds available in your account to drop below zero before the debit card transaction is paid, you may no longer have sufficient funds to pay the merchant. If that occurs the debit card transaction will overdraw your account because we must honor our promise to pay the merchant. You may incur an overdraft fee when this happens.

Here is an example of how that may happen: On Monday we authorize a debit card transaction because you have enough available funds at the time. A hold is then placed on your funds until the merchant presents the transaction for payment. On Tuesday we process and post another transaction (such as a check you wrote) that reduces your available funds below zero. If the merchant presents the original debit card transaction for payment on Wednesday, and your available funds are now below the amount needed to pay the transaction, the debit card transaction will overdraw your account and you may incur an overdraft fee.

We may also treat as an insufficient funds item each fee that creates an overdraft and each deposited item returned to us unpaid that creates an overdraft.

For some business accounts, when your account is overdrawn, we also charge you interest on the overdraft amount. Please see the *Schedule of Fees* for your account.

*What are "items"?* Items include all orders and instructions for the payment, transfer, or withdrawal of funds from your account. As examples, item includes a check, draft, image, substitute check, everyday non-recurring debit card transaction, recurring debit card transaction, ACH transaction, ATM transaction, preauthorized payment, automatic transfer, telephone-initiated transfer, Online Banking transfer or bill payment instruction, withdrawal slip, and in-person payment, transfer or withdrawal instruction. For more examples, please review the definition of items in the *Explanation of Some Terms* section.

*What are everyday non-recurring debit card transactions and what are recurring debit card transactions?* Everyday non-recurring debit card transactions are usually purchases made with your debit card or debit card number on a one-time or day-to-day basis. As examples, you use your debit card for purchases of groceries, gas, or coffee in the morning. Recurring debit card transactions

are usually transactions that you set up to occur automatically, such as automatic bill payments. As examples, you give merchants your debit card number to use for rent, mortgage, car, or utility payments. We rely on the merchant that processes the transaction to determine if it is a recurring transaction or an everyday non-recurring transaction.

## Personal Accounts - Overdraft Practices and Settings

We automatically apply our standard overdraft practices to personal accounts. We refer to this as our Standard Overdraft Setting. We also offer an optional Decline All Transactions overdraft setting.

*With our Standard Overdraft Setting,* we do not authorize overdrafts for everyday non-recurring debit card transactions and ATM transactions. This means that we decline everyday non-recurring debit card transactions and ATM transactions when we determine that at the time of the transaction you may not have enough available funds in your account (or in any applicable Overdraft Protection plan) to cover the transaction. There is an exception for some ATM withdrawals. We may occasionally give you the opportunity at our ATMs to agree to our overdraft practices for a specific ATM withdrawal and, if you agree, we authorize and pay that ATM withdrawal. Please note that overdraft fees can apply to these withdrawals. We tell you at our ATM when this is available. With this overdraft setting, we may authorize and pay overdrafts for other types of transactions. Other types of transactions include checks and other transactions made using your checking account number, recurring debit card transactions, ACH transactions, preauthorized payments, and automatic and online bill payments. For more examples of other transactions, please review the definition of items.

*Optional Decline All Transactions Overdraft Setting.* This is an optional overdraft setting that you can ask us to apply to your account. With the Decline All Transactions overdraft setting, you ask us not to authorize or pay any transaction unless we determine that at the time of the transaction you appear to have enough available funds in your account (or in any applicable Overdraft Protection plan) to cover the transaction. This means that you are telling us to decline or return these transactions unpaid. Please note that returned item fees can apply to declined or returned transactions. With this setting you may be offered the ability to overdraft at the ATM as described above.

*With either overdraft setting,* your account might still become overdrawn. Please see the *Impact of Holds* section for an example of how this could occur.

*With either overdraft setting,* you may still incur fees for overdrafts and declined or returned items. Please review the *Schedule of Fees* for your account carefully.

## Business Accounts - Overdraft Practices and Settings

We automatically apply our standard business overdraft setting to business accounts. With our standard business overdraft setting, we may occasionally authorize and pay overdrafts for all types of transactions. For some business accounts, we offer an optional Decline All Transactions overdraft setting that you can ask us to apply to your account. With the Decline All Transactions overdraft setting, you ask us not to authorize or pay any transaction unless we determine that at the time of the transaction you appear to have enough available funds in your account (or in any applicable Overdraft Protection plan) to cover the transaction. This means that you are telling us to decline or return these transactions unpaid. Please note that returned item fees can apply to declined or returned transactions.

*With either overdraft setting,* you may still incur overdrafts and fees for overdrafts and declined or returned items.

## Posting Orders

We determine the order in which we process and post deposits and other credits and checks and other items to your account. We may pay or authorize some items, and decline or return others, in any order we deem appropriate. When you do not have enough available funds to cover all of the items presented that day, some processing and posting orders can result in more insufficient funds items and more overdraft and returned item fees than other orders. We may choose our processing and posting orders regardless of whether additional fees result.

Please see the *Processing and Posting Orders* section for more information.

## Occurrences

An "occurrence" is a day during which your account has at least one overdraft item or returned item. If we transfer your account to another financial center or convert it to a different type of account, your record of overdraft items and returned items continues to apply.

## Overdraft Protection Plans

We recommend that you enroll in one of the optional Overdraft Protection plans described below to help protect your account from overdrafts and declined or returned items. You can enroll most checking accounts and money market savings accounts in these plans. Please ask us whether your account is eligible. The fees under these plans may be less expensive than the fees for overdrafts and returned items.

The *Schedule of Fees* for your account explains the fees and other charges that apply to Overdraft Protection plans. Please review the *Schedule of Fees* for your account carefully.

Please note the following. Some of these Overdraft Protection plans are not available in all states. If the account you link for overdraft protection is opened in a different state than your primary checking account, there may be limitations on the ability to transfer funds the same day. Only one plan can be linked to an account at a time. Some accounts are not eligible for these plans. Under some plans we make transfers in a minimum amount so we might not make a transfer if you do not have at least the minimum transfer amount available under the plan. To have overdraft protection, at least one of the owner(s) of the account must be an owner of the other account. Certain other restrictions apply.

**Overdraft Protection from Another Deposit Account** This plan links your account to another Bank of America deposit account for overdraft protection. The other deposit account can be a second checking account or a savings account.

When you do not have enough available funds in your account to cover an item, we may automatically transfer funds from the available balance in your other deposit account to your account. We generally charge an overdraft protection transfer fee for each transfer. Funds you deposit into your other deposit account may not be available immediately for overdraft protection transfers. If you use your savings account for this service, each transfer counts as one of the six limited transactions you are allowed each month from your savings account. We cancel this Overdraft Protection plan if your account or the other deposit account is closed.

Please see the *Schedule of Fees* for your account for more information about overdraft protection from another deposit account.

**Overdraft Protection from Your Credit Card** This plan links an eligible Bank of America credit card to your account for overdraft protection.

When you do not have enough available funds in your account to cover an item, we may automatically advance available funds from your linked credit card account and transfer the funds to your account. An advance is made under, and is subject to, the terms and conditions described in the applicable credit card agreement. We ordinarily do not make an advance if you are in default

under your credit card agreement or if the advance would cause you to exceed the amount of credit available for that type of transaction. As examples, we may decide not to advance funds from your credit card account if you fail to make a credit card payment by its due date or if you exceed any credit card limit on your credit card account. The funds advanced are subject to fees and finance charges under your credit card agreement. For some business accounts, we may also charge an additional overdraft protection transfer fee to your account for each transfer.

Please see your credit card agreement for more information about overdraft protection from your credit card account.

**Overdraft Protection from Your Line of Credit** This plan links an eligible Bank of America line of credit to your account for overdraft protection.

When you do not have enough available funds in your account to cover a check or other item, we may automatically advance funds from your linked line of credit and transfer the funds to your account. The advance is made under, and is subject to, the terms and conditions described in the line of credit agreement. We ordinarily make the advance as long as you are not in default under the line of credit agreement and as long as the advance does not cause you to exceed the amount of your available credit on your line of credit. The funds advanced are subject to fees and finance charges under the line of credit agreement. We may also charge an additional overdraft protection transfer fee to your account for each transfer.

Please see your line of credit agreement for more information about overdraft protection from your line of credit.

# Processing and Posting Orders

## Processing Transactions and Posting Orders

Posting transactions to your account impacts your account balance. Posting a credit increases your balance. Posting a debit or hold reduces your balance. Credits include teller deposits, direct deposits and credits we make. Holds include deposit holds, debit card authorizations, and holds related to cash withdrawals and electronic transfers. Debits include withdrawals, transfers, payments, checks, one-time and recurring debit card transactions, and fees.

We use automated systems to process transactions and then to post transactions to accounts. When we process multiple transactions for your account on the same day, you agree that we may in our discretion determine our posting orders for the transactions and that we may credit, authorize, accept, pay, decline or return credits, debits and holds in any order at our option.

## Posting Orders

This section summarizes how we generally post some common transactions to your account.

We group the different types of transactions into categories. We use several different categories for holds, credits, and debits. Most categories include more than one transaction type.

After the end of the business day, our automated systems assign each transaction received for that day to a category. We generally post all transactions within a category, using the posting order or orders that apply to that category, before we post any transactions assigned to the next category.

We start with the balance in your account at the beginning of the business day, subtract holds from your balance, and make any adjustments from prior days. Next, we generally add credits to your balance and then subtract debits from your balance. Some, but not all, of our categories are shown below. For each debit category shown below, we list some common types of debits that we assign to the category and summarize how we generally post them within the category.

- We add deposits and other credits to your balance.

- Then, we subtract from your balance in date and time order the types of debits listed in this paragraph, when our systems receive date and time information. If our systems do not receive date and time information, then we subtract the remaining debits in this category from your balance in order from the highest to lowest dollar amount.

    Common debits in this category include:

    - one-time and recurring debit card transactions;

    - withdrawals made at our tellers and ATMs;

    - one-time transfers made at ATMs, through our tellers, by telephone, and through Online Banking and Mobile Banking;

    - checks you wrote that are cashed at our tellers; and

    - wire transfers.

- Then, for other checks you wrote, we subtract from your balance checks with check numbers sequentially in check number order when our systems can read the check number. Next, checks without a check number that our systems can read are subtracted in order from highest to lowest dollar amount.

    As an example, on the same business day we receive five checks that you wrote and were not cashed at a teller. Our systems can read three of the check numbers, which are #105, #112, and #115. The other two checks do not have check numbers that our systems can read. We subtract check #105 first, then #112, and then #115. Then, we subtract the two remaining checks in order from the highest to lowest dollar amount.

- Then, we subtract from your balance many other types of electronic debits in order from the highest to lowest dollar amount. These debits include: scheduled transfers, preauthorized or automatic payments that use your deposit account number (generally referred to as automated clearing house (ACH) debits), and Online Banking and Mobile Banking bill payments.

- Then, we subtract from your balance most fees (such as monthly maintenance fees, overdraft item fees, returned item fees, and ATM fees) in order from highest to lowest dollar amount. Some fees may show as "processing" until the next day.

## Changing Posting Orders

You agree that we may determine in our discretion the orders in which we post transactions to your account.

You agree that we may determine in our discretion the categories, the transactions within a category, the order among categories, and the posting orders within a category. We sometimes add or delete categories, change posting orders within categories and move transaction types among categories. You agree that we may in our discretion make these changes at any time without notice to you.

## Posting Orders Determined at End of Day

We receive credits, debits and holds throughout the day. Regardless of when during the day we receive transactions for your account, you agree that we may treat them as if we received all transactions at the same time at the end of the business day.

During the day, we show some transactions as processing. As an example, we show some transactions as processing on the Account Details screen in Online Banking. Please note that transactions shown as processing have not been posted yet. The posting order for these transactions is determined at the end of the day, with the other transactions we receive for that day.

You should note that often we do not receive debits on the same day that you conduct them. As an example, when you use your debit card to pay for a purchase at a merchant and sign for the transaction, we usually receive an authorization request from the merchant the same day, but we might not receive the final debit card transaction for payment and posting until several days later.

We generally post credits and debits to your account, and report them on your statement, in a different order than the order in which you conduct them or we receive them.

## Overdraft Fees

We generally determine at the time we post a debit to your account whether it creates an overdraft and whether an overdraft or returned item fee applies. You should note that sometimes we authorize a transaction at a time when you have enough available funds to cover it, but because other transactions post before it and reduce your balance, the transaction creates an overdraft when we post it to your account. You can avoid fees for overdrafts and returned items by making sure that your account always contains enough available funds to cover all of your transactions. When your account balance includes some funds that are subject to a hold, dispute or legal process, you should note that those funds are not available to cover your transactions.

We offer services to help you manage and keep track of your finances, such as Online Banking and Online Alerts. Please see "How to Get Started" at the beginning of this agreement.

Our posting orders can impact the number of overdraft fees we charge you when you do not have enough available funds to cover all of your transactions. When several debits arrive the same business day for payment from your account and you do not have enough available funds in your account to cover all of the debits we receive for that day, you understand that some posting orders

can result in more overdrafts, and more fees for overdraft items and returned items, than if we had used other posting orders. You agree that we may in our discretion choose our posting orders, and also change them from time to time, regardless of whether additional fees may result.

When your account balance includes some funds that are not available at the time that we post a debit, and you do not have enough available funds in your account to cover the debit, the debit results in an overdraft and we generally charge you an overdraft item fee or returned item fee for the debit. You should note that we do not show holds, or distinguish between available and unavailable funds in your account balance, on your statement so when you review your statement later, it might appear that you had enough available funds in your account to cover a debit for which we charged you a fee.

## Certain Transactions Made After Business Day Ends

During processing, we generally include in your account balance some transactions that you make after the business day cut-off, but before the end of the calendar day. These transactions are described below. This can impact fees that apply to your account. The credits can help you avoid overdrafts, returned items, and related fees. However, the debits can cause you to incur overdrafts, returned items, and related fees. You should note that we show these transactions on your statement as posting to your account on our next business day.

*Credits.* We generally add to your account balance the following credits, when the transaction occurs after the cutoff time for the business day, but during the same calendar day:

- Cash deposited at one of our ATMs or financial centers, and

- Transfers to your account from another deposit account with us made at one of our ATMs or financial centers, through Online Banking, Mobile Banking, or by calling customer service.

*Debits.* We generally subtract from your account balance the following debits, when the transaction occurs after the cutoff time for the business day, but during the same calendar day:

- Cash withdrawals made at one of our ATMs or financial centers, and

- Transfers from your account made at one of our ATMs or financial centers, through Online Banking, Mobile Banking, or by calling customer service.

# Processing Deposits and Cashed Items

We may forward deposits, cashed items and other transaction requests for an account to one of our processing centers. We may use the date that our processing center receives the transaction as the effective date of the transaction.

## Cashing Items or Accepting Items for Deposit

We may accept, accept for collection only, refuse, or return all or part of any deposit. If we accept checks or other items for deposit to your account or cash them, you are responsible for the checks and other items if there is a subsequent problem with them.

- If we cash a check or other item for you or credit it to your account and it is not paid for any reason, we may charge your account for the amount of the check or other item, even if this causes your account to become overdrawn.

- We may accept a check or other item for deposit to your account from anyone. We do not have to question the authority of the person making the deposit.

- If your account is overdrawn, we may use the deposit to pay the overdraft and any fees you owe us.

- We may adjust your account for any deposit errors, even if you have already withdrawn all or part of the deposit, though we reserve the right not to do so in every case.

- We may refuse to accept for deposit to your account items payable to another person.

- In receiving checks or other items for deposit or collection, we act only as your collecting agent and assume no responsibility beyond the exercise of ordinary care. We are not responsible for errors and delays made by others in the collection process.

- We may assess a charge for processing cash in a deposit.

- If you give us cash that we later determine to be counterfeit, we may charge your account for the amount we determine to be counterfeit.

- You will not knowingly deposit items into your account that do not have either a true original signature of the person on whose account it is drawn or an authorized mechanical reproduction of that person's signature.

- We may require ID or impose other conditions before accepting a deposit.

- An electronically created item (ECI) is an electronic image that has all the attributes of an electronic check but is not originally derived from a paper check. You agree not to deposit an ECI. You warrant that any item you deposit–including by means of mobile banking–has been created from a paper check, was authorized by the account holder, and will not be presented more than once. If you deposit or create for deposit an ECI, you agree to indemnify the Bank for any liability or loss resulting from a breach of any of these warranties and to fully reimburse the Bank for all losses incurred, including any loss due to the item not being derived from paper.

**Deposit Slips** You should always use our personalized deposit slips with your preprinted name and account number. If you use a blank deposit slip from one of our financial centers, rather than your personalized deposit slip, we are not liable to you for errors that may result from your or our hand encoding the account information.

**Checks, Checks, Cashier's Checks, and Similar Items** We cannot generally verify that checks, money orders, cashier's checks or similar items are authentic and valid at the time you ask us to cash them or accept them for deposit. If we cash, or accept for deposit, a check, money order, cashier's check or similar item and we later learn that the item is fraudulent, counterfeit or invalid for some

other reason, we may charge your account for the amount of the item. This may occur even if we previously made the funds available to you, or this causes your account to become overdrawn.

**Foreign Items** You should be especially cautious about accepting items drawn on banks located outside of the United States. See *Foreign Items and Foreign Currency*.

## Checks Lost in the Collection Process

When we cash a check for you or accept a check for deposit to your account, we are acting as your agent in collecting the check. We are not responsible if the check is lost or delayed in the collection process. We may charge your account for the amount of the check, even if this causes your account to become overdrawn, if a check is lost during the collection process or if the financial institution on which the check is drawn gives us a photocopy of the check or a debit slip representing the check.

A check that was lost may not be returned to us for some time. Despite any delay, we may charge your account when we receive either the returned check, a copy of the check, or a notice of return.

## Collection Items

We may accept certain items — such as certain securities and checks payable in foreign currencies or at foreign locations — on a collection basis only. We route and process collection items separately. We normally credit your account for collection items only after we receive payment for them. But if we do credit your account and then do not receive payment, we may debit your account for the amount of the item, even if this causes your account to become overdrawn.

We charge fees for processing collection items. Financial institutions in the collection process and the financial institution on which the collection item is drawn may also charge fees. If a financial institution requires payment of a fee before that institution will process the collection item, we may pay the fee and charge your account. A financial institution may subtract its fee from the amount of the payment we receive. You have to pay these fees even if the collection item is returned unpaid.

For our current collection fees, call us at the number for customer service shown on your statement, or ask a financial center associate.

## Demand Drafts and Remotely Created Checks

If you deposit a demand draft or remotely created check (an unsigned draft or a preauthorized draft) into your account, you warrant and guarantee that the draft or remotely created check is authorized according to the terms on its face by the person identified as drawer. You agree to indemnify us from all loss, expense and liability related to a claim that such draft or check was not authorized by the persons on whose accounts it was drawn.

## Deposit Preparation and Acceptance

Please note that we no longer accept deposits to business accounts by mail.

When you make deposits through our financial centers, including lobby boxes, ATMs, night depositories and other automated depositories, or by mail, we may use the method of delivery to our branch or processing center to determine when we accept the deposit, when you receive credit for the deposit, and whether deposit fees apply.

If we credit your account for a deposit and provide you with a receipt, we may use the amount shown on the deposit slip or otherwise specified by you. The amount of the credit is subject to subsequent verification by us and, after review, we may adjust your account for any errors, though we reserve the right not to do so in every case.

Any of our employees or authorized agents may open and count any deposit that a teller did not count in front of you, including coin deposits, cash deposits, and each deposit made through the mail, a lobby box, a night depository, or other automated depository. You agree not to dispute that

employee or agent's determination of the amount you delivered. The funds will be accepted for deposit after the counting has been completed and we have verified the amount, if we opt to do so. The funds will be made available to you in accordance with our funds availability schedule at that time.

If you make your deposit through a mechanical or automated depository such as an ATM or night depository, you agree to exercise due care in opening, closing and properly securing the depository.

If your deposit includes items that we do not accept for deposit, we may hold those items until claimed by you.

## Deposit Error Correction

When we accept your deposits, we may provisionally credit your account for the amount declared on the deposit slip. You must ensure that the amount declared on the deposit slip is correct even if you did not prepare the deposit slip. If later we determine that the amounts declared on the deposit slip are incorrect, we may adjust (debit or credit) your account, though we reserve the right not to do so if the error in completing the deposit slip was apparently inadvertent and is less than our standard adjustment amount. In that case, we may not adjust the deposit unless you notify us of the error within one year of the date of your periodic statement that shows the deposit. After this notice period has passed without your bringing an error to our attention, the deposit amount indicated on the statement will be considered finally settled. That is, if the actual amount deposited was less than the amount declared on the deposit slip, the difference will become your property and if the actual amount deposited was more than the amount declared on the deposit slip, the difference will become our property. We may change our standard adjustment amount from time to time without notice to you.

## Encoding Deposits

If you are a business client, you may ask us for permission to encode the MICR (Magnetic Ink Character Recognition) line of an item you deposit with us. If we permit this, you agree to follow the instructions we give you for preparing and encoding your deposits. If you make an encoding mistake that results in costs, losses or damages to us, you agree to reimburse us for our costs, losses and damages, including attorneys' fees. We may charge them to your account. We are not liable for any claims, costs, losses, or damages you may incur when you encode your own items.

If our equipment is unable to read what we consider a significant number of your encoded items, we may refuse to accept some or all of your items and we may charge you fees for each item we do accept.

You must provide us with a replacement or a copy of each original check if the deposit is lost or destroyed. We are not liable to you if you are unable to do so.

## Endorsing Checks

We may endorse and/or collect items deposited to your account without your endorsement but may, at our option, require your personal endorsement prior to accepting an item for deposit. If you deposit items which bear the endorsement of more than one person or of persons who are not signers on the account, we may refuse the item or may require you to have their endorsement guaranteed before we accept an item.

We may accept for deposit checks payable to any signer on your account when endorsed by any other signer.

When you endorse checks that you ask us to cash or deposit, you must endorse checks in the area that extends 1 1/2 inches from the trailing edge of the back of the check. You must also confine information that you place or have preprinted on the back of your checks to the same area. Otherwise, it may overlap into the area reserved for the banks' endorsements. The trailing edge is the left side of the check when you look at it from the front.

If you endorse a check outside of that area, mark or otherwise obscure the other area or a prior endorsement or make an endorsement that is illegible or incomplete, we may refuse the item or we may accept such nonconforming endorsement and you agree to hold us harmless from any loss, delay, liability, claim or damage which may arise as a result.

If it becomes necessary for us to return one of your checks, your endorsement or information placed on the back of the check may interfere with the bank endorsements and cause delays in returning the item. You are liable for and agree to reimburse us for all claims, costs, losses and damages that result from late return of a check due to material entered on the back of the check that obscured or interfered with the depository or another bank's endorsement.

## Identifying the Account for Your Deposit

You must correctly identify the account to which you want funds deposited. We may credit a deposit to an account based solely on the account number listed on the deposit slip or other instruction to credit an account, even if the name on the deposit slip or other instruction differs from the name on the account.

You are responsible for any claim, cost, loss or damage caused by your failure to properly identify the account to which a deposit is made or intended to be made.

## Overpayments and Reversals

If funds to which you are not entitled are deposited to your account by mistake or otherwise, we may deduct these funds from your account, even if this causes your account to become overdrawn. If the funds were transferred from your account, we may reverse the transfer. We can do this without giving you any prior notice or demand.

## Returned Items

This section applies to items that you deposit or that we cash for you (a "cashed or deposited item") and includes items drawn on us as well as items drawn on other financial institutions. You are responsible for returned items.

If a cashed or deposited item is returned to us at any time for any reason by the bank on which it is drawn or any collecting bank, we may accept that return, pay the claiming party, and charge the item to your account without regard to whether we or the other bank finally paid the item or returned the item in accordance with any applicable midnight deadline or clearinghouse rule. We may also deduct from your account any interest you may have provisionally earned on the item. We may charge you a fee for each returned item. Different fees may apply to domestic and foreign items. We may debit your account for a returned item at any time on or after the day it is returned to us by electronic, automated clearinghouse ("ACH") or other means or on the day we receive notice that the item is being returned to us - whichever is earlier.

As an example: if an item deposited in your account has been paid by the bank on which it is drawn (including on us) and that item is later returned to us with a claim that the item was altered, forged, unauthorized, bears a forged or missing endorsement or should not have been paid for any reason, we may at our discretion charge the item against your account or place a hold on the amount of that item against your account until the claim is finally resolved. We may take these actions without prior notice to you and regardless of whether settlement with respect to such item is considered final.

We are not obligated to question the truth of the facts that are asserted, to assess the timeliness of the claim, to take any action to recover payment of a returned item, or to assert any defense. We do not need to notify you in advance of our actions related to the claim. If you do not have sufficient available funds to cover a returned item, we may overdraw your account. We are not liable to you if there are insufficient funds to pay your items because we withdraw funds from your account or in any way restrict your access to funds due to a hold or debit to your account in

connection with a returned item. You agree to repay immediately an overdraft caused by a return of a cashed or deposited item.

In some cases, the financial institution on which the returned check or other item is drawn may send us an electronic notice of return, an indemnified copy of the original, an image replacement document ("IRD") or an image, instead of returning the item. We may act on, and you agree to be bound by, the electronic notice of return, or indemnified copy or IRD just as if the original item had been returned.

We may send the unpaid item back for collection a second time before notifying you, but we are not obligated to do so. You waive notice of dishonor and protest. You agree that we will have no obligation to notify you of any item that is being returned. However, if we receive advance notice from another financial institution that it is returning to us unpaid a check of $2,500 or more, we may send you a notice. We do not send a notice about returned checks of less than $2,500.

## Substitute Checks

You agree that you will not cash or deposit "substitute checks" as defined by federal law or Image Replacement Documents ("IRD") that purport to be substitute checks and have not been previously endorsed by a bank. If you cash or deposit such an item, you give us the same warranties and indemnities that we, as a reconverting bank, would give under applicable law or regulation and you agree to reimburse us for claims, losses, costs and damages we may incur. If you provide us with an electronic representation of a substitute check for deposit into your account instead of an original check, you agree to reimburse us for all claims, losses, costs and damages we incur because the substitute check resulting from the electronic representation does not meet applicable substitute check standards or causes duplicate payments.

## Third-Party Endorsements

We may require that checks and other items you want to deposit or cash be endorsed by all parties to whom the items are payable. We may require verification of any endorsement through either an endorsement guarantee or personal identification.

# When Funds are Available for Withdrawal and Deposit Holds

Our general policy is to make funds from your cash and check deposits available to you no later than the first business day after the day of your deposit. However, in some cases we place a hold on funds that you deposit by check. A hold results in a delay in the availability of these funds. When we place a hold, you will have to wait a few days before being able to use the funds. When we decide to place a hold at the time you make your deposit, the teller or ATM gives you a notice that lets you know funds are on hold. For ATM deposits, the hold notice is usually included on the ATM receipt. The hold notice will let you know the date and the time when the funds will be available for you to use. In some cases, you will not get the hold notice from the teller or ATM, but later by mail. You can avoid holds by using direct deposit or wire transfer.

In many cases, we make funds from your deposited checks available to you sooner than we are able to collect the checks. This means that, from time to time, a deposited check may be returned unpaid after we made the funds available to you. Please keep in mind that even though we make funds from a deposited check available to you and you withdraw the funds, you are still responsible for problems with the deposit. If a check you deposited is returned to us unpaid for any reason, you will have to repay us and we may charge your account for the amount of the check, even if doing so overdraws your account.

While we generally apply our funds availability policy to deposits you make to savings accounts (including money market savings accounts), and to deposits you make using a mobile device, please note that our funds availability policy does not apply to these deposits, and we may delay availability of funds from these deposits.

## Your Ability to Withdraw Funds

Our general policy is to make funds from your cash and check deposits available to you no later than the first business day after the day we receive your deposit. Our policy is to make funds from electronic direct deposits made through the automated clearing house (ACH) and incoming wire transfers available to you on the day of the deposit. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks that you have written.

For determining the availability of your deposits, every day is a business day, except Saturdays, Sundays, and federal holidays.

If you make a deposit on a business day that we are open at one of our financial centers before 2:00 p.m. local time, or at one of our ATMs before 5:00 p.m. local time in the state where we maintain your account, we consider that day to be the day of your deposit. However, if you make a deposit after such times, or on a day when we are not open or that is not a business day, we consider that the deposit was made on the next business day we are open. Some locations have different cutoff times.

## Longer Delays May Apply

In some cases, we will not make all of the funds that you deposit by check available to you by the first business day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $200 of your deposits, however, may be available no later than the first business day after the day of your deposit.

If we are not going to make all of the funds from your deposit available by the first business day after the day of your deposit, we generally notify you at the time you make your deposit. We also tell you when the funds will be available. If your deposit is not made directly to one of our

employees, or if we decide to take this action after you have left the premises, we mail you the notice by the next business day after we receive your deposit. If you need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, we may delay the availability of funds you deposit by check for a longer period under the following circumstances:

- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,000 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your account repeatedly in the last six months.
- There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh business day after the day of your deposit.

## Special Rules for New Accounts

If you are a new customer, the following special rules may apply during the first 30 days the account is open. Funds from electronic direct deposits to your account are available on the day we receive the deposit. Funds from deposits of cash, wire transfers, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state and local government checks are available no later than the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you and deposited in person to one of our employees. The excess over $5,000 is available by the fifth business day after the day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,000 will not be available until the second business day after the day of deposit. Funds from all other check deposits are generally available by the fifth business day after the day of your deposit.

However, we may place longer holds on certain items for other reasons, such as large deposits (see *Longer Delays May Apply* above).

## Government Checks, Cashier's Checks and Other Special Types of Checks

Our policy is to make funds from U.S. Treasury checks that are payable to you available no later than the first business day after the day of the deposit.

If you make the deposit in person to one of our employees, and meet the other conditions noted below, our policy is to make funds from the following types of deposits available no later than the first business day after the day of your deposit:

- State and local government checks that are payable to you and are deposited in an account in the same jurisdiction that issued the check.
- Cashier's, certified and teller's checks that are payable to you.
- Federal Reserve Bank checks, Federal Home Loan Bank checks and U.S. Postal Service money orders that are payable to you.

If you do not make your deposit of these checks in person to one of our employees (for example, if you mail the deposit), our policy is to make funds from these deposits available no later than the second business day after the day of your deposit.

However, we may place longer holds on certain items for other reasons, such as large deposits (see *Longer Delays May Apply* above).

## Cash-Withdrawal Limitation

If we delay availability of your deposit, we place certain limitations on withdrawals in cash or by similar means. In general, $200 of a deposit is available for withdrawal in cash or by similar means no later than the first business day after the day of deposit. In addition, a total of $400 of other funds becoming available on a given day is available for withdrawal in cash or by similar means at or after 5:00 p.m. on that day. Any remaining funds will be available for withdrawal in cash or by similar means on the following business day.

Similar means include electronic payment, issuance of a cashier's or teller's check, certification of a check, or other irrevocable commitment to pay, such as a debit card transaction.

## Holds on Other Funds

If we cash a check for you that is drawn on another financial institution, we may withhold the availability of a corresponding amount of funds that are already in your account. If we accept for deposit a check that is drawn on another financial institution, we may make funds from the deposit available for withdrawal immediately but delay your ability to withdraw a corresponding amount of funds that you have on deposit in another account with us. In either case, we make these funds available in accordance with our policy described above for the type of check that was cashed or deposited.

# Processing Withdrawals

We may forward withdrawals and other transaction requests for an account to one of our processing centers. We may use the date that the processing center receives the transaction as the effective date of the transaction.

## Cashing Checks for You

Check cashing services may not be available at some financial centers. We may occasionally refuse to cash a check written to you. If we do cash such a check and it is returned to us unpaid for any reason at any time, we may deduct the amount of the check from your account, even if this causes your account to become overdrawn, and we may charge you a fee.

We may cash checks payable to any signer on your account when endorsed by any other signer.

If you ask us to cash a check or other items for you, we may apply the proceeds of the check or other item to fees, overdrafts and other amounts you owe us.

## Cashing or Accepting Your Checks for Others

When a person with a check or other item drawn on your account asks us to cash it or deposit it, we may require identification satisfactory to us. This identification may include their fingerprint or other biometric marker. When a person who is not our loan or deposit customer asks us to cash a check or other item drawn on your account, we may impose additional requirements. These may include: a dollar limit above which we will not cash the check or a fee for cashing the check.  We may also refuse to cash the check.

If the person with your check fails or refuses to satisfy our requirements, we may refuse to cash the check or accept it for deposit.

When we cash your check, or accept it for deposit, we may do so without reviewing your account at that time to see whether you have enough available funds to cover the check. We may charge that person cashing a check or other item a fee for cashing the check or other item if that person is not a customer of Bank of America.

We are not liable to you for refusing to cash or accept the check, or for charging a check cashing fee.

## Checks with Legends or Restrictions

Some customers print or write legends or restrictions on their checks. Sometimes the person to whom the check is payable prints or writes a legend or restriction on the check. Legends and restrictions include conditions, special or restrictive instructions, and other notations. Some examples are: "not valid after 60 days", "not valid over $1,000" or "paid in full". We may disregard legends and restrictions. We may pay the item even if the legend or restriction has not been met. We are not liable to you for any claims, costs, losses or damages that result from the placement of these legends or restrictions on your checks, or from our failure to abide by them.

## Collection Items

When another financial institution submits to us for collection an item drawn on your account, we may charge the other financial institution a fee. When you do not have enough funds in your account for us to process a collection item drawn on your account, we may charge you an overdraft or returned item fee.

## Check Stock and Ink

You agree to bear the risk of loss if you use check stock that contains defects, such as printing inaccuracies, faulty magnetic ink, faulty encoding, or duplicate serial numbers.

Checks you write may be converted into electronic images (truncated) during the check collection and return process. You also agree to bear the risk of loss if: you elect to have your checks printed by a vendor that has not been approved by us; you use check stock or features (such as security features) that cause critical data to disappear or be obscured upon truncation; or you make your check out in a way (such as, using a lightly colored ink) that causes critical data to disappear or be obscured upon truncation.

## Converting Checks to Electronic Debits

Some businesses convert checks that you give them into electronic debits (sometimes referred to as an electronic check) and then sends us an electronic debit for the transaction amount. When we receive the electronic debit, we charge it to your account. We may receive the electronic debit to your account immediately after the business enters the transaction, so you may have a reduced right to stop payment and you may incur an overdraft if you do not have sufficient funds in your account to cover the amount of the check at the time you write the check or authorize the transaction. Since the check is not sent to us, we do not have a copy of your check. We list these electronic debits on your account statement. If the business uses your check to initiate an electronic debit at the point of sale, the business should give you notice of the conversion and return the voided check to you. You should treat the voided check with care because someone else who obtains possession of it could use the information to initiate additional debits against your account. A business that receives your check by mail and converts it to an electronic debit may give you notice of the conversion and destroy the original check.

## Examining Checks

We receive checks in great volume. This and compliance with expedited funds availability laws require us to use automated check processing procedures. Although we may visually review a sample of checks and other items from time to time, reasonable commercial standards do not require us to do so.

We select some checks for review based on certain criteria that change from time to time. This means that most checks are processed on the basis of the MICR (Magnetic Ink Character Recognition) line printed along the bottom edge of the check, and are not individually examined for dates, maker signatures, legends or endorsements. You agree that we will have exercised ordinary care if we examine only those items that we have identified according to the criteria that we may establish in our discretion for inspection.

If we do visually review any check or other item, we may disregard any restrictive instructions or notations, such as an instruction to permit withdrawals only upon more than one signature. We may return the item unpaid if, in our opinion, it does not bear a signature matching any specimen signature we have on file for your account. You agree, however, that we will not be liable to you for honoring any check or other item bearing a signature that, in our sole opinion, resembles the specimen signature on file with us.

Since we do not individually examine most checks, it is critical for you to take care of your checks, promptly review your account statement, and immediately report any suspicious or unauthorized activity to us. You agree that automated processing of your checks is reasonable and that you accept responsibility for preventing and reporting forgeries, alterations, and other unauthorized uses of your checks or accounts. You agree that the exercise of ordinary care will not require us to detect forgeries or alterations that could not be detected by a person observing reasonable commercial standards.

Since some types of check fraud have become more difficult to detect, we may elect in some cases to make further inquiries about certain checks or other items that are presented for payment against your account. If we are unable to contact you, or take other steps, to determine with

reasonable certainty that you authorized these payments, we may either pay the checks and other items or return them unpaid without any liability to you.

### Items Resulting from Voluntary Disclosure

If you voluntarily disclose your account number to another person orally, electronically, in writing or by other means, you are deemed to authorize each item, including electronic debits, which result from your disclosure. We may pay these items and charge your account.

### Large Cash Withdrawals

We may require reasonable advance notice for large cash withdrawals. We may also refuse to honor a request to withdraw funds in cash from your account or to cash a check (including a cashier's check or other official item) at a financial center if we believe that the amount is unreasonably large or that honoring the request would cause us an undue hardship or security risk. We may require that such withdrawals be made at one of our cash vaults by an armored courier, acceptable to us and at your sole risk and expense. We are not responsible for providing for your security in such transactions.

### Paying Checks and Other Items

We may debit your account for a check or other item drawn on your account either on the day it is presented to us for payment, by electronic or other means, or on the day we receive notice that the item has been deposited for collection at another financial institution — whichever is earlier. If you do not have sufficient available funds to cover the item, we decide whether to return it or to pay it and overdraw your account.

We may determine your balance and make our decision on an insufficient funds item at any time between our receipt of the item or notice and the time we must return the item. We are required to determine your account balance only once during this time period.

When you deposit checks or other items that are drawn on another account with us, we may treat such items as presented to us for payment on the business day that they are received by our office that processes checks drawn on the other account.

### Stale-Dated and Postdated Checks

If a stale-dated check — that is, a check dated more than six months in the past — is presented for payment against your account, we may pay the check and charge it to your account. If a postdated check — a check dated in the future — is presented for payment, we may pay the check and charge it to your account even if it is presented for payment before the date stated on the check. If you do not want us to pay a stale-dated or postdated check, you must place a stop payment order on it. See the *Stop Payment Orders and Postdating Orders* section.

### Substitute Checks, Indemnified Copies, Images and Image Replacement Copies

In some cases, we may be sent an indemnified copy of your original check, an image replacement document (IRD), a substitute check or an image of your check, instead of the original item. We may act upon presentment of an IRD, indemnified copy, substitute check, or image of your check and pay these items against your account, just as if the original item had been presented.

### Unpaid Items

If we decide not to pay a check or other item drawn on your account, we may return the original, an image or a copy of the item or we may send an electronic notice of return and keep either the original, an image or a copy of the item in our records. If we send an electronic notice of return, you agree that any person who receives that electronic notice may use it to make a claim against you to the same extent and with the same effect as if we had returned the original item.

# Substitute Checks and Your Rights

The following provisions help explain some of the rights a consumer has under a federal law commonly referred to as Check 21. Check 21 was enacted to increase the efficiency of the U.S. check clearing system. The clearing system relies heavily on the physical transport of checks between banks. Check 21 allows banks to create substitute checks and present them to other banks instead of the original check. This reduces the transport of checks among banks and helps enable the electronic collection of checks.

### What is a substitute check?

To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

### What are my rights regarding substitute checks?

In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

### How do I make a claim for a refund?

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at the telephone number listed on your account statement, or write to us at:

Bank of America
Attn: Research and Adjustments
P. O. Box 655961
Dallas, TX 75265-5961

You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include—

- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
- A copy of the substitute check or the following information to help us identify the substitute check: your account number, the check number, the name of the person to whom you wrote the check, the amount of the check and the date of the check.

# Notices, Statements and Other Communications

### General Terms for Notices, Statements and Other Communications

Please review promptly all notices, statements and other communications we send you. In this section "communications" means all notices, statements and other communications we send you.

We may provide communications in English. Many communications will be notices of change affecting your rights and obligations. If you have questions about any of them or difficulty reading English, please call us at the number for customer service on your statement.

We may:

- address communications to one account owner;
- provide communications in English, even though we may have given you account opening documents and disclosures in a language other than English;
- destroy communications that are sent to us and returned to us as being undeliverable, along with any accompanying checks and other items;
- authorize the Post Office or an agent to destroy communications, along with accompanying checks and other items, that the Post Office informs us are undeliverable; and
- stop sending communications to you until a new address is provided to us if one or more communications that we mail to you are returned to us as being undeliverable.

We are not responsible for communications, or for any checks or other accompanying items, lost while not in our possession.

If we receive communications that we sent you at a financial center, they are deemed to have been delivered to you at the time that they are available to you at the financial center.

**Electronic delivery of communications** We recommend that you use our Online Banking service and receive your communications electronically. When you use electronic or paperless delivery, we deliver communications to you by placing them in Online Banking. You can find your account statements, notices, and other eligible documents in Online Banking within the statements and documents area of your account details page. Communications currently available for electronic delivery are listed in the statements and documents area of Online Banking.

### Notices

When we inform you of changes affecting your rights and obligations, we do so by delivering or otherwise making a notice available to you. In some cases, we may post a notice of a change in our banking offices or on our website. Otherwise, we mail the notice to you at the address we currently show for your statement or, if we have agreed on this method, we provide it to you electronically. We may provide a notice as a message on your statement or as an insert with your statement.

If a notice of a change to this Agreement is returned to us as being undeliverable or if we stop sending notices or statements to you because we consider your account dormant or because notices or statements we previously sent you were returned to us as being undeliverable, you understand that the notices are available to you through our financial centers. You agree to that method of delivery and that changes covered in these notices are still effective and binding on you.

A notice sent to any one owner is deemed notice to all account owners and is effective for all account owners.

### Statements

We provide you with a single statement when there is activity on your checking or savings account. When there is no activity on your account, we may choose not to provide a statement. You may generally obtain an additional copy of your statement for a fee.

We recommend that you use our Online Banking service and receive your statements electronically.

If your statement is received at one of our offices, we may mail it to you or destroy it, along with any accompanying checks and other items.

**For checking, money market savings and business savings accounts,** we provide you with a monthly statement. Statement cycles generally vary from 28 to 33 days and may end on different days during the month. A statement cycle can be shorter than monthly. As examples, a statement cycle may only be a few days in length for the first statement cycle after an account is opened or when a statement date is changed to link accounts for combined statements. If you want to know the date your statement cycle ends, call us at the number for customer service on your statement.

**For Regular Savings accounts,** we provide you with a quarterly statement. If you have an electronic fund transfer (such as a direct deposit or an ATM withdrawal) to or from your account during any month, we provide a statement for that month.

**For analyzed business checking accounts,** you can elect to receive an additional monthly account analysis statement. This statement includes balance and float information, quantity of services used during the period, fees and charges for these services and the earnings allowance, if any.

For **IRAs,** we provide you with a quarterly statement.

**Combined Statements** With combined statement service we provide a single statement that reports activity for all accounts linked for this service, instead of separate statements for each linked account.

Accounts must contain identical ownership in order to be eligible to receive Combined Statements.

You must generally request combined statement service and tell us what accounts you want us to link and report on a combined statement. In some cases, however, we may automatically send you a combined statement. As an example: we may automatically link accounts that have the same owners and provide a combined statement for those accounts.

We may restrict what accounts can be linked for a combined statement. Please note that combining accounts on a single statement does not mean they are also linked for pricing. To determine which accounts can be linked, or to link accounts, for combined statements or for combined balances (pricing), please call us.

### Check Image, Safekeeping and Enclosure Services

For most accounts, we offer the following options regarding your canceled checks.

**Check Image Service** We provide with your statement an image of the front of each of your canceled checks that we post to your account during the statement cycle. We print images of your checks up to 10 images on a page. We do not return your canceled checks. In some states and for some business accounts we provide an image of the front and back of your canceled checks.

When you use this service, checks are deemed to be made available to you at the same time your statement is made available.

We store copies of your canceled checks (usually on microfilm or as a digital image) and then destroy the checks. Copies of checks are generally available for seven years from the date the checks are paid. See *Check Copies* in *Other Terms and Services*.

**Check Safekeeping Service** We report on your statement information about canceled checks (check number, amount and date posted) that posted to your account during the statement cycle. You do not receive your canceled checks with your account statement. When you use this service, checks are deemed to be made available to you at the same time your statement is made available.

If your statements are returned to us, you automatically receive check safekeeping service. If you usually receive your checks with your statement but we are unable to return them because of circumstances beyond our reasonable control, we may convert your account to check safekeeping service.

We store copies of your canceled checks (usually on microfilm or digital image) and destroy the checks. Copies of the checks are generally available for seven years from the date the checks are paid. See *Check Copies* in *Other Terms and Services*.

If you use our check safekeeping service, we cannot provide a *copy* of a check that posted to your account, and you lose money as a result, we may cover the loss up to the amount of the check. However, we are not liable to you for consequential loss or damage of any kind.

**Check Enclosure Service** *This service is no longer available for most accounts.* We return with your statement canceled checks that we received and posted to your account during the statement cycle. We may also provide you with images of your canceled checks.

We may not return some of your canceled checks. For example, if a check that you write is converted into an image or electronic debit during the check collection process, your check is not sent to us and, as a result, we cannot return the check to you. In some cases, we may receive a substitute check (also called an image replacement document) instead of your check. We do not return substitute checks with your statement.

## Your Address and Change of Address

We may send notices, statements and other communications regarding your account to you at the electronic or street address we have in our records for your account.

You agree to notify us if you change your address. If the United States Post Office or one of its agents tells us that your address has changed:

- we may change your address on our records to the address specified by the Post Office; and
- we may send notices, statements and other communications regarding your account to that new address.

# Actions You Can Take to Help Protect Your Account

Your role is extremely important in helping to prevent the wrongful use of your account. Please consider the measures below to help you protect your account.

**Stay Informed** We offer several services you can use to help you keep track of your account on a daily basis. You can use our Online Banking service to review your accounts and Online Alerts to receive notice of account balances and activity. Please see the information about these services in *How to Get Started*.

**Be Cautious about Giving Out Your Personal information** We will not send you e-mails requesting personal information. If you receive an e-mail that seems to come from us and requests personal information, do not answer it. Instead, please contact us immediately at the number on your statement.

**Be Cautious about Accepting Checks, Money Orders and Cashier's Checks, especially from Strangers** You should be cautious about accepting checks, money orders and cashier's checks (especially, foreign checks) from strangers. Sometimes they are fraudulent or counterfeit. We cannot verify that a check, money order or cashier's check that purports to be issued by another company or financial institution is authentic, or has any value at all, when you give it to us and ask us to cash or deposit it.

We ordinarily make funds from a check you deposit (or we cash for you) available to you sooner than we are able to collect the check or determine whether the check is any good. If the check is returned to us unpaid for any reason, you are still responsible for the check. We charge your account for, and you will have to repay us, the full amount of the returned check. A check may be returned because it "bounces" or because the check is fraudulent, counterfeit or invalid for some other reason.

One way to help protect yourself is to take the check to the bank, company (such as Western Union) or service (such as the U.S. Postal Service) that issued it and redeem the check for cash. For more information on how to avoid being a victim of fraud, visit bankofamerica.com, or consult trusted organizations such as your local Better Business Bureau or the Federal Citizen Information Center. The following website is also a good resource - www.fakechecks.org.

**Review Statements and Report Suspected Problems Immediately** You must promptly review the notices, statements and other communications, along with any accompanying checks and other items, we send you. You must also report problems or unauthorized transactions to us immediately, by calling the number for customer service on your statement. See *Reporting Problems*.

**Identity Theft** Identity theft occurs when someone uses your personal information without your permission to take over your existing account or to open new accounts in your name. Identity theft often begins with the loss or theft of a wallet or purse. Criminals can also obtain your personal information by stealing records from your trash or sending fraudulent e-mails to you requesting your information.

You should destroy or shred account statements, checks, deposit slips and other documents with your personal information before you throw them away.

## Other Actions You Can Take

Here are some other actions you can take to help control your risk. This is by no means a complete list of preventive measures. You may want to take other or additional actions.

- Do not share your passwords, user numbers or Personal Identification Number (PIN) for Online Banking or your ATM or debit card.

- Call us if your new check order or debit card does not arrive within 14 business days.

- Be cautious about giving someone your account number. If you give your account number to a third person and authorize that third person to initiate one or more transactions on your account, you may be liable for all transactions initiated by the third person even if you did not intend to authorize a particular transaction.

- Do not give anyone a pre-signed blank check. Do not give anyone permission to sign your name on a check.

- Do not preprint your driver's license or Social Security Number on your checks.

- Write checks in a dark colored permanent ink and fill in all lines. Make sure the written and numeric amounts match, are readable and begin on the far left of the line so additional numbers or words cannot be added.

- Write and sign your checks clearly, because illegible checks are easier to forge.

- Use tamper resistant checks. If you do not order checks through us, ask your check vendor about tamper resistant checks.

- Store blank checks, deposit slips and statements in a safe place and audit your check stock frequently. When discarding, destroy them by shredding or other means so they cannot be copied or used. Call us immediately if any of these items are lost, stolen or missing.

- Use the same precautions that apply to your checks to your endorsement and signature stamps.

- Do not leave outgoing mail in an unlocked collection box or in your residence mailbox. Deposit outgoing mail in a locked Postal Service mail deposit box.

- Keep accurate records of your transactions and reconcile your statements as soon as they are made available to you. Pick up your mail every day. When reviewing your statements, watch for:
  – Checks cashed out of sequence or made payable to cash
  – Use of a check number from a previously cleared item
  – Balance discrepancies or unexpected fluctuations

- Reconcile your account yourself. If you have authorized someone else to transact on your account and you do not reconcile your account yourself, someone other than an authorized signer should reconcile your accounts.

- Business customers should assign to different individuals responsibilities for: opening mail, reconciling bank statements, endorsing incoming checks, making deposits, reconciling accounts payable checks with vendor invoices, reconciling incoming checks against outstanding receivables and issuing checks.

# Reporting Problems

If you find that your records and ours disagree, if you suspect any problem or unauthorized transaction on your account or you do not receive a statement when expected, call us immediately at the number for customer service on your statement. If you fail to notify us in a timely manner, your rights may be limited.

This section does not apply to electronic fund transfers that are subject to Regulation E. If we have a specific agreement with you for a service or this Agreement has specific provisions for a service (such as the *Funds Transfer Services* section), these provisions supplement the specific agreement and provisions to the extent they are not inconsistent.

## Your Responsibility

You must exercise reasonable control over your statements, checks, deposit slips, endorsement and signature stamps, debit and ATM cards, Personal Identification Numbers and other access devices. It is your responsibility to keep them safe and secure and to promptly discover and report if any of them are missing in time to prevent misuse. You assume full responsibility for monitoring and reviewing the activity of your account, the work of your employees, agents and accountants, and any use they make of your account.

We may deny a claim for losses due to forged, altered or unauthorized transactions, items or signatures if you do not guard against improper access to your checks, statements, deposit slips, endorsement and signature stamps, and account information. We may also deny your claim if you do not monitor your account and report problems as provided in this section. Please review this *Reporting Problems* section carefully.

In some states we offer certain fraud prevention and detection products and services to business customers. If we have offered you one or more of these services, and you decline to use them or fail to implement them, or you fail to follow the procedures necessary for proper use of these products or services, or you fail to follow other precautions reasonable for your particular circumstances, you are precluded from asserting any claims against us for paying any unauthorized, altered, counterfeit or other fraudulent item that such product, service, or precaution was designed to detect or deter, and we will not be required to re-credit your account or otherwise have any liability for paying such items.

## What Are Problems and Unauthorized Transactions

Problems and unauthorized transactions include suspected fraud; missing deposits; unauthorized electronic transfers; missing, stolen, or unauthorized checks or other withdrawal orders; checks or other withdrawal orders bearing an unauthorized signature, endorsement or alteration; illegible images; encoding errors made by you or us; and counterfeit checks. This is not a complete list.

## Reviewing Your Account Statements

Your review of your statements, checks and other items is one of the best ways to help prevent the wrongful use of your account. You agree:

- to review your statements, checks and other items and reconcile them as soon as they are made available to you;

- that our statements provide sufficient information to determine the identification and authenticity of any transaction including without limit, whether any are forged, altered or unauthorized if the statement includes the item number, amount and the date the item posted to your account;

- to report any problems or unauthorized transactions as soon as possible; and

- that 60 days after we send a statement and any accompanying items (or otherwise make them available) is the maximum reasonable amount of time for you to review your statement or items and report any problem or unauthorized transaction related to a matter shown on the statement or items. There are exceptions to this 60-day period. For forged, unauthorized or missing endorsements, you must notify us within the period specified by the state law applicable to your account. For substitute checks, you must notify us within 40 days to qualify for an expedited recredit. See section titled *Substitute Checks and Your Rights*.

### We Are Not Liable If You Fail To Report Promptly

Except as otherwise expressly provided elsewhere in this agreement, if you fail to notify us in writing of suspected problems or unauthorized transactions within 60 days after we make your statement or items available to you, you agree that:

- you may not make a claim against us relating to the unreported problems or unauthorized transactions, regardless of the care or lack of care we may have exercised in handling your account; and
- you may not bring any legal proceeding or action against us to recover any amount alleged to have been improperly paid out of your account.

Except as otherwise expressly provided elsewhere in this agreement, we are not liable to you for subsequent unauthorized transactions on your account by the same person if you fail to report an unauthorized transaction on your account within 30 days (or such lesser period as is specified in the state law applicable to your account) following the closing date of the statement containing information about the first unauthorized transaction.

For business deposit accounts, also see *Electronic Banking Disclosures* in the *Electronic Banking Services* section and *ACH Debits and Credits* in the *Funds Transfer Services* section.

### Written Confirmation and Other Assistance

If you report to us that an unauthorized transaction has occurred on your account, we may require you to confirm your report in writing. We may also require that you give us a statement, under penalty of perjury, about the facts and circumstances relating to your report and provide such other information and proof as we may reasonably request.

If you assert a claim regarding a problem, you must cooperate with us in the investigation and prosecution of your claim and any attempt to recover funds. You also agree to assist us in identifying and in seeking criminal and civil penalties against the person responsible. You must file reports and complaints with appropriate law enforcement authorities.

If you fail or refuse to do these things, we will consider your failure or refusal to be your ratification of the defect in the statement or item, unauthorized transaction or other problem and your agreement that we can charge the full amount to your account.

### Our Investigation and Maximum Liability

We may take a reasonable period of time to investigate the facts and circumstances surrounding any claimed loss. We do not have to provisionally credit your account while we investigate.

Our maximum liability is the lesser of your actual damages proved or the amount of the missing deposit or the forgery, alteration or other unauthorized withdrawal, reduced in all cases by the amount of the loss that could have been avoided by your use of ordinary care.

We are not liable to you for special or consequential losses or damages of any kind, including loss of profits and opportunity or for attorneys' fees incurred by you.

### Business Insurance

If your claim relates to a business account, you agree to pursue all rights you may have under any insurance coverage you maintain before making a claim against us in connection with any transaction involving your accounts. You will provide us with all reasonable information about your coverage, including the name of your insurance carrier, policy number, policy limits and applicable deductibles. Our liability is reduced by the amount of all insurance proceeds you receive or are entitled to receive. At our request, you agree to assign to us your rights under your insurance policy.

### Opening a New Account

If you or we suspect that your account is or may be compromised, we may recommend that you close your account and open a new account. If there are any unauthorized transactions on your account, we recommend that you close your account and open a new one. If we recommend that you close your account and you do not do so, we are not liable to you for subsequent losses or damages on the account due to unauthorized transactions. When you open a new account, you are responsible for notifying any third parties that need to know your new account number.

# Foreign Items and Foreign Currency

### What is a Foreign Item

A foreign item is a check or other item in any currency (including United States dollars) that is drawn on a bank or branch of a bank located outside of the United States. A foreign currency is any currency other than United States dollars. Some foreign items are payable in United States dollars. Some are payable in a foreign currency.

### Be Cautious About Accepting Foreign Items

You should be cautious about accepting foreign items because foreign items are not subject to United States laws or regulations. A foreign item may be returned unpaid much later (sometimes many months later) than checks or other items that are drawn on banks located in the United States. If a foreign item is returned to us unpaid or there is some other problem with the foreign item, you are responsible for the item and you may incur a loss.

### Currency Exchange Rates

We may receive transactions related to your account or relationship with us for which we determine that it is appropriate to convert the transaction from one currency to another currency. As an example, we receive a wire denominated in a foreign currency for credit to your account. When we decide to convert a transaction, we may determine in our discretion the currency exchange rate and then assign that currency exchange rate to your transaction without notice to you. You agree to this procedure and accept our determination of the currency exchange rate.

If we assign an exchange rate to your foreign exchange transaction, that exchange rate will be determined by us in our sole discretion based upon such factors as we determine relevant, including without limitation, market conditions, exchange rates charged by other parties, our desired rate of return, market risk, credit risk and other market, economic and business factors.

Exchange rates fluctuate at times significantly, and you acknowledge and accept all risks that may result from such fluctuations. You acknowledge that exchange rates for retail and commercial transactions, and for transactions effected after regular business hours and on weekends, are different from the exchange rates for large inter-bank transactions effected during the business day as may be reported in *The Wall Street Journal* or elsewhere. Exchange rates offered by other dealers, or shown at other sources (including online sources) may be different from our exchange

rates. The exchange rate you are offered may be different from, and likely inferior to, the rate paid by us to acquire the underlying currency.

We provide all-in pricing for exchange rates. The price provided may include profit, fees, costs, charges or other mark ups as determined by us in our sole discretion. We do not accept any liability for our exchange rates.

In connection with our market making and other activities, we may engage in hedging, including pre-hedging, to facilitate customer transactions and hedge the associated market risk. Such trading may include trading ahead of order execution. These transactions will be designed to be reasonable in relation to the risks associated with the potential transaction with you. These transactions may affect the price of the underlying currency, and consequently, your cost or proceeds. You acknowledge that we bear no liability for these potential price movements. When our pre-hedging and hedging activity is completed at prices that are superior to the agreed upon execution price or benchmark, we will keep the positive difference as a profit in connection with the transactions. You will have no interest in any profits.

We also may take proprietary positions in certain currencies. You should assume we have an economic incentive to be a counterparty to any transaction with you. Again, you have no interest in any profit associated with this activity.

You acknowledge that the parties to these exchange rate transactions engaged in arm's length negotiations. You are a customer and these transactions do not establish a principal/agent relationship or any other relationship that may create a heightened duty for us.

You acknowledge that any and all liability for our exchange rates is disclaimed, including without limitation direct, indirect or consequential loss, and any liability if our exchange rates are different from rates offered or reported by third parties, or offered by us at a different time, at a different location, for a different transaction amount, or involving a different payment media (including but not limited to bank-notes, checks, wire transfers, etc.).

## Wires Sent to a Foreign Currency Account
When you send a wire denominated in United States dollars to an account denominated in a foreign currency, an intermediary bank or the receiving bank may convert your wire into the applicable foreign currency and we may receive compensation in connection with any such conversion. When this occurs, the intermediary bank or the receiving bank determines in their discretion the currency exchange rate. We are not responsible for the exchange rate set by an intermediary bank or the receiving bank.

## You May Not Write Foreign Currency Checks
You may not write checks or give other withdrawal orders on your account, which order payment in a foreign currency. If we receive such a check or order, we may refuse to accept or process it without any liability to you.

## Processing and Collecting Foreign Items
We may refuse to accept a foreign item for deposit or collection. If we accept a foreign item for deposit or collection, you assume all the risks relating to or arising from: the collection process, a late return and changes in currency exchange rates.

If we accept a foreign item for deposit or collection, we may decide not to credit the value of the foreign item to your account until we receive the proceeds in cleared funds from the paying bank. However, if we do credit your account, the credit is provisional and we may reverse the credit at any time.

If we accept an item for deposit which we later determine to be a foreign item, we may decide that the item needs to be sent for collection. If so, we may reverse any credit given for the item and mail the foreign item to you at the address we have for your account statement. You may ask us to send the item for collection.

When we send a foreign item for collection, you understand that the foreign item is sent solely for you and at your risk and that we are not liable for any event in the collection process which is beyond our control. As examples, we are not liable for a default by any bank or agent involved in the collection process or for the loss of the foreign item in transit. We may send the foreign item through a correspondent bank or directly to the paying bank. We may deduct our fees and the fees and charges assessed by the paying bank and any agents involved in the collection process from any amount collected or from your account.

If you request, we will try to determine the status of a collection. You agree to pay all fees and charges related to such a request. We may refuse your request if less than 30 business days have passed since we first processed the collection.

If a foreign item is returned to us unpaid for any reason at any time or is initially paid but then subsequently returned unpaid, we may charge your account for the foreign item and mail the foreign item to you at the address we have for your account statement. Even though the item is returned unpaid, we may charge you for our collection fees and for fees and charges assessed by the paying bank and any agents involved in the collection process.

When we credit your account for a foreign item, we use our applicable currency exchange rate on the day we credit the item to determine the amount of the credit. When we reverse a credit for a foreign item, we use our applicable currency exchange rate on the day we reverse the credit to determine the amount of the debit. Currency exchange rates are highly volatile and our rate on the day of the credit is likely to be different (sometimes very different) than our rate on the day of the debit. You understand and agree that this may result in a currency exchange loss to you.

# Other Terms and Services

## Account Changes

You must notify us of any change to your name or address. If you do not provide notice of change of address, we may send notices, statements and other correspondence to you at the address maintained on our records for your account and you agree to indemnify us and hold us harmless for doing so.

You agree to notify us in writing of any change in ownership or authorized signers of your account or if an owner or authorized signer on the account dies or is adjudicated incompetent.

If there is more than one owner and/or authorized signer on the account, any one account holder or authorized signer may request the account be closed without consent of any other account holder or authorized signer. Further, any one account holder may request, and we may, at our option, permit removal of any account holder or authorized signer without consent of any other account holder or authorized signer on the account.

You acknowledge that we may, but need not, require a new signature card to be completed before any change in ownership or authorized signers becomes effective and each time you open a new account, we may require a Taxpayer Identification Number certification(s). You also acknowledge that we may require you to close your account in the event of any change in ownership or change in the authorized signers.

After we receive notice of a change and all documents we require regarding the change, we may take a reasonable period of time to act on and implement the change to your account.

## Automatic Transfer Service

You may have funds transferred automatically from most Bank of America checking or savings accounts to another Bank of America checking or savings account or to pay a Bank of America loan or credit card account or safe deposit rental fee.

Federal regulation and this Agreement place limits on the number of automated transfers you may make from savings accounts each month. Please see *"Limits on Withdrawals and Transfers from Savings Accounts"*. Certain other restrictions apply.

You must schedule transfers to pay a Bank of America loan for the due date each month. In most other cases, you may schedule transfers periodically on the dates and for the amounts that you specify. Transfers can only be made on a business day. If a scheduled transfer date falls on a weekend or bank holiday, we may make the transfer on the next business day. If we are unable to complete a transfer because you do not have enough available funds in your account, we may cancel this service.

## Check and Deposit Slip Forms

We offer checks, withdrawal forms and deposit slips in a number of styles and at various prices. We recommend that you use checks and other forms that we provide.

You are responsible for verifying the accuracy of all information on your checks and other forms, whether obtained through others or us. Our liability, if any, for any printing errors on checks or other forms obtained through us is limited to the cost of replacing the forms. We are not liable for any claims, costs, losses or damages you may incur when you use checks or other forms not obtained through us. Check deposits with a retired routing number will be returned unpaid.

We may refuse to accept checks or other forms that you create or someone else provides that do not meet our then current specifications, even if they met our specifications at the time they were initially drawn. You may obtain a copy of our printing specifications by calling the telephone number on your statement or asking your account representative. These specifications include

the magnetically encoded numbers, the size of the check and the weight, color and type of paper. If you create or obtain checks or other forms from someone else and our automated check processing systems are unable to read or process them, we may refuse to accept them and we may charge you a fee for each check or other item that we are unable to read or process through our automated systems.

## Check Copies

We generally keep a copy of each check we post to your account for seven years from the date the check posts to your account. We have no obligation to retain the original check. We typically keep the copies on microfilm or as a digital image. If a copy is unavailable or of poor quality, we are not liable to you for any claim, cost, loss or damage of any kind. After seven years, we may destroy the copies.

**Requesting Copies** You may request a copy of a canceled check by calling us at the number for customer service on your statement. To produce a copy, we need the account number, check number, exact amount of the check, and date the check was paid. This information is on your statement. Generally, we mail or make a copy available within seven business days. If we need more time, we will tell you. A fee may apply to each check copy. Please see the *Schedule of Fees* for your account.

If a check that you wrote was converted to an electronic debit, then the check was not sent to us for processing so we do not have a copy. We list these electronic debits on your account statement.

## Compliance

You agree to comply with applicable laws and regulations. You may not use your account or related services for any illegal transactions or activity, for example those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et. seq. You agree to indemnify us from every action, proceeding, claim, loss, cost and expense (including attorney's fees) suffered or incurred by us due to any U.S. or foreign government entity seizing, freezing or otherwise asserting or causing us to assert control over any account or funds in an account of yours (or ours) when purportedly caused by, or arising out of, your action or inaction. This will apply whether or not such action is ultimately determined to be authorized under the laws of the U.S. or its territories, or of any foreign jurisdiction. We are not required to inquire or determine the authority of any action taken by the U.S. or foreign government entity prior to acceding to any legal process initiated by it.

Please note that your agreement to comply with applicable laws and regulations includes United States economic sanctions laws and regulations, including regulations issued by the Office of Foreign Assets Control (OFAC) of the U.S. Department of the Treasury, and Executive Orders issued by the President of the United States.

## Conflicting Demands and Disputes

We are not required to make payment from an account to a signer, a payee, a beneficiary of a trust account or Payable on Death (POD) account, or to any other person claiming an interest in any funds in the account:

- if we have actual knowledge of, or otherwise believe in good faith that there may be a bona fide dispute between the signers, beneficiaries, payees, or other persons concerning their rights to the account proceeds or

- if we are otherwise uncertain as to who is entitled to the account funds.

We may notify all signers, beneficiaries, payees, and other persons claiming an interest in the account of the dispute or uncertainty without liability to you.

We also may, at our option and without liability to you, take one or more of these actions:

- continue to rely on current signature cards and other account documents;
- honor the competing claim upon receipt of evidence we deem satisfactory to justify such claim;
- freeze all or part of the funds until the dispute is resolved to our satisfaction;
- close the account and distribute the account balance, subject to any bank claims, to each claimant payable jointly, or payable individually in equal shares to each claimant;
- pay the funds into an appropriate court for resolution; or
- refuse to disburse any funds in the account to any person until such time as: all persons claiming an interest in the account consent in writing to a resolution of the dispute; or a court of proper jurisdiction authorizes or directs the payment; or the person with a conflicting claim withdraws his or her claim in writing.

You are liable for all expenses and fees we incur, including attorneys' fees, and we may charge them to your account.

## Converting an Account

We may convert your account to another type of account, revoke privileges or close your account:

- if you make frequent transactions on a savings account;
- if your account frequently has debits against uncollected funds;
- if your account has excessive deposit activity;
- if you use a personal account for business purposes; or
- when we consider it appropriate or necessary to do so.

If we discontinue your type of account, we may convert your account to another type of account. We may also convert your account to another type of account based on our evaluation of how you use the account. If we convert your account, we will send you information about your new account.

## Cutoff Time for Receipt of Orders

Our cutoff time for receipt at a financial center of an order relating to your account is 10:00 a.m. local time or, if later, one hour after the financial center opens each business day. Orders include a stop payment order or postdating order, restraining order, writ of attachment or execution, levy, garnishment and any similar order.

The cutoff time relates to our obligation to pay or return checks and other items. If we receive an order before this cutoff time, we may review items presented for payment against your account on the previous business day to determine whether we need to return any of them to comply with the order. If we receive the order after the cutoff time, we may not review items presented on the previous business day.

For example, if you give us a stop payment order after our cutoff time and the item you want to stop was previously presented for payment or otherwise before we have the opportunity to act on your order, your order comes too late to stop payment on the item. Or, if we receive a levy before the cutoff time and you do not have enough funds in your account to cover both the levy and all items presented against your account the previous business day, we may return one or more items and apply the funds to the levy.

## Death or Incompetence

You agree to notify us promptly if any owner or authorized signer on your account dies or is declared incompetent by a court. Until we receive a notice of death or incompetency, we may act with respect to any account or service as if all owners, signers or other persons are alive and competent and we will not be liable for any actions or inactions taken on that basis.

If you give us instructions regarding your account, and you or another owner of the account subsequently dies or is declared incompetent, we may act on the instructions unless we receive written notice of death or incompetency prior to honoring such instructions.

When we receive a notice that an owner has died or been declared incompetent, we may place a hold on your account and refuse to accept deposits or permit withdrawals. We may hold any funds in your account until we know the identity of the successor.

If a deposit — including salary, pension, Social Security and Supplemental Security Income (SSI) — payable to the deceased owner is credited to the account after the date the deceased owner died, we may debit the account for the deposit and return it to the payer.

We may accept and comply with court orders, and take direction from court appointed personal representatives, guardians, or conservators from states other than where your account was opened or where the account, property or records are held. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.

## Facsimile Signature

A facsimile signature can be a convenient method for signing or endorsing documents and other items. If you use a facsimile signature, you are responsible for any withdrawal from your account that bears or appears to us to bear a facsimile signature that resembles or purports to be the signature of a person authorized to withdraw funds. We will not be liable to you if use of the facsimile device (or similar device utilized to affix your signature) was unauthorized. You are responsible even if the size, or color of the facsimile signature is different from that of any signature previously presented to us. We may pay the withdrawal and may charge your account for it. You agree to reimburse us (and we may charge your account) for all claims, costs, losses and damages, including attorneys' fees, that result from our payment of a withdrawal bearing either a facsimile that resembles or purports to bear your signature or a facsimile that we believe you authorized.

## Deposit Bank Assessment

For some business accounts, Bank of America may, at our discretion, charge you a Deposit Bank Assessment on your average positive ledger balances. The assessment rate is variable and we may change it at any time without notice.

## Fingerprint

If a person to whom you gave your check asks us to cash the check, we may require them to place their fingerprint on the check. If they refuse to provide their fingerprint, we may refuse to cash the check. We have no liability to you for refusing to cash the check.

## "Freezing" Your Account

If we decide to close your account, we may freeze it. If we do this, we may in our discretion either accept or return deposits, checks and other items that we receive after we freeze your account without being liable to you.

If at any time we believe that your account may be subject to irregular, unauthorized, fraudulent or illegal activity, we may, in our discretion, freeze some or all of the funds in the account and in

other accounts you maintain with us, without any liability to you, until such time as we are able to complete our investigation of the account and transactions. If we do freeze your account funds, we will provide notice to you as soon as reasonably possible. Notice may be made by mail or verbally or provided by other means such as via Online Banking or text alerts as permitted by law or by updated balance information. We may not provide this notice to you prior to freezing the account if we believe that such notice could result in a security risk to us or to the owner of the funds in the account.

## Indemnification and Limitation of Liability

You agree to reimburse us for all claims, costs, losses and damages (including fees paid for collection) we may incur with respect to overdrafts or returned deposits in connection with your account.

We are not liable to you for errors that do not result in a financial loss to you. We may take any action authorized or permitted by this Agreement without being liable to you, even if such action causes you to incur fees, expenses or damages.

We are not liable to you for any claim, cost, loss or damage caused by an event that is beyond our reasonable control. In particular, we are not liable to you if circumstances beyond our reasonable control prevent us from, or delay us in, performing our obligations for a service, including acting on a payment order, crediting a funds transfer to your account, processing a transaction or crediting your account. Circumstances beyond our reasonable control include: a natural disaster; emergency conditions, such as fire, theft or labor dispute; a legal constraint or governmental action or inaction; the breakdown or failure of our equipment for any reason, including a loss of electric power; the breakdown of any private or common carrier communication or transmission facilities, any time-sharing supplier or any mail or courier service; the potential violation of any guideline, rule or regulation of any government authority; suspension of payments by another bank; or your act, omission, negligence or fault.

Except as limited by applicable law, we are not liable for special, incidental, exemplary, punitive or consequential losses or damages of any kind.

Our liability for a claim will be limited to the face value of an item or transaction improperly dishonored or paid or the actual value of any deposits not properly credited or withdrawals not properly debited.

You agree that the amount of any claim you have against us in connection with any account or transaction with us, whether brought as a warranty, negligence, wrongful dishonor or other action, is subject to reduction to the extent that: 1) negligence or failure to use reasonable care on your part, or on the part of any of your agents or employees, contributed to the loss which is the basis of your claim; and 2) damages could not be avoided by our use of ordinary care.

Any loss recovery you obtain from third parties on a particular claim will reduce the amount of any obligations we may have to you on that claim and you will immediately notify us of any such recovery. You agree to pursue all rights you may have under any insurance policy you maintain in connection with any loss and to provide us information regarding coverage. Our liability will be reduced by the amount of any insurance proceeds you receive or are entitled to receive in connection with the loss. If we reimburse you for a loss covered by insurance, you agree to assign us your rights under the insurance to the extent of your reimbursement.

## Legal Process – Subpoena and Levy

"Legal process" includes a writ of attachment, execution, garnishment, tax withholding order, levy, restraining order, subpoena, warrant, injunction, government agency request for information, search warrant, forfeiture or other similar order.

We may accept and comply with legal process: served in person, by mail, by facsimile transmission, or by other means; or served at locations other than the location where the account, property or records are held. You direct us not to contest the legal process. We may, but are not required to, send a notice to you of the legal process. We do not send a notice if we believe the law prohibits us from doing so.

We may hold and turn over funds or other property to the court or creditor as directed by the legal process, subject to our right of setoff and any security interest we have in the funds or other property. We do not pay interest on the funds during the period we hold them pursuant to legal process. If we hold or turn over funds, we may without any liability to you return checks and other items unpaid and refuse to permit withdrawals from your account. If the legal process applies to a time deposit account, we may charge the applicable early withdrawal penalty for funds taken from the time deposit.

We may charge your account a fee for each legal process. You agree to pay us for fees and expenses (including administrative expenses) that we incur in responding to any legal process related to your account, such as expenses for research and copying of documents. The fees and expenses may include attorneys' fees. We may deduct these fees and expenses from any of your accounts without prior notice to you.

If the legal process directs us to release information about one or more, but not all, accounts that are reported on a combined statement, we may release the entire combined statement, even though other accounts reported on the combined statement are not covered by the legal process. If the legal process requests information about one or more, but not all, account owners or signers, we may release information about all co-owners or signers on the account, even though some of the other co-owners or signers are not covered by the legal process.

We may produce documents held at, or provide access to property that is located in, any of our facilities or any facility operated by a third party on our behalf, even if the facility is not designated as the place to be searched in the legal process.

We have no liability to you if we accept and comply with legal process as provided in this section or by law.

## Multiple Signatures Not Required

We may act on the oral or written instructions of any one signer on the account. Each signer may make withdrawals, write checks, transfer funds, stop payments, obtain ancillary services (e.g., electronic fund transfer services or wire transfers), and otherwise give us instructions regarding your account. We may require written authorization for some actions.

We do not assume a duty to enforce multiple signature requirements that you may agree upon among yourselves. If you indicate on your checks or signature card or other account documents that more than one signature is required for withdrawal, this indication is for your own internal procedures and is not binding on us.

We may disregard any instructions to permit withdrawals only upon more than one signature with respect to checks, electronic fund transfers or other debit/withdrawal requests. We may pay out funds from your account if the check, item, or other withdrawal or transfer instruction is signed or approved by any one of the persons authorized to sign on the account. We are not liable to you if we do this.

## Notice of Withdrawal

Federal regulations require us to retain the right to require all savings and all NOW account depositors to give seven days' written notice before making a withdrawal. It is unlikely, however, that we would require this notice.

## Powers of Attorney/Appointment and Payment to Agents

You may decide to appoint someone to act for you as your agent or attorney-in-fact ("agent") under a power of attorney. Please note that the form must be satisfactory to us in our discretion and unless prohibited by law, we may refuse, with or without cause, to honor powers of attorney that you grant to others.

For our customers' convenience we have a banking power of attorney form, which is available at many of our financial centers. If your state has a statutory form power of attorney, we also generally accept that form. We may, however, accept any form that we believe was executed by you and act on instructions we receive under that form without any liability to you. You agree to reimburse us for all claims, costs, losses and damages that we incur in accepting and acting on any power of attorney form that we believe you executed.

We may pay any funds deposited in your account to your agent or upon the order of your agent. When we accept a power of attorney, we may continue to recognize the authority of your agent to act on your behalf without question until we receive written notice of revocation from you or notice of your death or incapacity and have had a reasonable time to act upon it. We will not be liable for action in accordance with the most current documentation if we have not received such notice.

We may require a separate form for each agent and for each account for which you want to grant power of attorney. We may require your agent to present the original form and refuse to act on a copy. In some cases, we may require that your agent confirm in an affidavit that the power has not been revoked or terminated or that you register the power with the appropriate recording authorities. We may restrict the types or sizes of transactions we permit your agent to conduct.

The authority of your agent to receive payments, transact on or otherwise make changes to your account generally terminates with your death or incapacity, unless the document creating such agency provides, in accordance with applicable law, that the agent's powers continue in spite of your incapacity.

## Records

We may in our discretion retain records in any form including, without limit, paper, film, fiche, digitalized or other electronic medium. If we are not able to produce the original or a copy of your signature card or any other document relating to your account or service, our records (including our electronic records) will be deemed conclusive. If there is a discrepancy between your records and our records, our records will be deemed conclusive.

## Right of Setoff

We may take or setoff funds in any or all of your accounts with us and with our affiliates for direct, indirect and acquired obligations that you owe us, regardless of the source of funds in an account. This provision does not apply to IRA or tax-qualified retirement accounts, to consumer credit card obligations or where otherwise prohibited by law. Your accounts include both accounts you own individually and accounts you own jointly with others. Our setoff rights are in addition to other rights we have under this Agreement to take or charge funds in your account for obligations you owe us.

If the law imposes conditions or limits on our ability to take or setoff funds in your accounts, to the extent that you may do so by contract, you waive those conditions and limits and you authorize us to apply funds in any or all of your accounts with us and with our affiliates to obligations you owe us.

We may use funds held in your joint accounts to repay obligations on which any account owner is liable, whether jointly with another or individually. We may use funds held in your individual accounts to repay your obligations to us, whether owed by you individually or jointly with another, including: obligations owed by you arising out of another joint account of which you are a joint

owner, even if the obligations are not directly incurred by you; obligations on which you are secondarily liable; and any amounts for which we become liable to any governmental agency or department or any company as a result of recurring payments credited to any of your accounts after the death, legal incapacity or other termination of entitlement of the intended recipient of such funds. If you are a sole proprietor, we may charge any of your personal or business accounts.

If we take or setoff funds from a time deposit account, we may charge an early withdrawal penalty on the funds withdrawn.

We may take or setoff funds from your account before we pay checks or other items drawn on the account. We are not liable to you for dishonoring items where our action results in insufficient funds in your account to pay your checks and other items.

Some government payments may be protected from attachment, levy or other legal process under federal or state law. If such protections may apply, to the extent that you may do so by contract, you waive these protections and agree that we may take or setoff funds, including federal and state benefit payments, from your accounts to pay overdrafts, fees and other obligations you owe us.

This section does not limit or reduce our rights under applicable law to charge or setoff funds in your accounts with us for direct, indirect and acquired obligations you owe us.

## Sample of Your Signature

To determine the authenticity of your signature, we may refer to the signature card or to a check or other document upon which your signature appears. We may use an automated process to reproduce and retain your signature from a check upon which your signature appears.

If you create your own checks, or obtain them from someone else, and we cannot accurately verify your signature on a check by comparing it with a check that posted to your account, you are responsible for any losses that may result from our inability to use that check to verify your signature.

## Stop Payment Orders and Postdated Orders

**Acceptance of Stop Payment Orders** If we have not already paid a check or other item that is drawn on your account, then at your request and risk we may accept a stop payment order on it. If you request a stop payment on a check or other item in a financial center, we may require identification such as a Bank of America debit card with photo and a secondary form of identification. You may not stop payment on a point of sale transaction or an ATM withdrawal or transfer.

**Postdated Orders** If you write a postdated check (that is — you put a future date on the check), you may ask us not to pay the check before its date by giving us a stop payment order. Otherwise, we may pay it and deduct the amount from your account even if it is presented for payment before its date.

If we receive a postdated check that is subject to a stop payment order, we may return the check "payment stopped," "refer to maker," or with a similar designation.

**Placing A Stop Payment Order** We may accept a written or oral stop payment order from any person who has a right to withdraw funds from the account. We may require you to complete a form authorizing the order. You must give us sufficient notice and information so that we have a reasonable opportunity both to verify that the item is unpaid and to act on your request. We may charge you a fee for each stop payment order and each renewal of the order.

We use a computer system to identify items. Therefore, to place a stop payment order on a check or draft, we need specific information to process the request, such as the account number, the routing number, the name of the party to whom the item was made payable, the item number

and the exact amount of the item — in dollars and cents. If you give us the wrong amount (even one penny off) or the wrong item number, we may pay the item. We may also require the date of the item, the name of the person who signed or authorized the item, and the name of the party to whom the item was made payable. We may use only a portion of the required information to identify an item. Please see the *Additional Information about Stop Payments for Preauthorized (Recurring) Electronic Funds Transfers* section for information about how to stop those types of payments.

In some cases, we may pay an item even if an order is in effect. For example, if one of our financial centers, without notice of your request, pays a check that you have asked us to stop, we may still pay the check.

A stop payment order generally expires after twelve months. However, we may, in our sole discretion, elect to honor a stop payment order for a longer period of time without notice to you. If you want the order to continue after twelve months, you must ask us to renew the order. Each request for a renewal is treated as a new order. If you want the order to expire in less than twelve months, you must ask us to cancel the order on or after the date you want it to expire. We may accept a written or oral instruction to cancel the order. Your request to cancel the order is not effective until we have a reasonable opportunity to act on it. We cancel the order automatically when the account on which the item is drawn is closed. If the item is presented to us for payment after the stop payment order expires, we may pay the item.

If we pay an item subject to a valid and timely stop payment order, we may be liable to you if you had a legal right to stop payment and you establish that you suffered a loss because of the payment. Our liability, if any, is limited to the actual loss suffered, up to the amount of the item. You must prove the loss to our satisfaction. We are not liable to you for any special, incidental or consequential loss or damage of any kind.

**Additional Information about Stop Payments for Preauthorized (Recurring) Electronic Funds Transfers** If you have told us in advance to make regular payments out of your account (such as recurring debit transactions) or if you have authorized someone else to debit your account through the ACH system, you can stop these payments.

Here's how: Call us at 1.800.432.1000 or write us at Bank of America Customer Service, P.O. Box 25118, Tampa, FL 33622.

You must notify us in time to receive your request at least three business days before the payment order is scheduled to be made. If you call us to stop the payment, we may require you to confirm the request in writing. If you do not notify us in writing, we may remove the stop payment after 14 days. We may charge you a fee for each stop payment order you give.

Stop payment orders for preauthorized (recurring) payments do not expire without action on your part, including recurring debit card and ACH transactions. Should your debit card number change, please contact us to place a new stop payment on the transaction on your new card.

To place a stop payment order on an ACH debit, we may require you to provide your name and telephone number, the type of account (checking or savings), and the exact company name used by the sender of the ACH debit, and some of the other information listed under *Placing a Stop Payment Order*. You can obtain the company name used by your sender from your statement by looking at a prior ACH debit from this sender that posted to your account.

If you do not know the amount of the ACH debit, we may still be able to place the stop payment order based on the company name of the sender, but this may stop all ACH items from this sender. If you give us the wrong company name or if the sender changes the company name, we may pay the item.

To place a stop payment on other preauthorized (recurring) transactions, you must give us the identifying information we request. You may be able to give us a specific expiration date for certain stop payment orders if you choose to do so.

You must notify the payee that you have withdrawn your authorization for any preauthorized (recurring) transaction.

*Notice of Varying Amounts*
If these regular payments may vary in amount, the person you are going to pay will tell you, 10 days before each payment, when it will be made and how much it will be. You may choose instead to receive this type of notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.

*Liability for Failure to Stop Payment*
If you order us to stop a preauthorized payment three business days or more before the transfer is scheduled, and you have given us all of the information we requested, and we do not stop the payment, we will be liable for your losses or damages directly caused by our failure to stop the payment.

## Subaccounts

For regulatory accounting purposes, we may classify checking accounts as two subaccounts: a checking subaccount and a savings subaccount. For interest bearing checking accounts, we calculate and pay interest at the same rate and in the same way on both subaccounts. For non-interest bearing checking accounts, we do not pay interest on either subaccount. We may transfer funds between these subaccounts. We record the subaccounts and any transfers between them on our internal accounting records only. Otherwise, the subaccounts are subject to the same terms as the checking and savings accounts described in this Agreement.

## Unclaimed Property – Accounts Presumed Abandoned or Inactive

State and federal law and our policy govern when accounts are considered abandoned. The applicable state law is generally the state listed in the address for your account statement.

Your account is usually considered abandoned if you have not performed at least one of the following activities for the period of time specified in the applicable state's unclaimed property law: made a deposit or withdrawal, written to us about the account, or otherwise shown an interest in the account, such as asking us to keep the account active. You usually need to perform the activity. Therefore, bank charges and interest payments, and automatic deposits and withdrawals, are usually not considered activity.

We are required by the unclaimed property laws to turn over accounts considered abandoned to the applicable state. Before we turn over an abandoned account, we may send a notice to the address we currently show for the account statement. We may not send this notice if mail we previously sent to this address was returned. Unless prohibited by the applicable state law, we may charge to the account our costs and expenses of any notice, advertisement, payment and delivery of the account to the applicable state agency.

After we turn the funds over to the state, we have no further liability to you for the funds and you must apply to the appropriate state agency to reclaim your funds.

If we consider your account inactive, then (unless prohibited by federal law or the law of the state where we maintain your account) we may:

- charge dormant account fees on the account in addition to regular monthly maintenance and other fees,
- stop sending statements,

- if the account received interest, stop paying interest on the account; and
- refuse to pay items drawn on or payable out of the account.

If you re-establish contact with us, we do not have to reimburse you for these fees and we are not liable to you for any interest that would otherwise have accrued on your account.

### Verification of Transactions and Right to Reverse Transactions

Transactions, including those for which we provide a receipt, may be subject to subsequent verification and correction, though we reserve the right not to do so in every case. We do not verify a deposit at the teller window so the receipt that you receive at the time of your deposit is not evidence that your deposit has been verified. We may reverse or otherwise adjust any transaction (both credit and debit) that we believe we erroneously made to your account at any time without prior notice to you, if we opt to do so.

### Waiver, Severability, and Change of Law by Agreement

**Waiver** We may delay or waive the enforcement of any of our rights under this Agreement without losing that right or any other right. No delay in enforcing our rights will affect your obligation to pay us fees and other amounts you owe us under this Agreement. If we waive a provision of this Agreement, the waiver applies only in the specific instance in which we decide to waive the provision and not to future situations or other provisions regardless of how similar they may be.

**Severability** A determination that any part of this Agreement is invalid or unenforceable will not affect the remainder of this Agreement.

**Change of Law by Agreement** If any part of this Agreement is inconsistent with any applicable law, then to the extent the law can be amended or waived by contract, you and we agree that this Agreement governs and that the law is amended or waived by this Agreement.

# Electronic Banking Services

We offer a variety of electronic banking services for use with your deposit accounts. We describe some in this section and also provide certain disclosures that apply to use of an electronic banking service with personal deposit accounts. We provide separate agreements to you that govern the terms of some services, including separate agreements for ATM and debit cards and Online and Mobile Banking services. Please review the following provisions and the separate agreement for the service.

### Types of Electronic Banking Services

#### ATM and Debit Cards

We may issue you an ATM or debit card (either is called a "card") and a personal identification number (PIN) when you open your account. The terms that govern this service are in a separate agreement that you receive with your card. Please review that agreement carefully.

There are daily dollar limits for withdrawals and purchases. We provide your card limits to you as part of the separate agreement for card services. We may occasionally decide not to issue a card or code to a customer. We may suspend or terminate a card or code at any time without cause or notice.

The following information is a summary of how you can use your card. Some of these uses may not be available with every card or at every ATM or other terminal.

**At ATMs** You can use your card with linked accounts at participating ATMs to withdraw cash, transfer funds, and find out balances. At most ATMs that are prominently branded with the Bank of America name and logo, you can also use your card and PIN with linked accounts to make deposits and make payments to qualifying Bank of America credit cards and loans.

**At participating merchants** You can use your card with linked accounts at participating merchants to purchase goods and services. Some merchants may also permit you to withdraw cash from your checking account while making a purchase.

**At participating financial institutions** You can use your card with linked accounts at participating financial institutions to obtain a cash withdrawal from a teller.

**Payments, Credits, and Transfers** You can send or receive electronic transfers from or to your accounts. We may do this by ACH (as a member of a national or local automated clearinghouse association) or other similar networks. Electronic transfers may take various forms, such as:

- Automatic electronic deposits to your account, such as payroll or benefits payments;
- Automatic one-time or repeating charges to your account for bill payments, sent by a merchant or other payee with your authorization. The merchant or payee may ask you for bank number and account information from your check or a canceled check to create these orders; and
- A "check conversion" transfer, where a merchant or other payee uses a check that you have written to create an electronic transfer from your account. The merchant may either keep the check you wrote or return it to you.

**Online and Mobile Banking** Online and Mobile Banking services are governed by a separate agreement. You receive the agreement for the service at the time you enroll. You can use these services with linked accounts to view your account information, make deposits, transfer funds between your accounts and to the accounts of others, pay qualifying loans or credit cards, and make payments from your account to third parties. You can enroll for these services on our website bankofamerica.com.

**Telephone Banking** You may use our automated customer service system with an Access ID or speak to a telephone banker to get your account information, transfer funds between your accounts with us, and pay qualifying loans or credit cards.

## Access ID

An Access ID is a numeric code which, when used with a separate PIN number or passcode (plus, in some circumstances, another piece of identifying information called a "verbal verification code"), enables consumer and small business customers to do the following through our automated telephone system or in person at a financial center:

- obtain information about deposit and credit accounts that are linked to the Access ID
- transfer funds and make payments between linked accounts, and
- obtain other services such as stop payments, check reorders, and copies of checks and statements

You may request an Access ID and related security codes by calling customer service or at any financial center. Please note that Access IDs may not be available to customers in all states. In some states, individual account numbers, combined with additional security codes, may be required to obtain account information and transact other business.

Two activity levels are available for most accounts linked to your Access ID:

(1) Inquiry: Allows you to obtain account balances and transaction information.
(2) Financial: Allows you to obtain account information, transfer funds among accounts linked to the Access ID, and obtain certain other banking services.

When you first choose your Access ID, and when you subsequently open any new accounts, we will link all your Bank of America accounts that are eligible, and assign the financial activity level to all accounts for which that activity level is available, unless you tell us otherwise. We may establish certain limits on the accounts that can be linked to your Access ID and that can have the financial activity level.

If you permit another person to use your Access ID or account number(s) and related code(s), you are responsible for all transactions conducted by that person (even if he or she exceeds your authorization), until you notify us that the person is no longer authorized so that we may block the codes and issue new ones.

You must review your periodic statements and promptly report to us any unauthorized funds transfers initiated through the use of your security codes or otherwise. You must also promptly notify us of any suspected loss or theft of your security codes. Failure to take these actions may affect the extent of your liability for any unauthorized transfers under federal banking regulations or other applicable laws.

**Small Business Access IDs** If you are a small business customer, to uniquely identify each person who initiates a request for banking services, you should establish a separate Access ID and related security codes for each person who you determine needs access to your accounts. Your authorization (whether express or implied) for any individual to establish an Access ID shall constitute your authorization for the bank to provide account information to such individual and (unless inquiry only access is selected) to transfer funds and conduct other banking transactions upon that person's request. Such authorization supersedes any resolution, signature card or other document filed with the bank that purports to limit authority over any of your accounts, whether currently on file or submitted or modified in the future, unless the Access ID authorization is expressly modified or revoked.

## Electronic Banking Disclosures

**Personal deposit accounts** Our *Personal Schedule of Fees* describes our personal deposit accounts. This *Electronic Banking Disclosures* section explains provisions that apply to electronic fund transfers to or from personal deposit accounts (sometimes referred to as "consumer deposit accounts"). These Transfers are governed by Regulation E, which implements the federal Electronic Fund Transfer Act. A personal deposit account is an account that is owned by a natural person and that is established primarily for personal, family, or household purposes.

**Business deposit accounts** Our *Business Schedule of Fees* describes our business deposit accounts. Business deposit accounts are accounts that are established primarily for business purposes. When you open one of our business deposit accounts, you represent and agree to that you are establishing it primarily for business purposes. Provisions below that explain a consumer's liability for unauthorized transfers do not apply to business deposit accounts, although as a matter of practice we generally follow the error resolution procedures described in this *Electronic Banking Disclosures* section for business-purpose accounts. Please note that we are not required to follow these procedures for business accounts and that we may change our practice at any time without notice.

### Consumer's Liability for Unauthorized Transfers

Tell us AT ONCE if you believe your card or your personal identification number (PIN) or other code has been lost or stolen. Also, tell us AT ONCE if you believe that an electronic fund transfer has been made without your permission using information from your check. The best way to keep your possible losses down is to call us immediately.

Your losses could include all of the money in your account plus, if you have an overdraft protection plan linked to your account, any transfers from another account or any advances on a credit line.

If you tell us within two business days after you learn of the loss or theft of your card or code, you can lose no more than $50 if someone uses your card without your permission.

If you do NOT tell us within two business days after you learn of the loss or theft of your card or code, and we can prove we could have stopped someone from using your card or code without your permission if you had told us, you could lose as much as $500.

Also, if your statement shows transfers that you did not make, including those made by card, code or other means, tell us at once. If you do not tell us in writing within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

*Note: These liability rules are established by Regulation E, which does not apply to business deposit accounts. For personal deposit accounts, our liability policy regarding unauthorized debit card or ATM card transactions, and unauthorized Online Banking transactions may give you more protection, provided you report the transactions promptly. Please see the agreement you receive with your ATM or debit card and the Online Banking agreement.*

You should never write your PIN on your card or carry the PIN with you. This reduces the possibility of someone using your card without your permission if it is lost or stolen.

If you give, or make reasonably available, your card, PIN or other access device or code to anyone, you may be liable for any use made of such until you advise us that such person is not authorized to use them.

Also, the state law applicable to your account may give you more time to report an unauthorized transaction or may give you more protection. For example, in Massachusetts, the two day and 60 day time limits for reporting unauthorized transactions do not apply and the $500 limit does not apply.

**Contact in Event of Unauthorized Transfer; and Lost or Stolen Card, PIN or Other Code**

If you believe your card, PIN or other code is lost or stolen, or learned by an unauthorized person, or that someone has transferred or may transfer money from your account without your permission, notify us immediately by calling the number listed below.

*Telephone*: 1.800.432.1000

*You can also write to us at*: Bank of America, P.O. Box 53143, #7405, Phoenix, AZ 85072-3137

You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

If unauthorized activity occurs, you agree to cooperate during the investigation and to complete a Lost/Stolen Card and Fraud Claims Report or similar affidavit.

**Business Days** For purposes of these electronic banking disclosures, our business days are Monday through Friday. Weekends and bank holidays are not included.

**Documentation of Transfers**

*Receipts* You can usually get a receipt at the time you make any transfer to or from your account at an ATM or point of sale terminal. You may not get a receipt for small dollar transactions. Transactions may be verified by us though we reserve the right not to do so in every case, so the receipt is not final and our records will control if there is a conflict.

*Preauthorized Credits* If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 1.800.432.1000 to find out whether or not the deposit has been made.

*Periodic Statements* We send you a monthly account statement unless there are no electronic fund transfers in a particular month. In any case, we send you a statement at least quarterly unless we consider your account inactive.

**Preauthorized Payments**

Please see the *Additional Information about Stop Payments for Preauthorized (Recurring) Electronic Funds Transfer section* in the *Stop Payment Orders and Postdated Orders* section of the Agreement.

**Liability for Failure to Make Transfers**

If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

- If, through no fault of ours, you do not have enough money in your account to make the transfer.
- If the transfer would go over the credit limit on your overdraft line.
- If the ATM where you are making the transfer does not have enough cash.
- If the ATM, terminal or system was not working properly and you knew about the breakdown when you started the transfer.
- If circumstances beyond our control (such as power outages, equipment failures, fire or flood) prevent the transfer, despite reasonable precautions that we have taken.
- If the funds are subject to legal process or other encumbrance restricting the transfer.
- If we consider your account to be inactive or dormant.
- If your card or code has been revoked due to inactivity or at our discretion.

There may be other exceptions stated in our agreement with you or permitted by law.

**Confidentiality - Account Information Disclosure** We will disclose information to third parties about your account or transfers you make as stated in the *Information about You and Your Account* section near the front of this Agreement.

**Fees**

*ATM Fees* When you use an ATM that is not prominently branded with the Bank of America name and logo, you may be charged a fee by the ATM operator or any network used and you may be charged a fee for a balance inquiry even if you do not complete a fund transfer. We may also charge you fees.

*Other Fees* For other fees that apply to electronic banking services, please review the *Schedule of Fees* for your account and each agreement or disclosure that we provide to you for the specific electronic banking service, including the separate agreement for Online and Mobile Banking services and the separate agreement for ATM and debit cards.

**In Case of Errors or Questions about your Electronic Transfers You May Sign into Online Banking to Report the Error Promptly, or** Call or write us at the telephone number or address below, as soon as you can, if, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt.

Call us at 1.800.432.1000 during normal Claims Department business hours or write us at Bank of America, P. O. Box 53137, #7405, Phoenix, AZ 85072-3137.

We must hear from you NO LATER than 60 days after we sent you the FIRST statement on which the error or problem appeared. Please provide us with the following:

- Tell us your name and account number;
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point of sale, or foreign-initiated transactions, we may take up to 90 days (instead of 45) to investigate your complaint or question. For new accounts we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**Notice:** As part of the security system to help protect your card and PIN, we may use hidden cameras and other security devices to determine who is using a card at an ATM. You consent to this.

*Additional Information for Massachusetts customers*: Any documentation provided to you which indicates that an electronic fund transfer was made shall be admissible as evidence of the transfer and shall constitute prima facie proof that the transfer was made. And the initiation by you of certain electronic fund transfers from your account will effectively eliminate your ability to stop payment of the transfer. **UNLESS OTHERWISE PROVIDED IN THIS AGREEMENT, YOU MAY NOT STOP PAYMENT OF ELECTRONIC FUND TRANSFERS. THEREFORE, YOU SHOULD NOT EMPLOY ELECTRONIC ACCESS FOR PURCHASES OR SERVICES UNLESS YOU ARE SATISFIED THAT YOU WILL NOT NEED TO STOP PAYMENT.**

# ATM Safety Tips

The suggestions that follow offer some simple tips on protecting your card and PIN and exercising care when using an ATM.

### Protect Your ATM Card and Personal Identification Number (PIN)

- Always protect your card by keeping it in a safe place. If your card is lost or stolen, contact us immediately.
- Memorize your PIN. Do not write it on your card, keep it in your wallet or give it to anyone.
- If you choose your own PIN, avoid using numbers for your PIN that are easily identifiable (such as birth dates, telephone numbers, addresses, etc.)
- Never give information about your card or PIN over the telephone, email or the Internet, unless to a trusted merchant in a call or transaction initiated by you. If someone is asking for this information, refuse and immediately contact us.
- Carefully review your account statements and report any fraudulent transactions immediately.

### Be Aware of Your Surroundings at ATMs

- Be aware of people and your surroundings before, during and after you use an ATM, particularly at night. If you think it is unsafe, leave immediately and visit another ATM.
- If you must visit an ATM at night, take someone with you.
- When using an ATM with a door that requires card access, close the door completely upon entering and exiting and do not open the door to anyone you don't know.
- When you use a drive-up ATM, keep your engine running, doors locked and only the driver's window open during the transaction.
- The activity around Bank of America ATMs may be monitored or recorded by surveillance cameras.

### Protect Your Privacy

- Shield the key pad with your hand or body while entering your PIN at an ATM.
- Put your card and receipt away immediately after completing your transaction. Do not count your cash at the ATM.
- Do not leave your transaction record at the ATM. Keep your transaction record in a safe place, so you can compare it to your statement.

### Request Emergency Assistance

- If you need emergency assistance, call 911 from the nearest telephone. If you have a complaint about the security of a Bank of America ATM, call our Corporate Security Department at 1.800.222.7511.
- Report all crimes immediately to law enforcement. If you think you're being followed from an ATM, go to a busy area and immediately contact the police.

# Funds Transfer Services

The following provisions apply to funds transfers you send or receive through us, but do not apply to electronic fund transfers governed by Regulation E, Subpart A of the Consumer Financial Protection Bureau. We provide separate agreements to you that govern the terms of some funds transfer services, including separate agreements for Online and Mobile Banking, telephone transfers, and funds transfers in the financial centers. If you have a specific agreement with us for these services, these provisions supplement that agreement to the extent these provisions are not inconsistent with the specific agreement.

The Uniform Commercial Code includes provisions relating to funds transfers. These provisions define the following terms: funds transfer, payment order and beneficiary. These terms are used here as they are defined in Article 4A of the Uniform Commercial Code – Funds Transfers as adopted by the state whose law applies to the account for which the funds transfer service is provided. In general: A funds transfer is the process of carrying out payment orders that lead to paying a beneficiary. The payment order is the set of instructions given to us to transfer funds. The beneficiary is the person or business who receives the payment.

In addition, funds transfers sent outside of the United States that are initiated by consumers primarily for personal, family or household purposes are governed by federal law (Remittance Transfers) (see below). Effective as of the date set forth in the final rules implementing EFTA (defined below), federal law may provide rights with respect to Remittance Transfers that may vary in certain ways from the terms and conditions set forth herein. Your rights with respect to Remittance Transfers, including disclosure, error resolution and cancellation rights, will be explained to you contemporaneously with each Remittance Transfer transaction you initiate, either orally or in writing.

In general, your and our rights and obligations under this Agreement are governed by and interpreted according to federal law and the law of the state where your account is located. However, Remittance Transfers shall be governed by federal law and, as applicable, the law of the State of New York. Funds transfers to your account or funded from your account or otherwise funded by you may involve one or more funds transfer systems, including, without limitation, Fedwire or Clearing House Interbank Payments System (CHIPS). Accordingly, notwithstanding any choice of law that may be provided elsewhere in this agreement, such transfers will be governed by the rules of any funds transfer system through which the transfers are made, as amended from time to time, including, without limitation, Fedwire, the National Automated Clearing House Association, any regional association (each an "ACH"), and CHIPS. Funds transfers through Fedwire will be governed by, and subject to, Regulation J, Subpart B, and Uniform Commercial Code Article 4A incorporated by reference thereunder. Funds transfers through CHIPS are governed by, and subject to, CHIPS Rules and Administrative Procedures and by the laws of the State of New York, including Article 4-A of the New York Uniform Commercial Code, regardless of whether the payment message is part of a transfer that is a Remittance Transfer, except that in the case of an inconsistency between New York law and EFTA, EFTA shall govern.

We may charge fees for sending or receiving a funds transfer. We may deduct our fees from your account or from the amount of the transfer. Other financial institutions involved in the funds transfer may also charge fees. For current fees, call us at the number for customer service on your statement or ask a financial center associate.

### Remittance Transfers

The Bank may execute certain payment orders for you known as Remittance Transfers. A Remittance Transfer is a wire transfer initiated by a consumer primarily for personal, family or household purposes to a designated recipient in a foreign country. Effective as of the date set forth in the final rules implementing EFTA (defined below), federal law may provide certain rights

and obligations related to Remittance Transfers that may differ from rights and obligations that apply to other types of payment orders, including disclosure, cancellation and error resolution rights. To the extent the provisions of this Agreement are inconsistent with the oral or written disclosures provided to you for a Remittance Transfer governed by section 919 of the Electronic Fund Transfer Act (EFTA), 15 U.S.C. section 1693o-1, the terms of the disclosures provided at the time of the Remittance Transfer shall govern. Notwithstanding anything to the contrary contained herein, rights and obligations that apply to Remittance Transfers are as set forth in EFTA and, as applicable, as set forth in New York law.

## Sending Funds Transfers

You may subscribe to certain services we offer or you may give us other instructions to pay money or have another bank pay money to a beneficiary. This *Sending Funds Transfers* section applies to wire transfers (excluding Remittance Transfers) and transfers we make between your Bank of America accounts. It does not apply to automated clearing house (ACH) system funds transfer services.

You may give us payment orders for ACH system funds transfers only if you have a separate agreement with us for those services.

**Cutoff Times for Payment Orders** We have cutoff times for processing payment orders. Cutoff times vary depending on the particular office of our bank and the type of payment order. We may treat payment orders we receive after a cutoff time as if received the next business day. We tell you our cutoff times upon request.

**Amending or Canceling Payment Orders** You may not amend or cancel a payment order after we receive it. If you ask us to do this, we may make a reasonable effort to act on your request. But we are not liable to you if, for any reason, a payment order is not amended or canceled. You agree to reimburse us for any costs, losses or damages that we incur in connection with your request to amend or cancel a payment order.

**Inconsistency of Name or Number** The beneficiary's bank may make payment to the beneficiary based solely on the account or other identifying number, even if the name on the payment order differs from the name on the account. We or an intermediary bank may send a payment order to an intermediary bank or beneficiary's bank based solely on the bank identifying number, even if the payment order indicates a different bank name.

**Sending Payment Orders** We may select any intermediary bank, funds transfer system or means of transmittal to send your payment orders. Our selection may differ from that indicated in your instructions.

**Notice of Rejection** We may reject payment orders. We notify you of any rejection orally, electronically or in writing. If we send written notices by mail, we do so by the end of the next business day.

We are not liable to you for the rejection or obligated to pay you interest for the period before you receive timely notice of rejection.

**Errors or Questions About Your Payment Orders** We notify you about certain funds transfers by listing them on your account statement. In some cases, we also may notify you electronically, in writing or by a report produced through one of our information reporting services.

You must notify us at once if you think a funds transfer shown on your statement or notice is incorrect. You must send us written notice, including a statement of relevant facts, no later than 14 days after the date you receive the first notice or statement on which the problem or error appears.

If you fail to notify us within this 14-day period, we are not liable for any loss of interest because of an unauthorized or erroneous debit or because your statement or notice is incorrect. We are not

required to compensate you, and we are not required to credit or adjust your account for any loss of interest or interest equivalent.

**Calculations** Unless otherwise prohibited by law, if we are obligated to pay for loss of interest that results from our error or delay regarding your payment order, we calculate compensation as follows. With an analyzed checking account, we credit the account to reflect the applicable value date or otherwise adjust the account under our account analysis procedure, to recalculate earnings credits for the period involved. With a non-analyzed, non-interest bearing account, we use a rate equal to the average of the Federal Funds rates set by the Federal Reserve Bank of New York, less a reserve factor. With a non-analyzed, interest bearing account, we use the rate applicable to the account. If we have a separate agreement with you specifying a different calculation method, we use that method instead.

## Receiving Funds Transfers

We may receive instructions to pay funds to your account. We may receive funds transfers directly from the sender, through a funds transfer system or through some other communications system. This includes wire transfers, ACH transfers that may be sent through an ACH system or processed directly to an account with us, and transfers between Bank of America accounts.

**ACH Provisional Payment Rule** Under ACH rules, funds transfers sent through an ACH are provisional and may be revoked prior to final settlement. You agree to these rules. If the funds transfer is revoked before final settlement, we may charge your account for the amount credited. The person who sent the payment order is considered not to have paid you. If this happens, we do not send a separate notice; we report the information on your account statement.

**Notice of Funds Transfer** We notify you that we have received funds transfers by listing them on your account statement. We provide statements to you by mail or through Online Banking if you selected paperless delivery through Online Banking for your deposit account documents. If you use one of our information reporting services, you may receive notice through that service.

We are not obligated to send you a separate notice of each incoming funds transfer. While we generally do not provide such separate notices, we may do so on occasion, in which case we send the notice within two business days after we credit your account.

We are not obligated to pay you interest for the period before you receive notice.

If you are expecting a funds transfer and want to find out if it has been credited to your account, call us at the number for customer service on your statement.

**Posting Your Customers' Payments** We credit to your account electronic payments (such as bill payments) that we receive from your customers. If you do not apply a payment to an account of your customer, you must promptly return the payment to us.

## ACH Debits and Credits

From time to time, originators that you authorize may send automated clearing house (ACH) credits or debits for your account. For each ACH transaction, you agree that the transaction is subject to the National Automated Clearing House Association (NACHA) Operating Rules and any local ACH operating rules then in effect. You agree that we may rely on the representations and warranties contained in these operating rules and either credit or debit your account, as instructed by the originator of the ACH transaction.

You should be careful about giving someone your account number to help prevent unauthorized transactions on your account. You must notify us immediately of unauthorized activity.

For information about stopping payment of an ACH transaction, see *Stop Payment Orders and Postdating Orders* in the *Other Terms and Services* section.

**Business deposit accounts** You acknowledge and agree that if you request us to transmit an ACH return transaction in connection with any problem, including a claim of erroneous or unauthorized ACH debit posted to your account, the related originating depository financial institution has no obligation to accept that return transaction if the return request is not made within the applicable time frame set forth in the NACHA Operating Rules. We will respond to your reported problem and attempt to pursue your request with the originating depository financial institution as long as you report the problem to us in writing within 60 days after the statement first reflecting the transaction was mailed to you; however, we do not guarantee that we will be able to recover your funds if you notify us of the problem beyond NACHA time frames. In some cases, depending on the facts, your claim may not be honored and you could incur a loss.

# Tax Information

Generally, we are required to report annually to you and to the Internal Revenue Service (IRS) interest payments that total $10 or more during the year on your deposit account with us. We may also be required to report this information to the appropriate state revenue authority.

When you open an account, we are required to obtain — and each U.S. citizen or resident alien must give us — a certified U.S. Taxpayer Identification Number (TIN) and information regarding your backup withholding status. When you apply for an account, you certify that you have provided the correct TIN for the account holder and the correct backup withholding status.

For individual accounts, the TIN is your Social Security Number (SSN). For individual accounts with more than one owner, we report taxpayer information for the person listed first in our records. Resident aliens who do not qualify for Social Security should provide their Individual Taxpayer Identification Number (ITIN). For other accounts, the TIN is the owner's Employer Identification Number (EIN). If you do not give us a certified name and TIN, if the IRS notifies us that the name and TIN you gave us is incorrect, or if the IRS notifies us that you failed to report all your interest and dividends on your tax return, we are required to backup withhold at the current backup withholding rate on interest paid to your account and pay it to the IRS. In some cases, a state and local tax authority may also require that we pay state and local backup withholding on interest paid to your account when we are required to pay backup withholding to the IRS. Backup withholding is not an additional tax. If you are subject to backup withholding, we are required to report to you and to the IRS regardless of the amount of the interest payment. You may claim amounts withheld and paid to the IRS as a credit on your federal income tax return.

If you are a certified nonresident alien individual, you are generally exempt from backup withholding on interest but may be subject to information reporting if you reside in a country in which we are required to report. If you are a certified foreign entity, you are generally exempt from backup withholding and information reporting for interest payments. Deposit interest income that is effectively connected with the conduct of a trade or business in the United States is subject to information reporting.

You must renew your status as an exempt foreign person or entity prior to the end of the third calendar year following the year in which you last certified your status. If you fail to renew your status by the last day of the fourth calendar year, your interest payments will be subject to backup withholding. If you become a U.S. citizen or resident after opening your account, you must notify us within 30 days and provide us with your certified name and TIN.

We comply with Foreign Account Tax Compliance Act (FATCA) as mandated by U.S. federal tax law. We will withhold on certain payments when required by such law.

For more information or to determine how this information applies to you, consult your U.S. tax advisor.

If you administer your account as a retirement account, all IRS reporting and filing implications are the sole responsibility of the account holder and should be discussed with the account holder's tax advisor as neither Bank of America, its affiliates, nor its employees, provide tax advice.

# Resolving Claims

If you and we are not able to resolve a claim ourselves, then you and we agree that the claim will be resolved as provided in this *Resolving Claims* section. This is a dispute resolution provision. Please read it carefully.

### What does "Claim" Mean?
Claim means any claim, dispute or controversy (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief) by either you or us against the other, or against the employees or agents of the other, arising from or relating in any way to this deposit agreement (including any renewals, extensions or modifications) or the deposit relationship between us.

Claim does not include provisional or ancillary remedies from a court of competent jurisdiction, which either you or we may exercise without waiving the right to arbitration or reference.

### How Claims on Personal Accounts will be Resolved
You and we both agree that all Claims relating to a personal account will be resolved in court by a judge without a jury, as permitted by law.

### JURY TRIAL WAIVER FOR PERSONAL ACCOUNTS
**FOR PERSONAL ACCOUNTS, AS PERMITTED BY LAW, YOU AND WE AGREE AND UNDERSTAND THAT YOU AND WE ARE BOTH GIVING UP THE RIGHT TO TRIAL BY JURY. THIS IS A JURY TRIAL WAIVER.**

### How Claims on Business Accounts will be Resolved
You have the right to compel us at your option, and we have the right to compel you at our option, to resolve a Claim relating to a business account by binding arbitration. If neither you nor we decide to compel arbitration, then the Claim will be resolved in court by a judge without a jury, as permitted by law. There is an exception for Claims brought in a California state court. If a Claim relating to a business account is brought in a California state court, either you or we can seek to compel the other to have the Claim resolved by general reference to a judicial referee under California Code of Civil Procedure (C.C.P.) Section 638, as provided below. Both parties may also agree to resolve their disputes through judicial reference. The arbitration, judicial reference or trial by a judge will take place on an individual basis without resort to any form of class or representative action.

### CLASS ACTION AND JURY TRIAL WAIVER FOR BUSINESS ACCOUNTS
**FOR BUSINESS ACCOUNTS, YOU AND WE AGREE AND UNDERSTAND: (1) THAT YOU AND WE ARE BOTH GIVING UP THE RIGHT TO TRIAL BY JURY, AND (2) THAT THIS SECTION PRE-CLUDES YOU AND US FROM PARTICIPATING IN OR BEING REPRESENTED IN ANY CLASS OR REPRESENTATIVE ACTION OR JOINING OR CONSOLIDATING THE CLAIMS OF OTHER PERSONS. THIS IS A CLASS ACTION WAIVER AND JURY TRIAL WAIVER.**

### Judicial Reference
A case sent to judicial reference is heard by a neutral individual (a "judicial referee"), but remains in the court system subject to the same rules of procedure, discovery and evidence and appeal as

any court case. The judicial referee will be an active or retired judge or attorney with more than 10 years of experience, chosen by mutual agreement of you and us.

If you and we are unable to agree on a judicial referee, then the judicial referee will be appointed according to the procedure for appointment of a referee under California C.C.P. Section 640.

The judicial referee, sitting alone without a jury, will decide questions of law and fact and will resolve the Claim. This includes the applicability of this *Resolving Claims* section and the validity of the deposit agreement.

Judicial reference will be governed by California C.C.P. Section 638 at seq. and the judicial referee will determine all issues in accordance with federal and California law and the California rules of evidence. The referee is empowered to provide all temporary or provisional remedies and rule on any motion that would be authorized in pretrial or trial proceedings in court, including motions for summary judgment or summary adjudication. The award that results from the decision of the referee will be entered as a judgment in the court that appointed the referee, in accordance with the provisions of California C.C.P. Sections 644(a) and 645. You and we both reserve the right to seek appellate review of any judgment or order to the same extent permitted in a court of law.

## Arbitration

This section on arbitration applies to business accounts and is subject to the provisions of the *Limitation and Non-Severability* section below.

Arbitration is a method of resolving disputes in front of one or more neutral individuals, instead of having a trial in court in front of a judge and/or jury. The arbitrator will be an active or retired judge or attorney with more than 10 years of experience, chosen by mutual agreement of you and us.

If you and we are unable to agree on an arbitrator, then you agree to choose one of the following Administrators within 10 days of our written notice that an agreement cannot be reached.

- JAMS Resolution Center
  1920 Main St., Suite 300
  Irvine, CA 92614
  www.jamsadr.com
  (800) 352-5267

- American Arbitration Association ("AAA")
  1633 Broadway, 10ᵗʰ Floor
  New York, NY 10019
  www.adr.org
  (212) 716-5800

If you do not choose the Administrator on a timely basis, we will select the Administrator and the Administrator will select the arbitrator using the Administrator's rules. If an Administrator cannot hear or refuses to hear the arbitration, then the arbitration will be handled by the alternative Administrator.

The arbitrator, sitting alone without a jury, will decide questions of law and fact and will resolve the Claim. This includes the applicability of this *Resolving Claims* section and the validity of the deposit agreement, except that the arbitrator may not decide or resolve any Claim challenging the validity of the class action and jury trial waiver. The validity of the class action and jury trial waiver will be decided only by a judicial referee or a court.

After a decision is given by an arbitrator, and where the amount of the Claim exceeds $200,000, either you or we can appeal the arbitrator's decision to another arbitrator. If the amount of the Claim exceeds $1,000,000, either you or we can appeal the arbitrator's decision to a panel of three arbitrators. No decision may be appealed under this paragraph, unless the arbitrator that heard the matter first makes a finding that the Claim could reasonably have exceeded either

$200,000 or $1,000,000. Any arbitrator who hears an appeal under this paragraph will be selected according to the rules of the Administrator.

The arbitration of any matter involves interstate commerce and is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq. (the "FAA"). The arbitrator will follow applicable substantive law to the extent consistent with the FAA. The arbitrator will give effect to the applicable statutes of limitation and will dismiss barred claims. Arbitrations will be governed by the rules of the Administrator to the extent those rules do not conflict with this *Resolving Claims* section. In addition, you or we may submit a written request to the arbitrator to expand the scope of discovery normally allowable. At the timely request of either you or us, the arbitrator must provide a brief written explanation of the basis for the award.

Judgment upon the award given by the arbitrator may be entered in any court having jurisdiction. The arbitrator's decision is final and binding, except for any right of appeal provided by the FAA or under this Agreement.

## Limitation and Non-Severability

**For both personal and business accounts.** Regardless of anything else in this *Resolving Claims* section, you and we both acknowledge and agree that the validity and effect of the class action and jury trial waiver for business accounts and the jury trial waiver for personal accounts may be determined only by a court or judicial referee and not by an arbitrator. You and we both have the right to appeal the limitation or invalidation of the waiver.

**For business accounts.** Regardless of anything else in this *Resolving Claims* section, you and we both acknowledge and agree that the class action and jury trial waiver is material and essential to the arbitration of any disputes between you and us and is non-severable from the agreement to arbitrate Claims. If the class action and jury trial waiver is limited, voided or found unenforceable, then the agreement to arbitrate (except for this sentence) will be null and void with respect to such proceeding and this *Resolving Claims* section will be read as if the provisions regarding arbitration were not present. You and we both have the right to appeal the limitation or invalidation of the class action and jury trial waiver. You and we acknowledge and agree that under no circumstances will a class action be arbitrated.

## Rules of Interpretation

Except as provided in the *Limitation and Non-Severability* section above, if any portion of this *Resolving Claims* section is determined to be invalid or unenforceable, it will not invalidate the remaining portions of this section. If there is a conflict or inconsistency between this *Resolving Claims* section and other terms of this deposit agreement or the applicable rules of the Administrator, this *Resolving Claims* section will govern. If there is any conflict between this *Resolving Claims* section and any other dispute provision (whether it be for arbitration, reference or any other form of dispute resolution), this *Resolving Claims* section will prevail for Claims arising out of this deposit agreement or transactions contemplated by this deposit agreement.

## Jurisdiction and Venue

Any action or proceeding regarding your account or this deposit agreement must be brought in the state in which the financial center that maintains your account is located. You submit to the personal jurisdiction of that state. Note that any action or proceeding will be governed by and interpreted in accordance with the *Governing Law* section of this agreement.

If a Claim is submitted to arbitration and the state where that financial center is located is not reasonably convenient for you, then you and we will attempt to agree on another location. If you and we are unable to agree on another location, then the location will be determined by the Administrator or arbitrator.